UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

Case No.  2:25-cr-00434-JLS                                         Date: 06/09/2025

Present: The Honorable: Jacqueline Chooljian, United States Magistrate Judge

Interpreter N/A                                      Language  N/A

| Narissa Naval Estrada | CS 06/09/2025 | Lyndsi Allsop |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✓ Present  In Custody          Attorneys for Defendants:  ✓ Present  CJA

Ara Artuni                                          Vitaly B. Sigal

**Proceedings: Arraignment of**       ✓ **Assignment of Case**        **Appointment of Counsel**
**Defendant and/or**                  **Initial Appearance**

\* Defendant states true name is the name on the Indictment.

\* Defendant is arraigned under name on the Indictment.

\* Defendant acknowledges having read the Indictment and discussed it with counsel.

\* Defendant pleads "not guilty" to all counts of the Indictment.

\* This case is assigned to Judge Josephine L. Staton.

\* It is ordered that the following date(s) and time(s) are set: Jury Trial: 07/29/2025 9:00 AM;
Status Conference: 07/18/2025 8:30 AM

\* The parties are referred to Judge Staton's Procedures and Schedules to obtain a copy of the judge's trial order located on the Court's website at www.cacd.uscourts.gov. Judge Staton is located in 8A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:   PSALA        PSAED        PSASA
   ✓ USMLA        USMED        USMSA              **Initial Appearance/Appointment of Counsel:** 00 : 00
     Statistics Clerk            Interpreter                          **Arraignment:** 00 : 03
   ✓ CJA Supervising Attorney    Fiscal            **Initials of Deputy Clerk:** NNE by TRB