## LIST OF EXHIBITS AND WITNESSES

| Case Number | 2:25-cr-00434-JLS-1 | Title | USA v. Ara Artuni |
|---|---|---|---|
| Judge | Patricia Donahue, United States Magistrate Judge | | |
| Dates of Trial or Hearing | September 4, 2025 | | |
| Court Reporters or Tape No. | | | |
| Deputy Clerks | K. Lozada | | |

```
FILED
CLERK, U.S. DISTRICT COURT

09/04/2025

CENTRAL DISTRICT OF CALIFORNIA
BY:        KL        DEPUTY
```

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Lyndsi Camille Allsop, AUSA, | Jasmine Mines, Retained |
| | |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | 1 | X | | Emails from the Bureau of Prisons | Defendant |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |