FILED
CLERK, U.S. DISTRICT COURT

9/19/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___1V___ DEPUTY

BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
LYNDSI ALLSOP (Cal. Bar No. 323485)
Assistant United States Attorney
Deputy Chief, Violent and Organized Crime Section
KENNETH R. CARBAJAL (Cal. Bar No. 338079)
Assistant United States Attorney
Major Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:     (213) 894-3165/3172
     Facsimile:     (213) 894-3713/0141
     E-mail:        lyndsi.allsop@usdoj.gov
                    kenneth.carbajal@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-CR-434-JLS |
| Plaintiff, | NOTICE OF LODGING OF DOCUMENTS; STATUS REPORT; DECLARATION OF KENNETH R. CARBAJAL; EXHIBITS 1-5 |
| v. | |
| ARA ARTUNI, | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Kenneth R. Carbajal and Lyndsi Allsop, hereby lodges the attached Bureau of Prisons ("BOP")

///

///

///

documents as ordered by the Court.   (Dkt. 174.)

Dated: September 18, 2025          Respectfully submitted,

                                   BILAL A. ESSAYLI
                                   Acting United States Attorney

                                   JOSEPH T. MCNALLY
                                   Assistant United States Attorney
                                   Acting Chief, Criminal Division


                                   _____/s/_____
                                   KENNETH R. CARBAJAL
                                   LYNDSI ALLSOP
                                   Assistant United States Attorneys

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

2

BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
LYNDSI ALLSOP (Cal. Bar No. 323485)
Assistant United States Attorney
Deputy Chief, Major Crimes Section
KENNETH R. CARBAJAL (Cal. Bar No. 338079)
Assistant United States Attorney
Major Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:    (213) 894-3165/3172
    Facsimile:    (213) 894-3713/0141
    E-mail:    lyndsi.allsop@usdoj.gov
             kenneth.carbajal@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-434-JLS-1 |
|---|---|
| Plaintiff, | STATUS REPORT; DECLARATION OF KENNETH R. CARBAJAL; EXHIBITS 1-5 |
| v. | |
| ARA ARTUNI,<br>  aka "Ara Harutyunyan,"<br>  aka "Aro,"<br>  aka "Araboyi,"<br>  aka "Arabo,"<br>  aka "Santos,"<br><br>      Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Kenneth R. Carbajal and Lyndsi Allsop, hereby submits this Status Report and Bureau of Prison ("BOP") documents as ordered by the Court. (Dkt. No. 176.)

1. On September 4, 2025, the Court conducted a hearing on

Defendant Ara Artuni's ("defendant") motion for removal from the Special Housing Unit ("SHU") at the Metropolitan Detention Center ("MDC") and denied defendant's request.  (Dkt. No. 176.)

2. The Court issued an Abstract of Court Proceeding ("Abstract") and ordered the government to file a status report regarding the medical issue identified in the Abstract.  (Dkt. 178.)

3. On September 8, 2025, as reflected in defendant's medical records, defendant was prescribed various medications, including Omeprazole.  (See Declaration of Kenneth R. Carbajal ("Carbajal Decl.") ¶ 7.)

4. The government is also lodging with the court various BOP documents associated with defendant, including: (i) Defendant's SHU records for May 20, 2025 – August 4, 2025; (ii) Legal Visitation Logs for May 2025 – September 2025; (iii) Legal call and law library logbook; (iv) BOP's Request to Staff response to defendant's attorney's letter detailing why defendant was placed in the SHU, previously provided to defendant; (v) Defendant's full BOP medical records.  (Carbajal Decl. ¶ 2.)

Dated: September 18, 2025          Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

_____/s/_____
KENNETH R. CARBAJAL
LYNDSI ALLSOP
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

4

DECLARATION OF KENNETH R. CARBAJAL

I, Kenneth R. Carbajal, declare as follows:

1.    I am an Assistant United States Attorney in the Central District of California, and I have been assigned to prosecute United States v. Artuni, et al., No. CR 25-434-JLS.

2.    The government received various documents from Federal Bureau of Prisons ("BOP") Supervisory Attorney May Shin for defendant Ara Artuni ("defendant"), including: (i) Defendant's Special Housing Unit ("SHU") records for May 20, 2025 – August 4, 2025; (ii) Legal Visitation Logs for May 2025 – September 2025; (iii) Legal call and law library logbook; (iv) BOP's Request to Staff response to defendant's attorney's letter detailing why defendant was placed in the SHU, previously provided to defendant; (v) Defendant's full BOP medical records.

3.    Attached hereto as **Exhibit 1** is a true and correct copy of defendant's SHU records for May 20, 2025 – August 4, 2025.

4.    Attached hereto as **Exhibit 2** is a true and correct copy of defendant's Legal Visitation Logs for May 2025 – September 2025.

5.    Attached hereto as **Exhibit 3** is a true and correct copy of defendant's Legal call and law library logbook.

6.    Attached hereto as **Exhibit 4** is a true and correct copy of BOP's Request to Staff response to defendant's attorney's letter detailing why defendant was placed in the SHU, previously provided to defendant.

7.    Attached hereto as **Exhibit 5** is a true and correct copy of Defendant's BOP medical records, which indicate that on September 8, 2025 defendant was prescribed various medications including Omeprazole. (See Exhibit 5 at pp. 1-8.)

8.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 18, 2025.

_____
KENNETH R. CARBAJAL

2