BP-A0292
APR 16

**SPECIAL HOUSING UNIT RECORD**

**U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS**

LOS ANGELES MDC
(Institution)

Inmate Name: ARTUNI, ARA                                    Reg. No. 83380-511

Team/caseworker: _____    Regular Unit: 3 DETC MUNIT 3 - DET CTR M    Cell: 3 DETC M

Violation or Reason: TERMINATING DS/ORDERED INTO AD    Date Rec'd: 05-20-2025    Time Rec'd: 20:44

Admittance Authorized: _____    Date Rel.: _____    Time Rel.: _____

Pertinent Information: NA

Separation Information: _____

Special Housing Unit Cell Number: Z02-815LAD    Inmate Is In: _____    DS: _____    AD    AD Status

Is Inmate on Medication: N    Medical Department Notified: Y

| Date | Shift | Meals | | | SH | Exercise | Out of cell time (Total min/hrs) | Comments | Medical Staff Sign | OIC Signature |
|---|---|---|---|---|---|---|---|---|---|---|
| | | B | D | S | | | | | | |
| | Morn | | | | | | | | | |
| | Day | | | | | | | | | |
| | Eve | | | | | | | | | |
| | Morn | | | | | | | | | |
| | Day | | | | | | | | | |
| | Eve | | | | | | | | | |
| | Morn | | | | | | | | | |
| 05-20-2025 | Day | | | | | | | | | |
| 05-20-2025 | Eve | | | | Y | N | No | | | |
| 05-21-2025 | Morn | | | | | | | | | |
| 05-21-2025 | Day | Y | Y | | Y | Ref | 00:30 | | | |
| 05-21-2025 | Eve | | | | Y | | | | | |
| 05-22-2025 | Morn | | | | | | | | | |
| 05-22-2025 | Day | Y | Y | | N | Ref | | | | |
| 05-22-2025 | Eve | | | | Y | | | | | |
| 05-23-2025 | Morn | | | | | | | | | |
| 05-23-2025 | Day | Y | Y | | R | Ref | | | | , |
| 05-23-2025 | Eve | | | | Y | | | | | |
| 05-24-2025 | Morn | | | | | | | | | |
| 05-24-2025 | Day | Y | Y | | N | Ref | | | | CARF |
| 05-24-2025 | Eve | | | | Y | | | | | |

EXPLANATORY NOTES: Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc. Meals/SH: Shower - Yes (Y); No (N); Refused (R) Out-of-Cell Time: (LL) Law Library,(LV) Legal Visit, (U) Unit Team, (P) Psychology, (E) Education, (H) Haircut, (C) Chapel, (R) Recreation, (X) Property Issue, (V) Visit, (M) Medical, (C) Court, (O) Other – Yes (Y) if applicable / Enter Actual Time Period Start and End (i.e., 0930 – 1030 hrs) in Out of Cell Time Block.

Medical: Medical providers will sign the segregation log each shift and the record sheet each time the inmate is seen by a medical provider. At a minimum, the record sheet must be signed at least once each day by the medical provider. Comments: i.e., Conduct, Attitude, etc. Additional comments on reverse side must include date, signature, and title. OIC Signature: OIC must sign all record sheets each shift. (OIC - Unit Officer)

PDF                          Prescribed by P5270              This form replaces BP-292(52) dated AUG 2011.

BP-A0292
APR 16

**SPECIAL HOUSING UNIT RECORD**

**U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS**

LOS ANGELES MDC
(Institution)

Inmate Name: ARTUNI, ARA

Reg. No. 83380-511

Team/caseworker: _____  Regular Unit: 3 DETC MUNIT 3 - DET CTR M   Cell: 3 DETC M

Violation or Reason: TERMINATING DS/ORDERED INTO AD   Date Rec'd: 05-20-2025 - Time Rec'd: 20:44

Admittance Authorized: _____  Date Rel.: _____  Time Rel.: _____

Pertinent Information: NA

Separation Information: _____

Special Housing Unit Cell Number: Z02-815LAD   Inmate Is In: _____  DS: _____  AD   AD Status

Is Inmate on Medication: N   Medical Department Notified: Y

| Date | Shift | Meals | | | SH | Exercise | Out of cell time (Total min/hrs) | Comments | Medical Staff Sign | OIC Signature |
|------|-------|---|---|---|----|----------|------------------|----------|-----------|---------------|
|      |       | B | D | S |    |          |                  |          |           |               |
| 05-25-2025 | Morn |   |   |   |   |     |       |  |  |  |
| 05-25-2025 | Day  | Y | Y |   | N | No  |       |  |  |  |
| 05-25-2025 | Eve  |   |   | Y |   |     |       |  |  |  |
| 05-26-2025 | Morn |   |   |   |   |     |       |  |  |  |
| 05-26-2025 | Day  | Y | Y |   | Y | Ref | 00:30 |  |  |  |
| 05-26-2025 | Eve  |   |   | Y |   |     |       |  |  |  |
| 05-27-2025 | Morn |   |   |   |   |     |       |  |  |  |
| 05-27-2025 | Day  | Y | Y |   | N | Ref |       |  |  |  |
| 05-27-2025 | Eve  |   |   | Y |   |     |       |  |  |  |
| 05-28-2025 | Morn |   |   |   |   |     |       |  |  |  |
| 05-28-2025 | Day  | Y | Y |   | R | Ref |       |  |  |  |
| 05-28-2025 | Eve  |   |   | Y |   |     |       |  |  |  |
| 05-29-2025 | Morn |   |   |   |   |     |       |  |  |  |
| 05-29-2025 | Day  | Y | Y |   | N | Ref |       |  |  |  |
| 05-29-2025 | Eve  |   |   | Y |   |     |       |  |  |  |
| 05-30-2025 | Morn |   |   |   |   |     |       |  |  |  |
| 05-30-2025 | Day  | Y | Y |   | R | Ref | 02:00 |  |  |  |
| 05-30-2025 | Eve  |   |   | Y |   |     |       |  |  |  |
| 05-31-2025 | Morn |   |   |   |   |     |       |  |  |  |
| 05-31-2025 | Day  | Y | Y |   |   |     |       |  |  |  |
| 05-31-2025 | Eve  |   |   | Y |   |     |       |  |  |  |

EXPLANATORYNOTES:Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc. Meals/SH: Shower - Yes (Y); No (N); Refused (R)Out-of-Cell Time: (LL) Law Library,(LV) Legal Visit, (U) Unit Team, (P) Psychology, (E) Education, (H) Haircut, (C) Chapel, (R) Recreation, (X) Property Issue, (V) Visit, (M) Medical, (C) Court, (O) Other – Yes (Y) if applicable / Enter Actual Time Period Start and End (i.e., 0930 – 1030 hrs) in Out of Cell Time Block.

Medical: Medical providers will sign the segregation log each shift and the record sheet each time the inmate is seen by a medical provider. At a minimum, the record sheet must be signed at least once each day by the medical provider.  Comments: i.e., Conduct, Attitude, etc. Additional comments on reverse side must include date, signature, and title. OIC Signature: OIC must sign all record sheets each shift. (OIC - Unit Officer)

PDF

Prescribed by P5270

This form replaces BP-292(52) dated AUG 2011.

BP-A0292
APR 16

**SPECIAL HOUSING UNIT RECORD**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

LOS ANGELES MDC
(Institution)

Inmate Name:  ARTUNI, ARA                                          Reg. No. 83380-511

Team/caseworker:_____  Regular Unit: 3 DETC MUNIT 3 - DET CTR M    Cell: 3 DETC M

Violation or Reason: TERMINATING DS/ORDERED INTO AD    Date Rec'd: 05-20-2025    Time Rec'd: 20:44

Admittance Authorized:_____  Date Rel.:_____  Time Rel.:_____

Pertinent Information: NA

Separation Information: _____

Special Housing Unit Cell Number: Z02-815LAD    Inmate Is In:_____  DS:_____  AD    AD Status

Is Inmate on Medication: N    Medical Department Notified: Y

| Date | Shift | Meals | | | SH | Exercise | Out of cell time (Total min/hrs) | Comments | Medical Staff Sign | OIC Signature |
|------|-------|---|---|---|----|----------|------------------|----------|--------------------|---------------|
|      |       | B | D | S |    |          |                  |          |                    |               |
| 06-01-2025 | Morn |   |   |   |   |     |       |   |   |   |
| 06-01-2025 | Day  | Y | Y |   |   |     |       |   |   |   |
| 06-01-2025 | Eve  |   |   |   | Y |     |       |   |   |   |
| 06-02-2025 | Morn |   |   |   |   |     |       |   |   |   |
| 06-02-2025 | Day  | Y | Y |   | Y | Ref | 00:30 |   |   |   |
| 06-02-2025 | Eve  |   |   |   | Y |     |       |   |   |   |
| 06-03-2025 | Morn |   |   |   |   |     |       |   |   |   |
| 06-03-2025 | Day  | Y | Y |   | N | Ref |       |   |   |   |
| 06-03-2025 | Eve  |   |   |   | Y | N | No |   |   |   |
| 06-04-2025 | Morn |   |   |   |   |     |       |   |   |   |
| 06-04-2025 | Day  | Y | Y |   | Y | Ref | 00:25 |   |   |   |
| 06-04-2025 | Eve  |   |   |   | Y |     |       |   |   |   |
| 06-05-2025 | Morn |   |   |   |   |     |       |   |   |   |
| 06-05-2025 | Day  | Y | Y |   |   | Ref |       |   |   |   |
| 06-05-2025 | Eve  |   |   |   | Y |     |       |   |   |   |
| 06-06-2025 | Morn |   |   |   |   |     |       |   |   |   |
| 06-06-2025 | Day  | Y | Y |   | Y |     | 00:30 |   |   |   |
| 06-06-2025 | Eve  |   |   |   | Y |     |       |   |   |   |
| 06-07-2025 | Morn |   |   |   | N | No |       |   |   |   |
| 06-07-2025 | Day  | Y | Y |   |   |     |       |   |   |   |
| 06-07-2025 | Eve  |   |   |   | Y |     |       |   |   |   |

EXPLANATORY NOTES: Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc. Meals/SH: Shower - Yes (Y); No (N); Refused (R) Out-of-Cell Time: (LL) Law Library, (LV) Legal Visit, (U) Unit Team, (P) Psychology, (E) Education, (H) Haircut, (C) Chapel, (R) Recreation, (X) Property Issue, (V) Visit, (M) Medical, (C) Court, (O) Other – Yes (Y) if applicable / Enter Actual Time Period Start and End (i.e., 0930 – 1030 hrs) in Out of Cell Time Block.

Medical: Medical providers will sign the segregation log each shift and the record sheet each time the inmate is seen by a medical provider. At a minimum, the record sheet must be signed at least once each day by the medical provider.  Comments: i.e., Conduct, Attitude, etc. Additional comments on reverse side must include date, signature, and title. OIC Signature: OIC must sign all record sheets each shift. (OIC - Unit Officer)

PDF                                    Prescribed by P5270          This form replaces BP-292(52) dated AUG 2011.

BP-A0292
APR 16

**SPECIAL HOUSING UNIT RECORD**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

LOS ANGELES MDC
(Institution)

Inmate Name: ARTUNI, ARA                                    Reg. No. 83380-511

Team/caseworker: _____    Regular Unit: 3 DETC MUNIT 3 - DET CTR M    Cell: 3 DETC M

Violation or Reason: TERMINATING DS/ORDERED INTO AD    Date Rec'd: 05-20-2025    Time Rec'd: 20:44

Admittance Authorized: _____    Date Rel.: _____    Time Rel.: _____

Pertinent Information: NA

Separation Information: _____

Special Housing Unit Cell Number: Z02-815LAD    Inmate Is In: _____    DS: _____    AD    AD Status

Is Inmate on Medication: N    Medical Department Notified: Y

| Date | Shift | Meals B | Meals D | Meals S | SH | Exercise | Out of cell time (Total min/hrs) | Comments | Medical Staff Sign | OIC Signature |
|------|-------|---|---|---|----|----------|---------------------------------|----------|-------------------|---------------|
| 06-08-2025 | Morn |   |   |   |   |     |       |   |   |   |
| 06-08-2025 | Day  | Y | Y |   |   |     |       |   |   |   |
| 06-08-2025 | Eve  |   |   | Y |   |     |       |   |   |   |
| 06-09-2025 | Morn |   |   |   |   |     |       |   |   |   |
| 06-09-2025 | Day  | Y | Y |   | R | Ref |       |   |   |   |
| 06-09-2025 | Eve  |   |   | Y |   |     |       |   |   |   |
| 06-10-2025 | Morn |   |   |   |   |     |       |   |   |   |
| 06-10-2025 | Day  | Y | Y |   | N | Ref |       |   |   |   |
| 06-10-2025 | Eve  |   |   | Y |   |     |       |   |   |   |
| 06-11-2025 | Morn |   |   |   |   |     |       |   |   |   |
| 06-11-2025 | Day  | Y | Y |   | Y | Ref | 00:30 |   |   |   |
| 06-11-2025 | Eve  |   |   | Y |   |     |       |   |   |   |
| 06-12-2025 | Morn |   |   |   | N | No  |       |   |   |   |
| 06-12-2025 | Day  | Y | Y |   |   | 06:08 Ref |   |   |   |   |
| 06-12-2025 | Eve  |   |   | Y |   |     |       |   |   |   |
| 06-13-2025 | Morn |   |   |   |   |     |       |   |   |   |
| 06-13-2025 | Day  | Y | Y |   | Y | Ref | 00:30 |   |   |   |
| 06-13-2025 | Eve  |   |   | Y |   |     |       |   |   |   |
| 06-14-2025 | Morn |   |   |   |   |     |       |   |   |   |
| 06-14-2025 | Day  | Y | Y |   | N | No  |       |   |   |   |
| 06-14-2025 | Eve  |   |   | Y | N | No  |       |   |   |   |

EXPLANATORY NOTES: Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc. Meals/SH: Shower - Yes (Y); No (N); Refused (R) Out-of-Cell Time: (LL) Law Library, (LV) Legal Visit, (U) Unit Team, (P) Psychology, (E) Education, (H) Haircut, (C) Chapel, (R) Recreation, (X) Property Issue, (V) Visit, (M) Medical, (C) Court, (O) Other – Yes (Y) if applicable / Enter Actual Time Period Start and End (i.e., 0930 – 1030 hrs) in Out of Cell Time Block.

Medical: Medical providers will sign the segregation log each shift and the record sheet each time the inmate is seen by a medical provider. At a minimum, the record sheet must be signed at least once each day by the medical provider. Comments: i.e., Conduct, Attitude, etc. Additional comments on reverse side must include date, signature, and title. OIC Signature: OIC must sign all record sheets each shift. (OIC - Unit Officer)

PDF                        Prescribed by P5270                This form replaces BP-292(52) dated AUG 2011.

BP-A0292
APR 16

**SPECIAL HOUSING UNIT RECORD**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

LOS ANGELES MDC
(Institution)

Inmate Name: ARTUNI, ARA                     Reg. No. 83380-511

Team/caseworker: _____     Regular Unit: 3 DETC MUNIT 3 - DET CTR M     Cell: 3 DETC M

Violation or Reason: TERMINATING DS/ORDERED INTO AD     Date Rec'd: 05-20-2025     Time Rec'd: 20:44

Admittance Authorized: _____     Date Rel.: _____     Time Rel.: _____

Pertinent Information: NA

Separation Information: _____

Special Housing Unit Cell Number: Z02-815LAD     Inmate Is In: _____     DS: _____     AD     AD Status

Is Inmate on Medication: N     Medical Department Notified: Y

| Date | Shift | Meals | | | SH | Exercise | Out of cell time (Total min/hrs) | Comments | Medical Staff Sign | OIC Signature |
|------|-------|---|---|---|----|----------|------|----------|------|------|
|      |       | B | D | S |    |          |      |          |      |      |
| 06-08-2025 | Morn |   |   |   |   |     |       |  |  |  |
| 06-08-2025 | Day  | Y | Y |   |   |     |       |  |  |  |
| 06-08-2025 | Eve  |   |   | Y |   |     |       |  |  |  |
| 06-09-2025 | Morn |   |   |   |   |     |       |  |  |  |
| 06-09-2025 | Day  | Y | Y |   | R | Ref |       |  |  |  |
| 06-09-2025 | Eve  |   |   | Y |   |     |       |  |  |  |
| 06-10-2025 | Morn |   |   |   |   |     |       |  |  |  |
| 06-10-2025 | Day  | Y | Y |   | N | Ref |       |  |  |  |
| 06-10-2025 | Eve  |   |   | Y |   |     |       |  |  |  |
| 06-11-2025 | Morn |   |   |   |   |     |       |  |  |  |
| 06-11-2025 | Day  | Y | Y |   | Y | Ref | 00:30 |  |  |  |
| 06-11-2025 | Eve  |   |   | Y |   |     |       |  |  |  |
| 06-12-2025 | Morn |   |   |   | N | No  |       |  |  |  |
| 06-12-2025 | Day  | Y | Y |   |   | 06:08 Ref |  |  |  |  |
| 06-12-2025 | Eve  |   |   | Y |   |     |       |  |  |  |
| 06-13-2025 | Morn |   |   |   |   |     |       |  |  |  |
| 06-13-2025 | Day  | Y | Y |   | Y | Ref | 00:30 |  |  |  |
| 06-13-2025 | Eve  |   |   | Y |   |     |       |  |  |  |
| 06-14-2025 | Morn |   |   |   | N | No  |       |  |  |  |
| 06-14-2025 | Day  | Y | Y |   | N | No  |       |  |  |  |
| 06-14-2025 | Eve  |   |   | Y | N | No  |       |  |  |  |

EXPLANATORY NOTES: Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc. Meals/SH: Shower - Yes (Y); No (N); Refused (R) Out-of-Cell Time: (LL) Law Library,(LV) Legal Visit, (U) Unit Team, (P) Psychology, (E) Education, (H) Haircut, (C) Chapel, (R) Recreation, (X) Property Issue, (V) Visit, (M) Medical, (C) Court, (O) Other – Yes (Y) if applicable / Enter Actual Time Period Start and End (i.e., 0930 – 1030 hrs) in Out of Cell Time Block.

Medical: Medical providers will sign the segregation log each shift and the record sheet each time the inmate is seen by a medical provider. At a minimum, the record sheet must be signed at least once each day by the medical provider. Comments: i.e., Conduct, Attitude, etc. Additional comments on reverse side must include date, signature, and title. OIC Signature: OIC must sign all record sheets each shift. (OIC - Unit Officer)

PDF                     Prescribed by P5270                     This form replaces BP-292(52) dated AUG 2011.

BP-A0292
APR 16

**SPECIAL HOUSING UNIT RECORD**

**U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS**

LOS ANGELES MDC
(Institution)

Inmate Name: ARTUNI, ARA                                              Reg. No. 83380-511

Team/caseworker: _____    Regular Unit: 3 DETC MUNIT 3 - DET CTR M    Cell: 3 DETC M

Violation or Reason: TERMINATING DS/ORDERED INTO AD    Date Rec'd: 05-20-2025    Time Rec'd: 20:44

Admittance Authorized: _____    Date Rel.: _____    Time Rel.: _____

Pertinent Information: NA

Separation Information: _____

Special Housing Unit Cell Number: Z02-815LAD    Inmate Is In: _____    DS: _____    AD    AD Status

Is Inmate on Medication: N    Medical Department Notified: Y

| Date | Shift | Meals | | | SH | Exercise | Out of cell time (Total min/hrs) | Comments | Medical Staff Sign | OIC Signature |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | B | D | S | | | | | | |
| 06-15-2025 | Morn | | | | | | | | | |
| 06-15-2025 | Day | Y | Y | | | | | | | |
| 06-15-2025 | Eve | | | | Y | | | | | |
| 06-16-2025 | Morn | | | | | | | | | |
| 06-16-2025 | Day | Y | Y | | Y | Ref | 00:30 | | | |
| 06-16-2025 | Eve | | | | Y | | | | | |
| 06-17-2025 | Morn | | | | | | | | | |
| 06-17-2025 | Day | Y | Y | | N | 07:00/08:00 O | 01:00 | | | |
| 06-17-2025 | Eve | | | | Y | | | | | |
| 06-18-2025 | Morn | | | | | | | | | |
| 06-18-2025 | Day | Y | Y | | Y | No | 00:30 | | | |
| 06-18-2025 | Eve | | | | Y | | | | | |
| 06-19-2025 | Morn | | | | | | | | | |
| 06-19-2025 | Day | Y | Y | | | | | | | |
| 06-19-2025 | Eve | | | | Y | | | | | |
| 06-20-2025 | Morn | | | | | | | | | |
| 06-20-2025 | Day | Y | Y | | Y | Ref | 00:25 | | | |
| 06-20-2025 | Eve | | | | Y | | | | | |
| 06-21-2025 | Morn | | | | | | | | | |
| 06-21-2025 | Day | Y | Y | | | | | | | |
| 06-21-2025 | Eve | | | | Y | | | | | |

EXPLANATORY NOTES: Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc. Meals/SH: Shower - Yes (Y); No (N); Refused (R) Out-of-Cell Time: (LL) Law Library, (LV) Legal Visit, (U) Unit Team, (P) Psychology, (E) Education, (H) Haircut, (C) Chapel, (R) Recreation, (X) Property Issue, (V) Visit, (M) Medical, (C) Court, (O) Other – Yes (Y) if applicable / Enter Actual Time Period Start and End (i.e., 0930 – 1030 hrs) in Out of Cell Time Block.

Medical: Medical providers will sign the segregation log each shift and the record sheet each time the inmate is seen by a medical provider. At a minimum, the record sheet must be signed at least once each day by the medical provider. Comments: i.e., Conduct, Attitude, etc. Additional comments on reverse side must include date, signature, and title. OIC Signature: OIC must sign all record sheets each shift. (OIC - Unit Officer)

PDF                                    Prescribed by P5270                    This form replaces BP-292(52) dated AUG 2011.

BP-A0292
APR 16

**SPECIAL HOUSING UNIT RECORD**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

LOS ANGELES MDC
(Institution)

Inmate Name: ARTUNI, ARA        Reg. No. 83380-511

Team/caseworker: _____        Regular Unit: 3 DETC MUNIT 3 - DET CTR M    Cell: 3 DETC M

Violation or Reason: TERMINATING DS/ORDERED INTO AD    Date Rec'd: 05-20-2025    Time Rec'd: 20:44

Admittance Authorized: _____    Date Rel.: _____    Time Rel.: _____

Pertinent Information: NA

Separation Information: _____

Special Housing Unit Cell Number: Z02-815LAD    Inmate Is In: _____    DS: _____    AD    AD Status

Is Inmate on Medication: N    Medical Department Notified: Y

| Date | Shift | Meals | | | SH | Exercise | Out of cell time (Total min/hrs) | Comments | Medical Staff Sign | OIC Signature |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | B | D | S | | | | | | |
| 06-22-2025 | Morn | | | | | | | | | |
| 06-22-2025 | Day | Y | Y | | | | | | | |
| 06-22-2025 | Eve | | | | Y | | | | | |
| 06-23-2025 | Morn | | | | | | | | | |
| 06-23-2025 | Day | Y | Y | | Y | Ref | 00:30 | | | |
| 06-23-2025 | Eve | | | | Y | | | | | |
| 06-24-2025 | Morn | | | | | | | | | |
| 06-24-2025 | Day | Y | Y | | N | Ref | | | | |
| 06-24-2025 | Eve | | | | Y | | | | | |
| 06-25-2025 | Morn | | | | | | | | | |
| 06-25-2025 | Day | Y | Y | | Y | Ref | 00:30 | | | |
| 06-25-2025 | Eve | | | | Y | | | | | |
| 06-26-2025 | Morn | | | | | | | | | |
| 06-26-2025 | Day | Y | Y | | N | Ref | | | | |
| 06-26-2025 | Eve | | | | Y | | | | | |
| 06-27-2025 | Morn | | | | | | | | | |
| 06-27-2025 | Day | Y | Y | | Y | 07:00/09:00 O | 02:30 | | | |
| 06-27-2025 | Eve | | | | Y | N | No | | | |
| 06-28-2025 | Morn | | | | | | | | | |
| 06-28-2025 | Day | Y | Y | | N | Ref | | | | |
| 06-28-2025 | Eve | | | | Y | | | | | |

EXPLANATORY NOTES: Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc. Meals/SH: Shower - Yes (Y); No (N); Refused (R) Out-of-Cell Time: (LL) Law Library, (LV) Legal Visit, (U) Unit Team, (P) Psychology, (E) Education, (H) Haircut, (C) Chapel, (R) Recreation, (X) Property Issue, (V) Visit, (M) Medical, (C) Court, (O) Other – Yes (Y) if applicable / Enter Actual Time Period Start and End (i.e., 0930 – 1030 hrs) in Out of Cell Time Block.

Medical: Medical providers will sign the segregation log each shift and the record sheet each time the inmate is seen by a medical provider. At a minimum, the record sheet must be signed at least once each day by the medical provider. Comments: i.e., Conduct, Attitude, etc. Additional comments on reverse side must include date, signature, and title. OIC Signature: OIC must sign all record sheets each shift. (OIC - Unit Officer)

PDF                Prescribed by P5270                This form replaces BP-292(52) dated AUG 2011.

BP-A0292
APR 16

## SPECIAL HOUSING UNIT RECORD

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

LOS ANGELES MDC
(Institution)

Inmate Name: ARTUNI, ARA                    Reg. No. 83380-511

Team/caseworker: _____    Regular Unit: 3 DETC MUNIT 3 - DET CTR M    Cell: 3 DETC M

Violation or Reason: TERMINATING DS/ORDERED INTO AD    Date Rec'd: 05-20-2025    Time Rec'd: 20:44

Admittance Authorized: _____    Date Rel.: _____    Time Rel.: _____

Pertinent Information: NA

Separation Information: _____

Special Housing Unit Cell Number: Z02-815LAD    Inmate Is In: _____    DS: _____ AD    AD Status

Is Inmate on Medication: N    Medical Department Notified: Y

| Date | Shift | Meals | | | SH | Exercise | Out of cell time (Total min/hrs) | Comments | Medical Staff Sign | OIC Signature |
|------|-------|---|---|---|----|----------|-----------|----------|-------------------|---------------|
|      |       | B | D | S |    |          |           |          |                   |               |
| 06-29-2025 | Morn |   |   |   |   |       |           |          |                   |               |
| 06-29-2025 | Day  | Y | Y |   | N | No    |           |          |                   |               |
| 06-29-2025 | Eve  |   |   | Y |   |       |           |          |                   |               |
| 06-30-2025 | Morn |   |   |   |   |       |           |          |                   |               |
| 06-30-2025 | Day  | Y | Y |   |   | 06:07 Ref |       |          |                   |               |
| 06-30-2025 | Eve  |   |   | Y |   |       |           |          |                   |               |
| 07-01-2025 | Morn |   |   |   |   |       |           |          |                   |               |
| 07-01-2025 | Day  | Y | Y |   | N | Ref   |           |          |                   |               |
| 07-01-2025 | Eve  |   |   | Y |   |       |           |          |                   |               |
| 07-02-2025 | Morn |   |   |   |   |       |           |          |                   |               |
| 07-02-2025 | Day  | Y | Y |   | Y | 06:00 Ref | 00:30 |          |                   |               |
| 07-02-2025 | Eve  |   |   | Y |   |       |           |          |                   |               |
| 07-03-2025 | Morn |   |   |   |   |       |           |          |                   |               |
| 07-03-2025 | Day  | Y | Y |   | N | 06:00 Ref |       |          |                   |               |
| 07-03-2025 | Eve  |   |   | Y |   |       |           |          |                   |               |
| 07-04-2025 | Morn |   |   |   |   |       |           |          |                   |               |
| 07-04-2025 | Day  | Y | Y |   | Y | 06:00 Ref | 00:30 |          |                   |               |
| 07-04-2025 | Eve  |   |   | Y |   |       |           |          |                   |               |
| 07-05-2025 | Morn |   |   |   |   |       |           |          |                   |               |
| 07-05-2025 | Day  | Y | Y |   |   | 06:00 Ref |       |          |                   |               |
| 07-05-2025 | Eve  |   |   | Y |   |       |           |          |                   |               |

EXPLANATORYNOTES:Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc. Meals/SH: Shower - Yes (Y); No (N); Refused (R)Out-of-Cell Time: (LL) Law Library,(LV) Legal Visit, (U) Unit Team, (P) Psychology, (E) Education, (H) Haircut, (C) Chapel, (R) Recreation, (X) Property Issue, (V) Visit, (M) Medical, (C) Court, (O) Other – Yes (Y) if applicable / Enter Actual Time Period Start and End (i.e., 0930 – 1030 hrs) in Out of Cell Time Block.

Medical: Medical providers will sign the segregation log each shift and the record sheet each time the inmate is seen by a medical provider. At a minimum, the record sheet must be signed at least once each day by the medical provider.  Comments: i.e., Conduct, Attitude, etc. Additional comments on reverse side must include date, signature, and title. OIC Signature: OIC must sign all record sheets each shift. (OIC - Unit Officer)

PDF                                    Prescribed by P5270           This form replaces BP-292(52) dated AUG 2011.

BP-A0292
APR 16

**SPECIAL HOUSING UNIT RECORD**

**U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS**

LOS ANGELES MDC
(Institution)

Inmate Name: ARTUNI, ARA                     Reg. No. 83380-511

Team/caseworker: _____    Regular Unit: 3 DETC MUNIT 3 - DET CTR M    Cell: 3 DETC M

Violation or Reason: TERMINATING DS/ORDERED INTO AD    Date Rec'd: 05-20-2025    Time Rec'd: 20:44

Admittance Authorized: _____    Date Rel.: _____    Time Rel.: _____

Pertinent Information: NA

Separation Information: _____

Special Housing Unit Cell Number: Z02-815LAD    Inmate Is In: _____    DS: _____    AD    AD Status

Is Inmate on Medication: N    Medical Department Notified: Y

| Date | Shift | Meals | | | SH | Exercise | Out of cell time (Total min/hrs) | Comments | Medical Staff Sign | OIC Signature |
|------|-------|---|---|---|----|----------|----------------------------------|----------|--------------------|---------------|
|      |       | B | D | S |    |          |                                  |          |                    |               |
| 06-29-2025 | Morn |   |   |   |   |         |        |   |   |   |
| 06-29-2025 | Day  | Y | Y |   | N | No      |        |   |   |   |
| 06-29-2025 | Eve  |   |   | Y |   |         |        |   |   |   |
| 06-30-2025 | Morn |   |   |   |   |         |        |   |   |   |
| 06-30-2025 | Day  | Y | Y |   |   | 06:07 Ref |      |   |   |   |
| 06-30-2025 | Eve  |   |   | Y |   |         |        |   |   |   |
| 07-01-2025 | Morn |   |   |   |   |         |        |   |   |   |
| 07-01-2025 | Day  | Y | Y |   | N | Ref     |        |   |   |   |
| 07-01-2025 | Eve  |   |   | Y |   |         |        |   |   |   |
| 07-02-2025 | Morn |   |   |   |   |         |        |   |   |   |
| 07-02-2025 | Day  | Y | Y |   | Y | 06:00 Ref | 00:30 |   |   |   |
| 07-02-2025 | Eve  |   |   | Y |   |         |        |   |   |   |
| 07-03-2025 | Morn |   |   |   |   |         |        |   |   |   |
| 07-03-2025 | Day  | Y | Y |   | N | 06:00 Ref |      |   |   |   |
| 07-03-2025 | Eve  |   |   | Y |   |         |        |   |   |   |
| 07-04-2025 | Morn |   |   |   |   |         |        |   |   |   |
| 07-04-2025 | Day  | Y | Y |   | Y | 06:00 Ref | 00:30 |   |   |   |
| 07-04-2025 | Eve  |   |   | Y |   |         |        |   |   |   |
| 07-05-2025 | Morn |   |   |   |   |         |        |   |   |   |
| 07-05-2025 | Day  | Y | Y |   |   | 06:00 Ref |      |   |   |   |
| 07-05-2025 | Eve  |   |   | Y |   |         |        |   |   |   |

EXPLANATORY NOTES: Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc. Meals/SH: Shower - Yes (Y); No (N); Refused (R) Out-of-Cell Time: (LL) Law Library,(LV) Legal Visit, (U) Unit Team, (P) Psychology, (E) Education, (H) Haircut, (C) Chapel, (R) Recreation, (X) Property Issue, (V) Visit, (M) Medical, (C) Court, (O) Other – Yes (Y) if applicable / Enter Actual Time Period Start and End (i.e., 0930 – 1030 hrs) in Out of Cell Time Block.

Medical: Medical providers will sign the segregation log each shift and the record sheet each time the inmate is seen by a medical provider. At a minimum, the record sheet must be signed at least once each day by the medical provider.  Comments: i.e., Conduct, Attitude, etc. Additional comments on reverse side must include date, signature, and title. OIC Signature: OIC must sign all record sheets each shift. (OIC - Unit Officer)

PDF                     Prescribed by P5270                     This form replaces BP-292(52) dated AUG 2011.

BP-A0292
APR 16

**SPECIAL HOUSING UNIT RECORD**

**U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS**

LOS ANGELES MDC
(Institution)

Inmate Name: ARTUNI, ARA                                                                Reg. No. 83380-511

Team/caseworker:                                    Regular Unit: 3 DETC MUNIT 3 - DET CTR M    Cell: 3 DETC M

Violation
or Reason: TERMINATING DS/ORDERED INTO AD    Date Rec'd: 05-20-2025    Time Rec'd: 20:44

Admittance
Authorized:                                    Date Rel.:                Time Rel.:

Pertinent Information: NA

Separation Information:

Special Housing Unit Cell Number: Z02-815LAD    Inmate Is In:            DS:        AD        AD Status

Is Inmate on Medication: N                      Medical Department Notified: Y

| Date | Shift | Meals | | | SH | Exercise | Out of cell time (Total min/hrs) | Comments | Medical Staff Sign | OIC Signature |
|------|-------|---|---|---|----|----------|------------------|----------|-------------------|---------------|
|      |       | B | D | S |    |          |                  |          |                   |               |
| 07-06-2025 | Morn |   |   |   |   |          |        |   |   |   |
| 07-06-2025 | Day  | Y | Y |   |   |          |        |   |   |   |
| 07-06-2025 | Eve  |   |   | Y |   |          |        |   |   |   |
| 07-07-2025 | Morn |   |   |   |   |          |        |   |   |   |
| 07-07-2025 | Day  | Y | Y |   | Y | 06:05 Ref | 00:30 |   |   |   |
| 07-07-2025 | Eve  |   |   | Y |   |          |        |   |   |   |
| 07-08-2025 | Morn |   |   |   |   |          |        |   |   |   |
| 07-08-2025 | Day  | Y | Y |   |   | 06:00 Ref |      |   |   |   |
| 07-08-2025 | Eve  |   |   | Y |   |          |        |   |   |   |
| 07-09-2025 | Morn |   |   |   |   |          |        |   |   |   |
| 07-09-2025 | Day  | Y | Y |   | Y | 06:00 Ref | 00:30 |   |   |   |
| 07-09-2025 | Eve  |   |   | Y |   |          |        |   |   |   |
| 07-10-2025 | Morn |   |   |   |   |          |        |   |   |   |
| 07-10-2025 | Day  | Y | Y |   |   | 06:00 Ref |      |   |   |   |
| 07-10-2025 | Eve  |   |   | Y |   |          |        |   |   |   |
| 07-11-2025 | Morn |   |   |   |   |          |        |   |   |   |
| 07-11-2025 | Day  | Y | Y |   | R | 06:00 Ref |      |   |   |   |
| 07-11-2025 | Eve  |   |   | Y |   |          |        |   |   | JE |
| 07-12-2025 | Morn |   |   |   |   |          |        |   |   |   |
| 07-12-2025 | Day  | Y | Y |   |   | 06:00 Ref |      |   | O: |   |
| 07-12-2025 | Eve  |   |   | Y |   |          |        |   |   |   |

EXPLANATORYNOTES:Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc. Meals/SH: Shower - Yes (Y); No (N); Refused (R)Out-of-Cell
Time: (LL) Law Library,(LV) Legal Visit, (U) Unit Team, (P) Psychology, (E) Education, (H) Haircut, (C) Chapel, (R) Recreation, (X) Property Issue, (V)
Visit, (M) Medical, (C) Court, (O) Other – Yes (Y) if applicable / Enter Actual Time Period Start and End (i.e., 0930 – 1030 hrs) in Out of Cell Time Block.

Medical: Medical providers will sign the segregation log each shift and the record sheet each time the inmate is seen by a medical provider. At a minimum,
the record sheet must be signed at least once each day by the medical provider.  Comments: i.e., Conduct, Attitude, etc. Additional comments on reverse
side must include date, signature, and title. OIC Signature: OIC must sign all record sheets each shift. (OIC - Unit Officer)

PDF                                    Prescribed by P5270            This form replaces BP-292(52) dated AUG 2011.

BP-A0292
APR 16

**SPECIAL HOUSING UNIT RECORD**

**U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS**

LOS ANGELES MDC
(Institution)

Inmate Name: ARTUNI, ARA                                Reg. No. 83380-511

Team/caseworker: _____    Regular Unit: 3 DETC MUNIT 3 - DET CTR M    Cell: 3 DETC M

Violation or Reason: TERMINATING DS/ORDERED INTO AD    Date Rec'd: 05-20-2025    Time Rec'd: 20:44

Admittance Authorized: _____    Date Rel.: _____    Time Rel.: _____

Pertinent Information: NA

Separation Information: _____

Special Housing Unit Cell Number: Z02-815LAD    Inmate Is In: _____    DS: _____    AD    AD Status

Is Inmate on Medication: N    Medical Department Notified: Y

| Date | Shift | Meals | | | SH | Exercise | Out of cell time (Total min/hrs) | Comments | Medical Staff Sign | OIC Signature |
|------|-------|---|---|---|----|----------|------------------|----------|--------------|---------------|
|      |       | B | D | S |    |          |                  |          |              |               |
| 07-13-2025 | Morn |   |   |   |   |          |       |   |   |   |
| 07-13-2025 | Day  | Y | Y |   |   |          |       |   |   |   |
| 07-13-2025 | Eve  |   |   | Y |   |          |       |   |   |   |
| 07-14-2025 | Morn |   |   |   |   |          |       |   |   |   |
| 07-14-2025 | Day  | Y | Y |   | Y | 06:30 Ref | 00:30 |   |   |   |
| 07-14-2025 | Eve  |   |   | Y |   |          |       |   |   |   |
| 07-15-2025 | Morn |   |   |   |   |          |       |   |   |   |
| 07-15-2025 | Day  | Y | Y |   |   | 06:00 Ref |       |   |   |   |
| 07-15-2025 | Eve  |   |   | Y |   |          |       |   |   |   |
| 07-16-2025 | Morn |   |   |   |   |          |       |   |   |   |
| 07-16-2025 | Day  | Y | Y |   | Y | Ref      | 00:30 |   |   |   |
| 07-16-2025 | Eve  |   |   | Y |   |          |       |   |   |   |
| 07-17-2025 | Morn |   |   |   |   |          |       |   |   |   |
| 07-17-2025 | Day  | Y | Y |   |   | 06:03 Ref |       |   |   |   |
| 07-17-2025 | Eve  |   |   | Y |   |          |       |   |   |   |
| 07-18-2025 | Morn |   |   |   |   |          |       |   |   |   |
| 07-18-2025 | Day  | Y | Y |   | Y | 06:00 Ref | 00:30 |   |   |   |
| 07-18-2025 | Eve  |   |   | Y |   |          |       |   |   |   |
| 07-19-2025 | Morn |   |   |   |   |          |       |   |   |   |
| 07-19-2025 | Day  | Y | Y |   |   |          |       |   |   |   |
| 07-19-2025 | Eve  |   |   | Y |   |          |       |   |   |   |

EXPLANATORY NOTES: Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc. Meals/SH: Shower - Yes (Y); No (N); Refused (R) Out-of-Cell Time: (LL) Law Library, (LV) Legal Visit, (U) Unit Team, (P) Psychology, (E) Education, (H) Haircut, (C) Chapel, (R) Recreation, (X) Property Issue, (V) Visit, (M) Medical, (C) Court, (O) Other – Yes (Y) if applicable / Enter Actual Time Period Start and End (i.e., 0930 – 1030 hrs) in Out of Cell Time Block.

Medical: Medical providers will sign the segregation log each shift and the record sheet each time the inmate is seen by a medical provider. At a minimum, the record sheet must be signed at least once each day by the medical provider. Comments: i.e., Conduct, Attitude, etc. Additional comments on reverse side must include date, signature, and title. OIC Signature: OIC must sign all record sheets each shift. (OIC - Unit Officer)

PDF                          Prescribed by P5270              This form replaces BP-292(52) dated AUG 2011.

BP-A0292
APR 16

**SPECIAL HOUSING UNIT RECORD**

**U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS**

LOS ANGELES MDC
(Institution)

Inmate Name: ARTUNI, ARA                                              Reg. No. 83380-511

Team/caseworker:                                    Regular Unit: 3 DETC MUNIT 3 - DET CTR M     Cell: 3 DETC M

Violation
or Reason: TERMINATING DS/ORDERED INTO AD        Date Rec'd: 05-20-2025     Time Rec'd: 20:44

Admittance
Authorized:                                         Date Rel.:                Time Rel.:

Pertinent Information: NA

Separation Information:

Special Housing Unit Cell Number: Z02-815LAD        Inmate Is In:              DS:            AD        AD Status

Is Inmate on Medication: N                          Medical Department Notified: Y

| Date | Shift | Meals | | | SH | Exercise | Out of cell time (Total min/hrs) | Comments | Medical Staff Sign | OIC Signature |
|------|-------|---|---|---|----|----------|-----------------|----------|-----------|-----------|
|      |       | B | D | S |    |          |                 |          |           |           |
| 07-20-2025 | Morn |   |   |   |   |          |                 |          |           |           |
| 07-20-2025 | Day | Y | Y |   |   |          |                 |          |           |           |
| 07-20-2025 | Eve |   |   |   | Y |          |                 |          |           |           |
| 07-21-2025 | Morn |   |   |   |   |          |                 |          |           |           |
| 07-21-2025 | Day | Y | Y |   | Y | 06:10 Ref | 00:30          |          |           |           |
| 07-21-2025 | Eve |   |   |   | Y |          | 01:00           |          |           |           |
| 07-22-2025 | Morn |   |   |   |   |          |                 |          |           |           |
| 07-22-2025 | Day | Y | Y |   |   | 06:00 Ref |                |          |           |           |
| 07-22-2025 | Eve |   |   |   | Y |          |                 |          |           |           |
| 07-23-2025 | Morn |   |   |   |   |          |                 |          |           |           |
| 07-23-2025 | Day | Y | Y |   | R | 06:00 Ref |                |          |           |           |
| 07-23-2025 | Eve |   |   |   | Y |          |                 |          |           |           |
| 07-24-2025 | Morn |   |   |   |   |          |                 |          |           |           |
| 07-24-2025 | Day | Y | Y |   |   | 06:00 Ref |                |          |           |           |
| 07-24-2025 | Eve |   |   |   | Y |          |                 |          |           |           |
| 07-25-2025 | Morn |   |   |   |   |          |                 |          |           |           |
| 07-25-2025 | Day | Y | Y |   | R | Ref      |                 |          |           |           |
| 07-25-2025 | Eve |   |   |   | Y |          |                 |          |           |           |
| 07-26-2025 | Morn |   |   |   |   |          |                 |          |           |           |
| 07-26-2025 | Day | Y | Y |   |   |          |                 |          |           |           |
| 07-26-2025 | Eve |   |   |   | Y |          |                 |          |           |           |

EXPLANATORY NOTES: Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc. Meals/SH: Shower - Yes (Y); No (N); Refused (R) Out-of-Cell Time: (LL) Law Library, (LV) Legal Visit, (U) Unit Team, (P) Psychology, (E) Education, (H) Haircut, (C) Chapel, (R) Recreation, (X) Property Issue, (V) Visit, (M) Medical, (C) Court, (O) Other – Yes (Y) if applicable / Enter Actual Time Period Start and End (i.e., 0930 – 1030 hrs) in Out of Cell Time Block.

Medical: Medical providers will sign the segregation log each shift and the record sheet each time the inmate is seen by a medical provider. At a minimum, the record sheet must be signed at least once each day by the medical provider. Comments: i.e., Conduct, Attitude, etc. Additional comments on reverse side must include date, signature, and title. OIC Signature: OIC must sign all record sheets each shift. (OIC - Unit Officer)

PDF                                    Prescribed by P5270              This form replaces BP-292(52) dated AUG 2011.

BP-A0292
APR 16

**SPECIAL HOUSING UNIT RECORD**

**U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS**

LOS ANGELES MDC
(Institution)

Inmate Name: ARTUNI, ARA                                       Reg. No. 83380-511

Team/caseworker: _____                Regular Unit: 3 DETC MUNIT 3 - DET CTR M    Cell: 3 DETC M

Violation
or Reason: TERMINATING DS/ORDERED INTO AD        Date Rec'd: 05-20-2025        Time Rec'd: 20:44

Admittance
Authorized: _____                Date Rel.: _____        Time Rel.: _____

Pertinent Information: NA

Separation Information: _____

Special Housing Unit Cell Number: Z02-815LAD        Inmate Is In: _____        DS: _____   AD        AD Status

Is Inmate on Medication: N        Medical Department Notified: Y

| Date | Shift | Meals | | | SH | Exercise | Out of cell time (Total min/hrs) | Comments | Medical Staff Sign | OIC Signature |
|---|---|---|---|---|---|---|---|---|---|---|
| | | B | D | S | | | | | | |
| 07-27-2025 | Morn | | | | | | | | | |
| 07-27-2025 | Day | Y | Y | | N | No | | | | |
| 07-27-2025 | Eve | | | Y | | | | | | |
| 07-28-2025 | Morn | | | | | | | | | |
| 07-28-2025 | Day | Y | Y | | | | | | | |
| 07-28-2025 | Eve | | | Y | R | 14:05 Ref | | | | |
| 07-29-2025 | Morn | | | | | | | | | |
| 07-29-2025 | Day | Y | Y | | | | | | | |
| 07-29-2025 | Eve | | | Y | | 14:01 Ref | | | | |
| 07-30-2025 | Morn | | | | | | | | | |
| 07-30-2025 | Day | Y | Y | | | | | | | |
| 07-30-2025 | Eve | | | Y | R | 14:00 Ref | | | | |
| 07-31-2025 | Morn | | | | | | | | | |
| 07-31-2025 | Day | Y | Y | | | | | | | |
| 07-31-2025 | Eve | | | Y | | 14:01 Ref | | | | |
| 08-01-2025 | Morn | | | | | | | | | |
| 08-01-2025 | Day | Y | Y | | | | | | | |
| 08-01-2025 | Eve | | | Y | R | 14:03 Ref | | | | |
| 08-02-2025 | Morn | | | | | | | | | |
| 08-02-2025 | Day | Y | Y | | | | | | | |
| 08-02-2025 | Eve | | | Y | | 14:01 Ref | | | | |

EXPLANATORYNOTES:Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc. Meals/SH: Shower - Yes (Y); No (N); Refused (R)Out-of-Cell Time: (LL) Law Library,(LV) Legal Visit, (U) Unit Team, (P) Psychology, (E) Education, (H) Haircut, (C) Chapel, (R) Recreation, (X) Property Issue, (V) Visit, (M) Medical, (C) Court, (O) Other – Yes (Y) if applicable / Enter Actual Time Period Start and End (i.e., 0930 – 1030 hrs) in Out of Cell Time Block.

Medical: Medical providers will sign the segregation log each shift and the record sheet each time the inmate is seen by a medical provider. At a minimum, the record sheet must be signed at least once each day by the medical provider. Comments: i.e., Conduct, Attitude, etc. Additional comments on reverse side must include date, signature, and title. OIC Signature: OIC must sign all record sheets each shift. (OIC - Unit Officer)

PDF                Prescribed by P5270                This form replaces BP-292(52) dated AUG 2011.

BP-A0292
APR 16

**SPECIAL HOUSING UNIT RECORD**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

LOS ANGELES MDC
(Institution)

Inmate Name: ARTUNI, ARA                                      Reg. No. 83380-511

Team/caseworker: _____  Regular Unit: 3 DETC MUNIT 3 - DET CTR M   Cell: 3 DETC M

Violation or Reason: TERMINATING DS/ORDERED INTO AD    Date Rec'd: 05-20-2025    Time Rec'd: 20:44

Admittance Authorized: _____   Date Rel.: _____   Time Rel.: _____

Pertinent Information: NA

Separation Information: _____

Special Housing Unit Cell Number: Z02-815LAD    Inmate Is In: _____  DS: _____ AD    AD Status

Is Inmate on Medication: N    Medical Department Notified: Y

| Date | Shift | Meals B | Meals D | Meals S | SH | Exercise | Out of cell time (Total min/hrs) | Comments | Medical Staff Sign | OIC Signature |
|------|-------|---|---|---|----|----------|----------------------------------|----------|--------------------|--------------|
| 08-03-2025 | Morn |   |   |   |   |          |   |   |   |   |
| 08-03-2025 | Day  | Y | Y |   |   |          |   |   |   |   |
| 08-03-2025 | Eve  |   |   |   | Y |          |   |   |   |   |
| 08-04-2025 | Morn |   |   |   |   |          |   |   |   |   |
| 08-04-2025 | Day  | Y | Y |   | N | No       |   |   |   |   |
| 08-04-2025 | Eve  |   |   |   | Y | R | 14:05 Ref |   |   |   |
| 08-05-2025 | Morn |   |   |   |   |          |   |   |   |   |
| 08-05-2025 | Day  | Y | Y |   |   |          |   |   |   |   |
| 08-05-2025 | Eve  |   |   |   | Y |   | 14:02 Ref |   |   |   |
| 08-06-2025 | Morn |   |   |   |   |          |   |   |   |   |
| 08-06-2025 | Day  | Y | Y |   |   |          |   |   |   |   |
| 08-06-2025 | Eve  |   |   |   | Y | R | 14:02 Ref |   |   |   |
| 08-07-2025 | Morn |   |   |   |   |          |   |   |   |   |
| 08-07-2025 | Day  | Y | Y |   |   |          |   |   |   |   |
| 08-07-2025 | Eve  |   |   |   | Y |   | 14:10 Ref |   |   |   |
| 08-08-2025 | Morn |   |   |   |   |          |   |   |   |   |
| 08-08-2025 | Day  | Y | Y |   |   |          |   |   |   |   |
| 08-08-2025 | Eve  |   |   |   | Y | R | 14:10 Ref |   |   |   |
| 08-09-2025 | Morn |   |   |   |   |          |   |   |   |   |
| 08-09-2025 | Day  | Y | Y |   |   |          |   |   |   |   |
| 08-09-2025 | Eve  |   |   |   | Y |   |   |   |   |   |

EXPLANATORY NOTES: Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc. Meals/SH: Shower - Yes (Y); No (N); Refused (R) Out-of-Cell Time: (LL) Law Library, (LV) Legal Visit, (U) Unit Team, (P) Psychology, (E) Education, (H) Haircut, (C) Chapel, (R) Recreation, (X) Property Issue, (V) Visit, (M) Medical, (C) Court, (O) Other – Yes (Y) if applicable / Enter Actual Time Period Start and End (i.e., 0930 – 1030 hrs) in Out of Cell Time Block.

Medical: Medical providers will sign the segregation log each shift and the record sheet each time the inmate is seen by a medical provider. At a minimum, the record sheet must be signed at least once each day by the medical provider. Comments: i.e., Conduct, Attitude, etc. Additional comments on reverse side must include date, signature, and title. OIC Signature: OIC must sign all record sheets each shift. (OIC - Unit Officer)

PDF                    Prescribed by P5270          This form replaces BP-292(52) dated AUG 2011.

BP-A0292
APR 16

**SPECIAL HOUSING UNIT RECORD**

**U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS**

LOS ANGELES MDC
(Institution)

Inmate Name: ARTUNI, ARA

Reg. No. 83380-511

Team/caseworker: _____  Regular Unit: 3 DETC MUNIT 3 - DET CTR M   Cell: 3 DETC M

Violation
or Reason: TERMINATING DS/ORDERED INTO AD

Date
Rec'd: 05-20-2025

Time
Rec'd: 20:44

Admittance
Authorized: _____

Date
Rel.: _____

Time
Rel.: _____

Pertinent Information: NA

Separation Information: _____

Special Housing Unit Cell Number: Z02-815LAD    Inmate Is In: _____   DS: _____ AD    AD Status

Is Inmate on Medication: N    Medical Department Notified: Y

| Date | Shift | Meals | | | SH | Exercise | Out of cell time (Total min/hrs) | Comments | Medical Staff Sign | OIC Signature |
|------|-------|---|---|---|----|----------|----------------------------------|----------|-------------------|---------------|
|      |       | B | D | S |    |          |                                  |          |                   |               |
| 08-10-2025 | Morn |   |   |   |   |          |          |   |   |   |
| 08-10-2025 | Day  | Y | Y |   | N | No       |          |   |   |   |
| 08-10-2025 | Eve  |   |   | Y |   |          |          |   |   |   |
| 08-11-2025 | Morn |   |   |   |   |          |          |   |   |   |
| 08-11-2025 | Day  | Y | Y |   |   |          |          |   |   |   |
| 08-11-2025 | Eve  |   |   | Y | R | 14:05 Ref | 00:30   |   |   |   |
| 08-12-2025 | Morn |   |   |   |   |          |          |   |   |   |
| 08-12-2025 | Day  | Y | Y |   |   |          |          |   |   |   |
| 08-12-2025 | Eve  |   |   | Y |   | 14:00 Ref |         |   |   |   |
| 08-13-2025 | Morn |   |   |   |   |          |          |   |   |   |
| 08-13-2025 | Day  | Y | Y |   |   |          |          |   |   |   |
| 08-13-2025 | Eve  |   |   | Y | Y | 14:05 Ref | 00:30   |   |   |   |
| 08-14-2025 | Morn |   |   |   |   |          |          |   |   |   |
| 08-14-2025 | Day  | Y | Y |   |   |          |          |   |   |   |
| 08-14-2025 | Eve  |   |   | Y |   | 14:05 Ref |         |   |   |   |
| 08-15-2025 | Morn |   |   |   |   |          |          |   |   |   |
| 08-15-2025 | Day  | Y | Y |   |   |          |          |   |   |   |
| 08-15-2025 | Eve  |   |   | Y | R | Ref      |          |   |   |   |
| 08-16-2025 | Morn |   |   |   |   |          |          |   |   |   |
| 08-16-2025 | Day  | Y | Y |   |   |          |          |   |   |   |
| 08-16-2025 | Eve  |   |   | Y |   | Ref      |          |   |   |   |

EXPLANATORYNOTES:Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc. Meals/SH: Shower - Yes (Y); No (N); Refused (R)Out-of-Cell
Time: (LL) Law Library,(LV) Legal Visit, (U) Unit Team, (P) Psychology, (E) Education, (H) Haircut, (C) Chapel, (R) Recreation, (X) Property Issue, (V)
Visit, (M) Medical, (C) Court, (O) Other – Yes (Y) if applicable / Enter Actual Time Period Start and End (i.e., 0930 – 1030 hrs) in Out of Cell Time Block.

Medical: Medical providers will sign the segregation log each shift and the record sheet each time the inmate is seen by a medical provider. At a minimum,
the record sheet must be signed at least once each day by the medical provider. Comments: i.e., Conduct, Attitude, etc. Additional comments on reverse
side must include date, signature, and title. OIC Signature: OIC must sign all record sheets each shift. (OIC - Unit Officer)

PDF

Prescribed by P5270

This form replaces BP-292(52) dated AUG 2011.

BP-A0292
APR 16

**SPECIAL HOUSING UNIT RECORD**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

LOS ANGELES MDC
(Institution)

Inmate Name: ARTUNI, ARA                                    Reg. No. 83380-511

Team/caseworker: _____   Regular Unit: 3 DETC MUNIT 3 - DET CTR M   Cell: 3 DETC M

Violation or Reason: TERMINATING DS/ORDERED INTO AD   Date Rec'd: 05-20-2025   Time Rec'd: 20:44

Admittance Authorized: _____   Date Rel.: _____   Time Rel.: _____

Pertinent Information: NA

Separation Information: _____

Special Housing Unit Cell Number: Z02-815LAD        Inmate Is In: _____   DS: _____ AD   AD Status

Is Inmate on Medication: N                   Medical Department Notified: Y

| Date | Shift | Meals B | Meals D | Meals S | SH | Exercise | Out of cell time (Total min/hrs) | Comments | Medical Staff Sign | OIC Signature |
|------|-------|---|---|---|----|----------|------------------|----------|--------------------|---------------|
| 08-17-2025 | Morn | | | | | | | | | |
| 08-17-2025 | Day | Y | Y | | | | | | | |
| 08-17-2025 | Eve | | | | Y | | | | | |
| 08-18-2025 | Morn | | | | | | | | | |
| 08-18-2025 | Day | Y | Y | | | | | | | |
| 08-18-2025 | Eve | | | | Y | 14:00 Ref | 02:00 | | | |
| 08-19-2025 | Morn | | | | | | | | | |
| 08-19-2025 | Day | Y | Y | | | | | | | |
| 08-19-2025 | Eve | | | | Y | | | | | |
| 08-20-2025 | Morn | | | | | | | | | |
| 08-20-2025 | Day | Y | Y | | N | No | | | | |
| 08-20-2025 | Eve | | | | Y | R | 14:07 Ref | | | |
| 08-21-2025 | Morn | | | | | | | | | |
| 08-21-2025 | Day | Y | Y | | | No | | | | |
| 08-21-2025 | Eve | | | | Y | | 14:07 Ref | | | |
| 08-22-2025 | Morn | | | | | | | | | |
| 08-22-2025 | Day | Y | Y | | | | | | | |
| 08-22-2025 | Eve | | | | Y | R | 14:10 Ref | | | |
| 08-23-2025 | Morn | | | | | | | | | |
| 08-23-2025 | Day | Y | Y | | | | | | | |
| 08-23-2025 | Eve | | | | Y | | | | | |

EXPLANATORY NOTES: Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc. Meals/SH: Shower - Yes (Y); No (N); Refused (R) Out-of-Cell Time: (LL) Law Library, (LV) Legal Visit, (U) Unit Team, (P) Psychology, (E) Education, (H) Haircut, (C) Chapel, (R) Recreation, (X) Property Issue, (V) Visit, (M) Medical, (C) Court, (O) Other – Yes (Y) if applicable / Enter Actual Time Period Start and End (i.e., 0930 – 1030 hrs) in Out of Cell Time Block.

Medical: Medical providers will sign the segregation log each shift and the record sheet each time the inmate is seen by a medical provider. At a minimum, the record sheet must be signed at least once each day by the medical provider. Comments: i.e., Conduct, Attitude, etc. Additional comments on reverse side must include date, signature, and title. OIC Signature: OIC must sign all record sheets each shift. (OIC - Unit Officer)

PDF                          Prescribed by P5270            This form replaces BP-292(52) dated AUG 2011.

BP-A0292
APR 16

**SPECIAL HOUSING UNIT RECORD**

**U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS**

LOS ANGELES MDC
(Institution)

Inmate Name: ARTUNI, ARA                                    Reg. No. 83380-511

Team/caseworker: _____    Regular Unit: 3 DETC MUNIT 3 - DET CTR M    Cell: 3 DETC M

Violation
or Reason: TERMINATING DS/ORDERED INTO AD    Date
Rec'd: 05-20-2025    Time
Rec'd: 20:44

Admittance
Authorized: _____    Date
Rel.: _____    Time
Rel.: _____

Pertinent Information: NA

Separation Information: _____

Special Housing Unit Cell Number: Z02-815LAD    Inmate Is In: _____    DS: _____    AD    AD Status

Is Inmate on Medication: N    Medical Department Notified: Y

| Date | Shift | Meals | | | SH | Exercise | Out of cell time (Total min/hrs) | Comments | Medical Staff Sign | OIC Signature |
|------|-------|---|---|---|----|----------|------------------|----------|-------------------|---------------|
|      |       | B | D | S |    |          |                  |          |                   |               |
| 08-24-2025 | Morn |   |   |   |   |          |                  |          |                   |               |
| 08-24-2025 | Day | Y | Y |   |   |          |                  |          |                   |               |
| 08-24-2025 | Eve |   |   | Y |   |          |                  |          |                   |               |
| 08-25-2025 | Morn |   |   |   |   |          |                  |          |                   |               |
| 08-25-2025 | Day | Y | Y |   |   |          |                  |          |                   |               |
| 08-25-2025 | Eve |   |   | Y | R | 14:00 Ref |                 |          |                   |               |
| 08-26-2025 | Morn |   |   |   |   |          |                  |          |                   |               |
| 08-26-2025 | Day | Y | Y |   |   |          |                  |          |                   |               |
| 08-26-2025 | Eve |   |   | Y |   | Ref      |                  |          |                   |               |
| 08-27-2025 | Morn |   |   |   |   |          |                  |          |                   |               |
| 08-27-2025 | Day | Y | Y |   |   |          |                  |          |                   |               |
| 08-27-2025 | Eve |   |   | Y | R | 14:10 Ref |                 |          |                   |               |
| 08-28-2025 | Morn |   |   |   |   |          |                  |          |                   |               |
| 08-28-2025 | Day | Y | Y |   |   |          |                  |          |                   |               |
| 08-28-2025 | Eve |   |   | Y |   | 14:05 Ref |                 |          |                   |               |
| 08-29-2025 | Morn |   |   |   |   |          |                  |          |                   |               |
| 08-29-2025 | Day | Y | Y |   |   |          |                  |          |                   |               |
| 08-29-2025 | Eve |   |   | Y | R | 14:06 Ref |                 |          |                   |               |
| 08-30-2025 | Morn |   |   |   |   |          |                  |          |                   |               |
| 08-30-2025 | Day | Y | Y |   |   |          |                  |          |                   |               |
| 08-30-2025 | Eve |   |   | Y |   |          |                  |          |                   |               |

EXPLANATORY NOTES: Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc. Meals/SH: Shower - Yes (Y); No (N); Refused (R) Out-of-Cell Time: (LL) Law Library,(LV) Legal Visit, (U) Unit Team, (P) Psychology, (E) Education, (H) Haircut, (C) Chapel, (R) Recreation, (X) Property Issue, (V) Visit, (M) Medical, (C) Court, (O) Other – Yes (Y) if applicable / Enter Actual Time Period Start and End (i.e., 0930 – 1030 hrs) in Out of Cell Time Block.

Medical: Medical providers will sign the segregation log each shift and the record sheet each time the inmate is seen by a medical provider. At a minimum, the record sheet must be signed at least once each day by the medical provider.  Comments: i.e., Conduct, Attitude, etc. Additional comments on reverse side must include date, signature, and title. OIC Signature: OIC must sign all record sheets each shift. (OIC - Unit Officer)

PDF                                    Prescribed by P5270                    This form replaces BP-292(52) dated AUG 2011.

BP-A0292
APR 16

## SPECIAL HOUSING UNIT RECORD

**U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS**

LOS ANGELES MDC
(Institution)

Inmate Name: ARTUNI, ARA                                      Reg. No. 83380-511

Team/caseworker: _____    Regular Unit: 3 DETC MUNIT 3 - DET CTR M    Cell: 3 DETC M

Violation or Reason: TERMINATING DS/ORDERED INTO AD    Date Rec'd: 05-20-2025    Time Rec'd: 20:44

Admittance Authorized: _____    Date Rel.: _____    Time Rel.: _____

Pertinent Information: NA

Separation Information: _____

Special Housing Unit Cell Number: Z02-815LAD    Inmate Is In: _____    DS: _____    AD    AD Status

Is Inmate on Medication: N    Medical Department Notified: Y

| Date | Shift | Meals B | Meals D | Meals S | SH | Exercise | Out of cell time (Total min/hrs) | Comments | Medical Staff Sign | OIC Signature |
|------|-------|---|---|---|----|----------|-----------------|----------|------------|--------------|
| 08-31-2025 | Morn |   |   |   |   |   |   |   |   |   |
| 08-31-2025 | Day | Y | Y |   |   |   |   |   |   |   |
| 08-31-2025 | Eve |   |   | Y |   |   |   |   |   |   |
| 09-01-2025 | Morn |   |   |   |   |   |   |   |   |   |
| 09-01-2025 | Day | Y | Y |   |   |   |   |   |   |   |
| 09-01-2025 | Eve |   |   | Y | R | Ref |   |   |   |   |
| 09-02-2025 | Morn |   |   |   |   |   |   |   |   |   |
| 09-02-2025 | Day | Y | Y |   |   |   |   |   |   |   |
| 09-02-2025 | Eve |   |   | Y | N | No | 01:30 | See 2nd page |   |   |
| 09-03-2025 | Morn |   |   |   |   |   |   |   |   |   |
| 09-03-2025 | Day | Y | Y |   |   |   |   |   |   |   |
| 09-03-2025 | Eve |   |   | Y | R | 14:00 Ref |   |   |   |   |
| 09-04-2025 | Morn |   |   |   | N | No |   |   |   |   |
|  | Day |   |   |   |   |   |   |   |   |   |
|  | Eve |   |   |   |   |   |   |   |   |   |
|  | Morn |   |   |   |   |   |   |   |   |   |
|  | Day |   |   |   |   |   |   |   |   |   |
|  | Eve |   |   |   |   |   |   |   |   |   |
|  | Morn |   |   |   |   |   |   |   |   |   |
|  | Day |   |   |   |   |   |   |   |   |   |
|  | Eve |   |   |   |   |   |   |   |   |   |

EXPLANATORY NOTES: Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc. Meals/SH: Shower - Yes (Y); No (N); Refused (R) Out-of-Cell Time: (LL) Law Library,(LV) Legal Visit, (U) Unit Team, (P) Psychology, (E) Education, (H) Haircut, (C) Chapel, (R) Recreation, (X) Property Issue, (V) Visit, (M) Medical, (C) Court, (O) Other – Yes (Y) if applicable / Enter Actual Time Period Start and End (i.e., 0930 – 1030 hrs) in Out of Cell Time Block.

Medical: Medical providers will sign the segregation log each shift and the record sheet each time the inmate is seen by a medical provider. At a minimum, the record sheet must be signed at least once each day by the medical provider. Comments: i.e., Conduct, Attitude, etc. Additional comments on reverse side must include date, signature, and title. OIC Signature: OIC must sign all record sheets each shift. (OIC - Unit Officer)

PDF                          Prescribed by P5270                  This form replaces BP-292(52) dated AUG 2011.

Evening shift comments:

09-02-2025    Legal Visit: Legal visit with attorney Mines

Federal Bureau of Prisons
TRUFONE
**Monitor Recorded Calls (Basic)**
**Sensitive But Unclassified**

| | | | | |
|---|---|---|---|---|
| Location: | LOS | Alpha Code: | All | Alerts: | n/a |
| Start Date: | 5/20/2025 12:00 AM | End Date: | 9/3/2025 11:59 PM | Unmonitored Calls Only: | N |
| Register No.: | 83380511 | Register No. Profile: | All | | |
| Phone Number: | All | Phone # Profile: | All | | |
| Last Name: | All | First Name: | All | | |
| Station Profile: | All | | | | |
| Stations: | All | | | | |

Attestation Status:    All

| Reg # | Name | Date | Number Called | City | ST | Monitored | Locked | Duration | Station Name | Commented | Tp | Status | ! | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 83380511 | ARTUNI ARA | 8/2/2025 3:03 PM | (818)281-1803 | BRBN BRBN | CA | Y | N | 15 | SHU A-LOS-Z-A | N | P | Completed | | LOS |
| 83380511 | ARTUNI ARA | 7/25/2025 5:31 PM | (818)912-9906 | CANOGAPARK | CA | N | N | 5 | SHU A-LOS-Z-A | N | P | Completed | | LOS |
| **Total Number of Calls** | **2** | | | | | | | | | | | | | |