| DATE | NAME | BAR# | INMATE | REG# | IN | OUT |
|---|---|---|---|---|---|---|
| 5/21 | Sondonion | 244025 | ARTUNI | 83380-511 | 6:55PM | 8:00 |
| 5/21 | Ghazariz | 152790 | ARTUNI | 83380-51 | 6:55PM | 8:00 |

| DATE | NAME | BAR # | INMATE | REG # | IN | OUT |
|------|------|-------|--------|-------|-----|-----|
| 5/25 | Jakes | 76489 | Arturi | 87300-511 | 9 | 10 |



| DATE | NAME | BAR # | INMATE | REG # | IN | OUT |
|------|------|-------|--------|-------|-----|-----|
| 5/30 | Sisal | 198628 | Azumi | 83880-91 | 9 | 1/20 |
| 6/1/25 | Cohen | 231915 | Acton | 83580-511 | 8 | 10⁵ |

Date  Name    Br    T...t  n..   —

| 6/6/9 | 151 | HARVEY | 335.75 | ATONI | 833851 | 10:45 | | 9 |
| | | | | | 833851 | 12:05 | 2:35 | |

| Date | Name | Bar # | Inmate | Reg# | In | Out |
|------|------|-------|--------|------|-----|-----|
| 6/17 | *illegible* | 176492 | Artynis | 977390774 | 10:38 | 12:45 |
| 6/17 | EricShevin | 160103 | Artum | 83380-510 | 10:20 | 12:35 |

| Date | Name | Bar # | Inmate | Reg # | In | Out |
|---|---|---|---|---|---|---|
| | | | | | | 2:40 |
| 6/20 | Soudani | 244025 | Artuni | | 9:32 | 11:20 |

| Date | Name | Bar # | F/M Name | Reg# | In | Out |
|------|------|-------|----------|------|-----|-----|
| 7/7/25 | Sigal | 198023 | Artuni | | 8$^{45}$ mn | 2$^{34}$ |

| Date | Name | Bar # | I/M Name | Reg # | In | Out |
|------|------|-------|----------|-------|-----|-----|
| 7/20/ | Miles | 35/13J | Artuni | 8336081 | 12:00 | |

| Date | Name | Bar# | I/M Name | Reg# | In | Out |
|------|------|------|----------|------|-----|-----|
| 7/30 | MYINES | 33113S | ARTUNI | 93280811 | 3:15 | |

| Date | Name | Bar # | Ihl Name | Reg# | In | Out |
|------|------|-------|----------|------|-----|-----|
| 0|1 | J. Mines | 331B5 | Aptuni | 833800811 | 12:00 | 3:15 |

| Date | Name | Bar# | I/M Name | Reg# | In | Out |
|------|------|------|----------|------|------|------|
| 8/13 | JACOB | 173647 | Artuni | | 17:45 | 1900 |
| 8/13 | MASON | 246653 | Artuni | | 1700 | 1900 |

| Date | Name, Bar# | I/M Name, Res# | In | Out |
|------|------------|----------------|-----|-----|
| 8/10/23 | Mines  351135 | Arturh  83380 511 | 12:00 | 5:06 |

| Date | Name | Bar# | I/M Name | Reg# | In | Out |
|------|------|------|----------|------|-----|-----|
| 8/20 | A Jackson | 173647 | Artuni | 83380-511 | 10:40 | 12:35 |
| 8/21 | Mines | 331135 | Artuni | 83380-511 | 6pm | 8pm |

| Date | Name | Bar# | I/M Name | Reg# | In | Out |
|------|------|------|----------|------|-----|-----|
| 8/22/25 | Mines | 331135. | Arturo | 83380511 | 1:45 | 5pm |

Date, Name, Bar # , Ill Name Reg# , In, out

| Date | Name | Bar # | Ill Name | Reg # | In | Out |
|------|------|-------|----------|-------|-----|-----|
| 4/5 | Mason | 246653 | Antini | 83380-511 | 130 | 2:45 |
| 95 | Sparagua | 315275 | Antini | 83380-511 | 130 | 2:55 |

| Date | Name | Bar # | F/U Name | Reg # | In | out |
|------|------|-------|----------|-------|-----|-----|
| 9/9 | Jackson | 173647 | Artuni | 83380521 | 5:20pm | 620 |
| 9/9 | Mines | 351135 | Artuni | 83380-511 | 5:20pm | 620 |
| 9/9 | Mason | 246653 | Artuni | 83380-521 | 5:20pm | 620 |