| Date | Name | Reg. No. | Phone # | time | Staff |
|---|---|---|---|---|---|
| 8·13·25 | ARTUNI | 83380 - 511 | (213) 905-9415 | 1000 | Pm |
| 8.14.25 | Artuni | 8380 - 511 | (213) 905-9415 | 0830 | LS |

| DATE | Inmate Name | Reg # | Reason | out | In. |
|------|-------------|-------|--------|-----|-----|
| 9/8/25 | Arturii, Ava | 83380-511 | Legal call | 11:03AM | Completed. |