# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: M    Race: WHITE | Facility: | LOS |
| Note Date: | 09/08/2025 10:14 | Provider: T█, R. (MOUD) MD | Unit: | Z02 |

**Reviewed Health Status:** No

Admin Note - Consultation encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE    **1**    Provider: T█, R. (MOUD) MD

will DISCONTINUE HIS GI CONSULT TO REWRITE IT

**Discontinued Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Gastroenterology | 12/08/2025 | 12/08/2025 | Routine | No | |

Subtype:

Gastroenterology, NOS

Reason for Request:

FOR REFERRAL TO GASTROENTEROLOGY FOR CONSULT AND EVALUATION FOR THIS 41 Y MALE CURRENTLY AT 8 NORTH SHU WHO HAS A COURT ORDER ISSUED BY HONORABLE JUDGE PATRICIA DONAHUE FOR CONSULTATION AS THIS INMATE HAS A HIATAL HERNIA FOR 4 YEARS TAKING OMEPRAZOLE AND PRN MYLANTA LIQUID

Provisional Diagnosis:

HIATAL HERNIA

Additional Records Required for Consultation:

Complete Record

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by T█, R. (MOUD) MD on 09/08/2025 10:16

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: ARTUNI, ARA | | | Reg #: 83380-511 |
| Date of Birth: 01/22/1984 | Sex: M | Race: WHITE | Facility: LOS |
| Encounter Date: 09/08/2025 10:01 | Provider: T█, R. (MOUD) MD | | Unit: Z02 |

**Reviewed Health Status:** Yes

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**         Provider: T█, R. (MOUD) MD

Chief Complaint:   GASTROINTESTINAL

Subjective:   HONORABLE JUDGE, Patricia Donahue, issued a COURT ORDER to provide with a medical examination and/or treatment for:  Consult and Prescription fill for OMEPRAZOLE or similar which Ara Artuni has taken for 5 years for stomach.

41 y male, currently at 8 NORTH SHU seen today for COURT ORDER.  When he came here to MDC-LA on 5/21/25 he did not disclose to DUTY INTAKE NURSE on 5/21/2025, then to APP3 doing his History and Physical on 5/30/2025,  then to Physician 3 doing his CHRONIC CARE 14 DAY EVALUATION on 5/29/2025 regarding his HIATAL HERNIA.

During his INTAKE, he only disclosed he had a heart attack in 2021 and high cholesterol taking a cholesterol medication which he could not remember.

Today, he said he has history of HIATAL HERNIA for FOUR (4) years and was taking OMEPRAZOLE daily and PRN AS NEEDED MYLANTA LIQUID when his hiatal hernia symptoms were severe.  Will prescribe him today OMEPRAZOLE and MYLANTA LIQUID. Denied any previous history of black tarry stools or hematochezia.

Pain:        No

---

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 09/08/2025 10:01 by T█, R. (MOUD) MD

**Seen for clinic(s):** Gastrointestinal

**ROS:**

**GI**

**General**

Yes: Heartburn

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/08/2025 | 10:04 LOS | 79 | Via Machine | Regular | T█, R. (MOUD) MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/08/2025 | 10:04 LOS | 16 | T█, R. (MOUD) MD |

| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
|---|---|---|---|---|---|
| Date of Birth: | 01/22/1984 | Sex: M | Race: WHITE | Facility: | LOS |
| Encounter Date: | 09/08/2025 10:01 | Provider: | T███, R. (MOUD) MD | Unit: | Z02 |

**Date**          **Time**          **Rate Per Minute**  **Provider**

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 09/08/2025 | 10:04 LOS | 90/50 | Left Arm | Sitting | Adult-regular | T███, R. (MOUD) MD |

## Exam:

### General

#### Appearance

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

### Eyes

#### General

Yes: PERRLA, Extraocular Movements Intact

### Neck

#### General

Yes: Supple

### Pulmonary

#### Auscultation

Yes: Clear to Auscultation

### Cardiovascular

#### Auscultation

Yes: Normal S1 and S2

### Abdomen

#### Palpation

Yes: Soft

No: Guarding, Rigidity, Tenderness on Palpation

### Musculoskeletal

#### Tibia / Fibula

No: Edema, Pitting Edema

### Neurologic

#### Motor System-General

Yes: Normal Exam

## ASSESSMENT:

Diaphragmatic hernia, K449 - Current

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Omeprazole Capsule/Tablet | 09/08/2025 10:01 |

    **Prescriber Order:**   20 MG Orally  -   daily x 180 day(s) -- COURT ORDER

    Indication:   Diaphragmatic hernia

    Start Now:  Yes

       Night Stock Rx#:

       Source:  Sub Stock Location

| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
|---|---|---|---|---|---|
| Date of Birth: | 01/22/1984 | Sex: M | Race: WHITE | Facility: | LOS |
| Encounter Date: | 09/08/2025 10:01 | Provider: T█, R. (MOUD) MD | | Unit: | Z02 |

## New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|

Admin Method:   Self Administration

Stop Date:   03/07/2026 10:00

MAR Label:   40 MG Orally  -   daily x 180 day(s) -- COURT ORDER

One Time Dose Given:   No

ALOH/MGOH/Simeth(Mylanta) 200-200-20 MG/5ML Susp                                      09/08/2025 10:01

**Prescriber Order:**   20 CC OR ML Orally  -  three times a day PRN x 180 day(s) -- AS NEEDED FOR SEVERE HEARTBURN SYMPTOMS

THIS IS A COURT ORDER

Indication:   Diaphragmatic hernia

Start Now:   Yes

Night Stock Rx#:

Source:   Sub Stock Location

Admin Method:   Self Administration

Stop Date:   03/07/2026 10:00

MAR Label:  20 CC OR ML Orally  -  three times a day PRN x 180 day(s) -- AS NEEDED FOR SEVERE HEARTBURN SYMPTOMS

THIS IS A COURT ORDER

One Time Dose Given:  No

## Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 229988-LOS | Aspirin 81 MG EC Tab | 09/08/2025 10:01 |

**Prescriber Order:**   Take one tablet (81 MG) by mouth daily with food x 180 day(s) -- SYNCHRONIZE

Indication:   Old myocardial infarction

| 229989-LOS | Atorvastatin 40 MG TAB | 09/08/2025 10:01 |
|---|---|---|

**Prescriber Order:**   Take one tablet (40 MG) by mouth each evening for control of cholesterol x 180 day(s) -- SYNCHRONIZE

Indication:   Hyperlipidemia, unspecified

| 230897-LOS | Cholecalciferol (Vit D)  2000 UNIT (50 mcg) Tab | 09/08/2025 10:01 |
|---|---|---|

**Prescriber Order:**   Take one tablet  by mouth daily x 180 day(s) -- SYNCHRONIZE

Indication:   Vitamin D deficiency

## New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Gastroenterology | 12/08/2025 | 12/08/2025 | Routine | No | |

Subtype:

Gastroenterology, NOS

Reason for Request:

FOR REFERRAL TO GASTROENTEROLOGY FOR CONSULT AND EVALUATION PER COURT ORDER ISSUED BY HONORABLE JUDGE, PATRICIA DONAHUE, for this 41 y male with history of HIATAL HERNIA for four years taking OMEPRAZOLE and PRN MYLANTA LIQUID

| | | | |
|---|---|---|---|
| Inmate Name: ARTUNI, ARA | | | Reg #: 83380-511 |
| Date of Birth: 01/22/1984 | Sex: M Race: WHITE | | Facility: LOS |
| Encounter Date: 09/08/2025 10:01 | Provider: T███, R. (MOUD) MD | | Unit: Z02 |

Provisional Diagnosis:

HIATAL HERNIA

Additional Records Required for Consultation:

Complete Record

## Disposition:

Follow-up at Chronic Care Clinic as Needed

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/08/2025 | Counseling | Plan of Care | T██, R. | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by T██, R. (MOUD) MD on 09/08/2025 10:20

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: ARTUNI, ARA | | Reg #: 83380-511 |
| Date of Birth: 01/22/1984 | Sex: M  Race: WHITE | Facility: LOS |
| Encounter Date: 09/08/2025 10:01 | Provider: T█, R. (MOUD) MD | Unit: Z02 |

**Reviewed Health Status:** Yes

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**     Provider: T█, R. (MOUD) MD

Chief Complaint: GASTROINTESTINAL

Subjective: HONORABLE JUDGE, Patricia Donahue, issued a COURT ORDER to provide with a medical examination and/or treatment for: Consult and Prescription fill for OMEPRAZOLE or similar which Ara Artuni has taken for 5 years for stomach.

41 y male, currently at 8 NORTH SHU seen today for COURT ORDER. When he came here to MDC-LA on 5/21/25 he did not disclose to DUTY INTAKE NURSE on 5/21/2025, then to APP3 doing his History and Physical on 6/30/2025, then to Physician 3 doing his CHRONIC CARE 14 DAY EVALUATION on 5/29/2025 regarding his HIATAL HERNIA.

As per this inmate, he only disclosed he had a heart attack in 2021 and high cholesterol taking a cholesterol medication which he could not remember.

Today, he said he has history of HIATAL HERNIA for FOUR (4) years and was taking OMEPRAZOLE daily and PRN AS NEEDED MYLANTA LIQUID when his hiatal hernia symptoms were severe. Will prescribe him today OMEPRAZOLE and MYLANTA LIQUID. Denied any previous history of black tarry stools or hematochezia.

Pain: No

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 09/08/2025 10:01 by T█, R. (MOUD) MD

**Seen for clinic(s):** Gastrointestinal

**ROS:**

**GI**

**General**

Yes: Heartburn

**OBJECTIVE:**

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Eyes**

**General**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: M   Race: WHITE | Facility: | LOS |
| Encounter Date: | 09/08/2025 10:01 | Provider: T█, R. (MOUD) MD | Unit: | Z02 |

Yes: PERRLA, Extraocular Movements Intact

**Neck**

**General**

Yes: Supple

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Normal S1 and S2

**Abdomen**

**Inspection**

Yes: Hernia(s), Trauma

**Palpation**

Yes: Soft

No: Guarding, Rigidity, Tenderness on Palpation

**Musculoskeletal**

**Tibia / Fibula**

No: Edema, Pitting Edema

**Neurologic**

**Motor System-General**

Yes: Normal Exam

**ASSESSMENT:**

Diaphragmatic hernia, K449 - Current - *HIATAL HERNIA FOR FOUR YEARS*

**PLAN:**

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | *ALOH/MGOH/Simeth(Mylanta) 200-200-20 MG/5ML Susp* | *09/08/2025 10:01* |

| | |
|---|---|
| **Prescriber Order:** | *20 ML Orally  -  three times a day PRN x 180 day(s) -- AS NEEDED FOR SEVERE HEARTBURN DUE TO HIATAL HERNIA* |
| | *PER COURT ORDER* |
| Discontinue Type: | *When Pharmacy Processes* |
| Discontinue Reason: | *discontinue* |
| Indication: | |

| | |
|---|---|
| *Aspirin 81 MG EC Tab* | *09/08/2025 10:01* |
| **Prescriber Order:** | *Take one tablet (81 MG) by mouth daily with food x 180 day(s) -- SYNCHRONIZE* |
| Discontinue Type: | *When Pharmacy Processes* |
| Discontinue Reason: | *discontinue* |
| Indication: | |

| | |
|---|---|
| *Atorvastatin 40 MG TAB* | *09/08/2025 10:01* |

| | | | |
|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | Reg #: 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: M  Race: WHITE | Facility: LOS |
| Encounter Date: | 09/08/2025 10:01 | Provider: T█, R. (MOUD) MD | Unit: Z02 |

## Discontinued Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|

**Prescriber Order:** *Take one tablet (40 MG) by mouth each evening for control of cholesterol x 180 day(s) -- SYNCHRONIZE*

Discontinue Type: *When Pharmacy Processes*

Discontinue Reason: *discontinue*

Indication:

*Omeprazole Capsule/Tablet*                                          *09/08/2025 10:01*

**Prescriber Order:** *40 MG Orally  -  daily x 180 day(s)*

Discontinue Type: *When Pharmacy Processes*

Discontinue Reason: *discontinue*

Indication:

*Cholecalciferol (Vit D)  2000 UNIT (50 mcg) Tab*                    *09/08/2025 10:01*

**Prescriber Order:** *Take one tablet  by mouth daily x 180 day(s) -- SYNCHRONIZE*

Discontinue Type: *When Pharmacy Processes*

Discontinue Reason: *discontinue*

Indication:


**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by T█, R. (MOUD) MD on 09/08/2025 10:04

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: ARTUNI, ARA | | Reg #: 83380-511 |
| Date of Birth: 01/22/1984 | Sex: M   Race: WHITE | Facility: LOS |
| Encounter Date: 09/08/2025 09:40 | Provider: T■, R. (MOUD) MD | Unit: Z02 |

**Reviewed Health Status:**   Yes

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**          Provider:   T■, R. (MOUD) MD

   Chief Complaint:   GASTROINTESTINAL

   Subjective:          HONORABLE JUDGE, Patricia Donahue, issued a COURT ORDER to provide with a medical examination and/or treatment for:  Consult and Prescription fill for OMEPRAZOLE or similar which Artuni has taken for 5 years for stomach.

41 y male, currently t 8 NORTH SHU seen today for COURT ORDER.  When he came here to MDC-LA on 5/2 /25 he did not disclose to DUTY INTAKE NURSE on 5/21/2025, then to APP3 doing his History and Physical on 6/30/2025,  then to Physician 3 doing his CHRONIC CARE 14 DAY EVALUATION on 5/29/2025 regarding his HIATAL HERNIA.

As per this inmate, he only dis sed he had a heart attack in 2021 and high cholesterol taking a cholesterol medication which he ould not remember.

Today, he said he has history of HIATAL HERNIA for FOUR (4) years and was taking OMEPRAZOLE daily and PRN AS NEEDED MYLANTA LIQUID when his hiatal hernia symptoms were severe.  Will prescribe him tod y OMEPRAZOLE and MYLANTA LIQUID. Denied any previous history of black tarry stools or hematochezia.

   Pain:                No

**Allergies:**

| Allergy | Reaction | Comme ts |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and he react ons to drugs, materials, food and environmental factors with the patient on 09/08/2025 09:40 by T■, R (MOUD) M

**Seen for clinic(s):** Gastrointestinal

**ROS:**

  **GI**

    **General**

      Yes: Heartburn

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/08/2025 | 09:49 LOS | 79 | Via Machine | Regular | T■, R. (MOUD) MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/08/2025 | 09:49 LOS | 16 | T■, R. (MOUD) MD |

See Amendment

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | Reg #: 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: M Race: WHITE | | Facility: LOS |
| Encounter Date: | 09/08/2025 09:40 | Provider: T█, R. (MOUD) MD | | Unit: Z02 |

| **Date** | **Time** | **Rate Per Minute** | **Provider** |
|---|---|---|---|

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 09/08/2025 | 09:49 LOS | 90/50 | Left Arm | Sitting | Adult-regular | T█, R. (MOUD) MD |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Neck**

**General**

Yes: Supple

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Normal S1 and S2

**Abdomen**

**Inspection**

Yes: Hernia(s), Trauma

**Palpation**

Yes: Soft

No: Guarding, Rigidity, Tenderness on Palpation

**Musculoskeletal**

**Tibia / Fibula**

No: Edema, Pitting Edema

**Neurologic**

**Motor System-General**

Yes: Normal Exam

**ASSESSMENT:**

Diaphragmatic hernia, K449 - Current - *HIATAL HERNIA FOR FOUR YEARS*

**PLAN:**

**New Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| | Omeprazole Capsule/Tablet | 09/08/2025 09:40 |

**Prescriber Order:**    40 MG Orally  -   daily x 180 day(s)

Indication:   Diaphragmatic hernia

Start Now:  Yes

See Amendment

| | | | |
|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | Reg #: 83380-511 |
| Date of Birth: | 01/22/1984 | Sex:  M    Race:  WHITE | Facility: LOS |
| Encounter Date: | 09/08/2025 09:40 | Provider:  T█, R. (MOUD) MD | Unit:  Z02 |

## New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | Night Stock Rx#: | |
| | Source:  Sub Stock Location | |
| | Admin Method:   Self Administration | |
| | Stop Date:   03/07/2026 09:39 | |
| | MAR Label:  40 MG Orally  -   daily x 180 day(s) | |
| | One Time Dose Given:  No | |

ALOH/MGOH/Simeth(Mylanta) 200-200-20 MG/5ML Susp                                09/08/2025 09:40

**Prescriber Order:**     20 ML Orally  -  three times a day PRN x 180 day(s) -- AS NEEDED FOR SEVERE HEARTBURN DUE TO HIATAL HERNIA

PER COURT ORDER

Indication:   Diaphragmatic hernia

Start Now:  Yes

Night Stock Rx#:

Source:  Sub Stock Location

Admin Method:   Self Administration

Stop Date:   03/07/2026 09:39

MAR Label:  20 ML Orally  -  three times a day PRN x 180 day(s) -- AS NEEDED FOR SEVERE HEARTBURN DUE TO HIATAL HERNIA

PER COURT ORDER

One Time Dose Given:  No

## Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 229988-LOS | Aspirin 81 MG EC Tab | 09/08/2025 09:40 |

**Prescriber Order:**     Take one tablet (81 MG) by mouth daily with food x 180 day(s) -- SYNCHRONIZE

Indication:   Old myocardial infarction

| | | |
|---|---|---|
| 229989-LOS | Atorvastatin 40 MG TAB | 09/08/2025 09:40 |

**Prescriber Order:**     Take one tablet (40 MG) by mouth each evening for control of cholesterol x 180 day(s) -- SYNCHRONIZE

Indication:   Hyperlipidemia, unspecified

| | | |
|---|---|---|
| 230897-LOS | Cholecalciferol (Vit D)  2000 UNIT (50 mcg) Tab | 09/08/2025 09:40 |

**Prescriber Order:**     Take one tablet  by mouth daily x 180 day(s) -- SYNCHRONIZE

Indication:   Vitamin D deficiency

## New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Gastroenterology | 12/08/2025 | 12/08/2025 | Routine | No | |

Subtype:

Gastroenterology, NOS

Reason for Request:

| | | | |
|---|---|---|---|
| Inmate Name: ARTUNI, ARA | | | Reg #: 83380-511 |
| Date of Birth: 01/22/1984 | Sex: M Race: WHITE | | Facility: LOS |
| Encounter Date: 09/08/2025 09:40 | Provider: T█, R. (MOUD) MD | | Unit: Z02 |

FOR REFERRAL TO GASTROENTEROLOGY FOR CONSULT AND EVALUATION FOR THIS 41 Y MALE CURRENTLY AT 8 NORTH SHU WHO HAS A COURT ORDER ISSUED BY HONORABLE JUDGE PATRICIA DONAHUE FOR CONSULTATION AS THIS INMATE HAS A HIATAL HERNIA FOR 4 YEARS TAKING OMEPRAZOLE AND PRN MYLANTA LIQUID

Provisional Diagnosis:

HIATAL HERNIA

Additional Records Required for Consultation:

Complete Record

**Disposition:**

Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/08/2025 | Counseling | Plan of Care | T█, R. | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by T█, R. (MOUD) MD on 09/08/2025    0

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: ARTUNI, ARA | | Reg #: 83380-511 |
| Date of Birth: 01/22/1984 | Sex: M  Race: WHITE | Facility: LOS |
| Encounter Date: 09/08/2025 09:40 | Provider: T█, R. (MOUD) MD | Unit: Z02 |

**Reviewed Health Status:** Yes

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1          Provider: T█, R. (MOUD) MD

Chief Complaint:   GASTROINTESTINAL

Subjective:   HONORABLE JUDGE, Patricia Donahue, issued a COURT ORDER to provide with a medical examination and/or treatment for:  Consult and Prescription fill for OMEPRAZOLE or similar which Artuni has taken for 5 years for stomach.

41 y male, currently at 8 NORTH SHU seen today for COURT ORDER.  When he came here to MDC-LA on 5/2█/25 he did not disclose to DUTY INTAKE NURSE on 5/21/2025, then to APP3 doing his History and Physical on 6/30/2025,  then to Physician 3 doing his CHRONIC CARE 14 DAY EVALUATION on 5/29/2025 regarding his HIATAL HERNIA.

As per this inmate, he only disclosed he had a heart attack in 2021 and high cholesterol taking a cholesterol medication which he could not remember.

Today, he said he has history of HIATAL HERNIA for FOUR (4) years and was taking OMEPRAZOLE daily and PRN AS NEEDED MYLANTA LIQUID when his hiatal hernia symptoms were severe.  Will prescribe him today OMEPRAZOLE and MYLANTA LIQUID. Denied any previous history of black tarry stools or hematochezia.

Pain:   No

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 09/08/2025 09:40 by T█, R. (MOUD) MD

**Seen for clinic(s):** Gastrointestinal

**ROS:**

**GI**

**General**

Yes: Heartburn

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/08/2025 | 09:49 LOS | 79 | Via Machine | Regular | T█, R. (MOUD) MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/08/2025 | 09:49 LOS | 16 | T█, R. (MOUD) MD |

See Amendment

| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
|---|---|---|---|---|---|
| Date of Birth: | 01/22/1984 | Sex: M | Race: WHITE | Facility: | LOS |
| Encounter Date: | 09/08/2025 09:40 | Provider: T███, R. (MOUD) MD | | Unit: | Z02 |

**Date**　　　**Time**　　　　**Rate Per Minute**　**Provider**

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/08/2025 | 09:49 LOS | 90/50 | Left Arm | Sitting | Adult-regular | T██, R. (MOUD) MD |

**Exam:**

**General**

　**Appearance**

　　Yes: Appears Well, Alert and Oriented x 3

　　No: Appears Distressed

**Eyes**

　**General**

　　Yes: PERRLA, Extraocular Movements Intact

**Neck**

　**General**

　　Yes: Supple

**Pulmonary**

　**Auscultation**

　　Yes: Clear to Auscultation

**Cardiovascular**

　**Auscultation**

　　Yes: Normal S1 and S2

**Abdomen**

　**Inspection**

　　Yes: Hernia(s), Trauma

　**Palpation**

　　Yes: Soft

　　No: Guarding, Rigidity, Tenderness on Palpation

**Musculoskeletal**

　**Tibia / Fibula**

　　No: Edema, Pitting Edema

**Neurologic**

　**Motor System-General**

　　Yes: Normal Exam

**ASSESSMENT:**

Diaphragmatic hernia, K449 - Current - *HIATAL HERNIA FOR FOUR YEARS*

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Omeprazole Capsule/Tablet | 09/08/2025 09:40 |
| | **Prescriber Order:** 40 MG Orally  -   daily x 180 day(s) | |
| | Indication:   Diaphragmatic hernia | |
| | Start Now:  Yes | |

| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
|---|---|---|---|---|---|
| Date of Birth: | 01/22/1984 | Sex: M | Race: WHITE | Facility: | LOS |
| Encounter Date: | 09/08/2025 09:40 | Provider: T█, R. (MOUD) MD | | Unit: | Z02 |

## New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|

Night Stock Rx#:

Source:  Sub Stock Location

Admin Method:   Self Administration

Stop Date:  03/07/2026 09:39

MAR Label:  40 MG Orally  -  daily x 180 day(s)

One Time Dose Given:  No

ALOH/MGOH/Simeth(Mylanta) 200-200-20 MG/5ML Susp       09/08/2025 09:40

**Prescriber Order:**   20 ML Orally  -  three times a day PRN x 180 day(s) -- AS NEEDED FOR SEVERE HEARTBURN DUE TO HIATAL HERNIA

PER COURT ORDER

Indication:   Diaphragmatic hernia

Start Now:  Yes

Night Stock Rx#:

Source:  Sub Stock Location

Admin Method:   Self Administration

Stop Date:  03/07/2026 09:39

MAR Label:  20 ML Orally  -  three times a day PRN x 180 day(s) -- AS NEEDED FOR SEVERE HEARTBURN DUE TO HIATAL HERNIA

PER COURT ORDER

One Time Dose Given:  No

## Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 229988-LOS | Aspirin 81 MG EC Tab | 09/08/2025 09:40 |

**Prescriber Order:**   Take one tablet (81 MG) by mouth daily with food x 180 day(s) -- SYNCHRONIZE

Indication:   Old myocardial infarction

| 229989-LOS | Atorvastatin 40 MG TAB | 09/08/2025 09:40 |
|---|---|---|

**Prescriber Order:**   Take one tablet (40 MG) by mouth each evening for contol of cholesterol x 180 day(s) -- SYNCHRONIZE

Indication:   Hyperlipidemia, unspecified

| 230897-LOS | Cholecalciferol (Vit D)  2000 UNIT (50 mcg) Tab | 09/08/2025 09:40 |
|---|---|---|

**Prescriber Order:**   Take one tablet  by mouth daily x 180 day(s) -- SYNCHRONIZE

Indication:   Vitamin D deficiency

## New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Gastroenterology | 12/08/2025 | 12/08/2025 | Routine | No | |

Subtype:

Gastroenterology, NOS

Reason for Request:

See Amendment

| | | | |
|---|---|---|---|
| Inmate Name: ARTUNI, ARA | | | Reg #: 83380-511 |
| Date of Birth: 01/22/1984 | Sex: M Race: WHITE | | Facility: LOS |
| Encounter Date: 09/08/2025 09:40 | Provider: T███, R. (MOUD) MD | | Unit: Z02 |

FOR REFERRAL TO GASTROENTEROLOGY FOR CONSULT AND EVALUATION FOR THIS 41 Y MALE CURRENTLY AT 8 NORTH SHU WHO HAS A COURT ORDER ISSUED BY HONORABLE JUDGE PATRICIA DONAHUE FOR CONSULTATION AS THIS INMATE HAS A HIATAL HERNIA FOR 4 YEARS TAKING OMEPRAZOLE AND PRN MYLANTA LIQUID

Provisional Diagnosis:

HIATAL HERNIA

Additional Records Required for Consultation:

Complete Record

**Disposition:**

Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/08/2025 | Counseling | Plan of Care | T███, R. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by T███, R. (MOUD) MD on 09/08/2025          0

# Bureau of Prisons
## Health Services
## See Amendment

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: | M | Race: | WHITE |
| Encounter Date: | 09/08/2025 10:01 | | | Facility: | LOS |

**Amendment made to this note by T███, R. (MOUD) MD on 09/08/2025 10:04.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: M | Race: WHITE | Facility: | LOS |
| Note Date: | 09/08/2025 08:23 | Provider: T█, R. (MOUD) MD | | Unit: | Z02 |

**Reviewed Health Status:** No

CCC Enroll - CCC Enroll encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE  **1**     Provider:   T█, R. (MOUD) MD

WILL CCC ENROLL FOR GI CLINIC AS HE SAID HE WAS TAKING OMEPRAZOLE FOR THE LAST 5 YRS AND HAS A COURT ORDER FOR THIS

**Added to clinic(s):** Gastrointestinal

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by T█, R. (MOUD) MD on 09/08/2025 08:26

# Bureau of Prisons
## Health Services
## Clinical Encounter

---

| | | | |
|---|---|---|---|
| Inmate Name: ARTUNI, ARA | | Reg #: | 83380-511 |
| Date of Birth: 01/22/1984 | Sex: M Race: WHITE | Facility: | LOS |
| Encounter Date: 08/28/2025 09:45 | Provider: T█, R. (MOUD) MD | Unit: | Z02 |

---

**Reviewed Health Status:** Yes

Physician - Medication Reconciliation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**        Provider: T█, R. (MOUD) MD

  Chief Complaint:   Medication Reconciliation
  Subjective:        He was seen by APP 3 today at 8 NORTH SHU also told me that he needed VIT D
                     supplement cause he was on this due to vitamin D deficiency
  **Pain:**          No

---

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 08/28/2025 09:45 by T█, R. (MOUD) MD

**OBJECTIVE:**

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 08/28/2025 | 12:26 | LOS | Unavailable | | | T█, R. (MOUD) MD |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 08/28/2025 | 12:26 | LOS | Unavailabl | | | | T█, R. (MOUD) MD |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**ASSESSMENT:**

Vitamin D deficiency, E559 - Current

---

| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
|---|---|---|---|---|---|
| Date of Birth: | 01/22/1984 | Sex: M | Race: WHITE | Facility: | LOS |
| Encounter Date: | 08/28/2025 09:45 | Provider: T█, R. (MOUD) MD | | Unit: | Z02 |

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Vitamin D ( Cholecalciferol ) Tab/Cap | 08/28/2025 09:45 |

**Prescriber Order:**    2000 units Orally  -  daily x 180 day(s)

Indication:   Vitamin D deficiency

Start Now:  Yes

　　Night Stock Rx#:

　　Source:  Sub Stock Location

　　Admin Method:   Self Administration

　　Stop Date:  02/24/2026 09:44

　　MAR Label:  2000 units Orally  -  daily x 180 day(s)

　　One Time Dose Given:  No

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-V-Vitamin D, 25-Hydroxy<br>Additional Information:<br>　8 NORTH SHU | One Time | 11/20/2025 00:00 | Routine |
| Lab Tests-V-Vitamin D, 25-Hydroxy<br>Additional Information:<br>　8 NORTH SHU | One Time | 01/22/2026 00:00 | Routine |
| PLS ADD | | | |

**Disposition:**

Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/28/2025 | Counseling | Plan of Care | T█, R. | Verbalizes Understanding |

**Copay Required:** No　　　　**Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by T█, R. (MOUD) MD on 08/28/2025 12:30

## Bureau of Prisons
## Health Services
## Clinical Encounter

---

| | | | |
|---|---|---|---|
| Inmate Name: ARTUNI, ARA | | Reg #: | 83380-511 |
| Date of Birth: 01/22/1984 | Sex: M  Race: WHITE | Facility: | LOS |
| Encounter Date: 08/28/2025 09:45 | Provider: A____, F. FNP | Unit: | Z02 |

---

**Reviewed Health Status:**    Yes

Advanced Practice Provider - Sick Call Note encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT **1**          Provider:   A____, F. FNP

  Chief Complaint:   Skin Problem

  Subjective:   Inmate reports a 10-day history of intermittent itchy rash present on left forearm, upper inner thigh, and lower extremities. Reports no known triggers. He reports previously being treated for similar rash involving his feet about two months prior which has resolved his symptom. Reports no other current treatment to the other affected areas due to limited access to commissary. Denies systemic symptoms fever, chills, nausea, vomiting, diarrhea, joint pain.

  **Pain:**   No

---

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 08/28/2025 09:45 by A____, F. FNP

**OBJECTIVE:**

**Exam:**

  **General**

  **Appearance**

   Yes: Alert and Oriented x 3, Alert & Oriented to Person, Alert & Oriented to Place, Alert & Oriented to Time
   No: Appears Distressed

  **Pulmonary**

  **Observation/Inspection**

   No: Respiratory Distress

  **Musculoskeletal**

  **Wrist/Hand/Fingers**

   No: Inflammation, Rash/Lesion(s), Erythema

  **Gait**

   Yes: Normal Gait

  **Tibia / Fibula**

   No: Trauma, Laceration/s

  **Ankle/Foot/Toes**

   Yes: Full Range of Motion

**Exam Comments**

  Skin: erythematous, round, papular lesions with slight scaling (0.5 2 cm), scattered on left forearm and thigh. Slight central clearing noted. No pustules or signs of secondary infection. Feet show no interdigital lesions or macerations.

| | | | |
|---|---|---|---|
| Inmate Name: ARTUNI, ARA | | | Reg #: 83380-511 |
| Date of Birth: 01/22/1984 | Sex: M | Race: WHITE | Facility: LOS |
| Encounter Date: 08/28/2025 09:45 | Provider: A██, F. FNP | | Unit: Z02 |

## ASSESSMENT:

Dermatophytosis [tinea, ringworm], B359 - Current - *DDX: tinea corporis vs atopic dermatitis*

Local infection of the skin and subcutaneous tissue, unsp, L089 - Resolved

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Clotrimazole Cream 1% | 08/28/2025 09:45 |

**Prescriber Order:** 1% Topically - Two Times a Day x 30 day(s) -- apply small amount to the affected areas topically twice a day till rash resolves as directed.

Indication: Dermatophytosis [tinea, ringworm]

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 09/29/2025 00:00 | APP 03 |

f/u on rash to left upper thigh, forearm, treated with topical antifungal cream

## Disposition:

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

## Other:

Likely tinea corporis vs eczema. Start antifungal topical to apply to affected area twice daily till rash resolves. Reinforced education on hygiene, skin care and prevention of recurrence.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/28/2025 | Counseling | Access to Care | A██, F. | Verbalizes Understanding |
| 08/28/2025 | Counseling | Diagnosis | A██, F. | Verbalizes Understanding |
| 08/28/2025 | Counseling | Infection Prevention | A██, F. | Verbalizes Understanding |
| 08/28/2025 | Counseling | Medication Side Effects | A██, F. | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by A██, F. FNP on 08/28/2025 10:32

Requested to be reviewed by T██, R. (MOUD) MD.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/28/2025 09:45 | Provider: | A, F. FNP | Facility: | LOS |

**Reviewed by T, R. (MOUD) MD on 08/28/2025 11:39.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: | M    Race: WHITE | Facility: | LOS |
| Note Date: | 08/26/2025 05:57 | Provider: | T⬛, R. (MOUD) MD | Unit: | Z02 |

**Reviewed Health Status:**    No

Admin Note - Report Review encounter performed at Health Services.

**Administrative Notes:**

    ADMINISTRATIVE NOTE    **1**         Provider:   T⬛, R. (MOUD) MD

        His 12 LEADS EKG was done by DUTY NURSE who brought the EKG machine up to 8 NORTH SHU

        12 EKG INTERPRETATION:  NORMAL EKG

        the EKG tracing was given to MEDICAL RECORDS to scan it to his document manager

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by T⬛, R. (MOUD) MD on 08/28/2025 05:59

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: | M    Race: WHITE | Facility: | LOS |
| Note Date: | 08/07/2025 10:09 | Provider: | T⬛, R. (MOUD) MD | Unit: | Z02 |

**Reviewed Health Status:**    No

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE    **1**        Provider:  T⬛, R. (MOUD) MD

NMOS EKG ORDER GIVEN TO NURSING SUPERVISOR TODAY TO ASSIGN A NURSE TO DO THIS INMATE'S  12 LEADS EKG

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**    No

Completed by T⬛, R. (MOUD) MD on 08/07/2025 10:17

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: M    Race: WHITE | Facility: | LOS |
| Note Date: | 08/07/2025 10:07 | Provider: T█, R. (MOUD) MD | Unit: | Z02 |

**Reviewed Health Status:**   No

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE    **1**        Provider:  T█, R. (MOUD) MD

BILATERAL KNEE SLEEVE SUPPORT GIVEN TODAY FOR THIS INMATE AT 8 NORTH SHU FOR CHRONIC BILATERAL KNEE PAIN

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Knee-2 View AP/Lat [Bi] | One Time | | 08/28/2025 | Routine |

Specific reason(s) for request (Complaints and findings):

PLS EVALUATE FOR PATHOLOGY FOR THIS 41 Y MALE CURRENTLY AT 8 NORTH WITH BILATERAL KNEE PAINS FOR 15 YRS

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by T█, R. (MOUD) MD on 08/07/2025 10:09

# Bureau of Prisons
# Health Services
# Clinical Encounter

---

Inmate Name:    ARTUNI, ARA
Date of Birth:    01/22/1984                Sex:    M    Race:  WHITE        Reg #:    83380-511
Encounter Date:  08/07/2025 10:01           Provider:  T███, R. (MOUD) MD    Facility:  LOS
                                                                            Unit:    Z02

---

**Reviewed Health Status:**    Yes

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**         Provider:  T███, R. (MOUD) MD
   Chief Complaint:   ENDO/LIPID
   Subjective:       41 Y MALE CURRENTLY AT 8 NORTH SHU SEEN TODAY TO BE TOLD ABOUT HIS
                     RECENT BLOOD CHEM DONE 7/24/25

                     LIPID PANEL SHOWED:  TOTAL CHOLESTEROL 201, TRIGLY 175, LDL 130

                     TOLD HIM THAT HIS LIPITOR WILL BE INCREASED FROM 20 MG TO 40 MG AS HE HAD
                     PREVIOUS HX OF OLD MI IN 2021
   **Pain:**          No

---

**Allergies:**

| Allergy | Reaction | Comments |
|---------|----------|----------|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs,
materials, food and environmental factors with the patient on 08/07/2025 10:01 by T███, R. (MOUD) MD

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|
| 08/07/2025 | 10:18 LOS | Augmentation | | | T███, R. (MOUD) MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 08/07/2025 | 10:18 LOS | 16 | T███, R. (MOUD) MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 08/07/2025 | 10:18 LOS | Unavailabl | | | | T███, R. (MOUD) MD |

**Exam:**

**General**

   **Appearance**
        Yes: Appears Well, Alert and Oriented x 3
        No: Appears Distressed
**Eyes**
   **General**
        Yes: PERRLA, Extraocular Movements Intact
**Neck**

---

| | | | |
|---|---|---|---|
| Inmate Name: ARTUNI, ARA | | | Reg #: 83380-511 |
| Date of Birth: 01/22/1984 | Sex: M | Race: WHITE | Facility: LOS |
| Encounter Date: 08/07/2025 10:01 | Provider: T█, R. (MOUD) MD | | Unit: Z02 |

### General
Yes: Supple

### Cardiovascular
#### Auscultation
Yes: Normal S1 and S2

## ASSESSMENT:

Hyperlipidemia, unspecified, E785 - Current

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Atorvastatin Tablet | 08/07/2025 10:01 |

**Prescriber Order:**  40 MG Orally  each evening x 180 day(s) -- DOSAGE INCREASE TO 40 MG FROM 20 MG

8 NORTH SHU

Indication:  Hyperlipidemia, unspecified

Start Now:  Yes

Night Stock Rx#:

Source:  Sub Stock Location

Admin Method:  Self Administration

Stop Date:  02/03/2026 10:00

MAR Label:  40 MG Orally  each evening x 180 day(s) -- DOSAGE INCREASE TO 40 MG FROM 20 MG

8 NORTH SHU

One Time Dose Given:  No

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 227110-LOS | Aspirin 81 MG EC Tab | 08/07/2025 10:01 |

**Prescriber Order:**  Take one tablet (81 MG) by mouth daily with food x 180 day(s) -- SYNCHRONIZE

Indication:  Old myocardial infarction

| Rx# | Medication | Order Date |
|---|---|---|
| 227112-LOS | Mirtazapine 30 MG Tab | 08/07/2025 10:01 |

**Prescriber Order:**  Take one tablet (30 MG) by mouth each evening x 180 day(s) Pill Line Only -- SYNCHRONIZE

Indication:  Adjustment disorder

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| *227111-LOS* | *Atorvastatin 20 MG TAB* | *08/07/2025 10:01* |

**Prescriber Order:**  *Take one tablet (20 MG) by mouth each evening for control of cholesterol*

Discontinue Type:  *When Pharmacy Processes*

Discontinue Reason:  *new order written*

Indication:

Inmate Name:   ARTUNI, ARA                                                          Reg #:   83380-511
Date of Birth:   01/22/1984                  Sex:      M    Race:   WHITE           Facility:  LOS
Encounter Date:  08/07/2025 10:01            Provider:   T█, R. (MOUD) MD           Unit:     Z02

## New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-A-Aspartate Aminotransferase (AST) | One Time | 01/22/2026 00:00 | Routine |
| Lab Tests-A-Alanine Aminotransferase (ALT) | | | |
| Lab Tests - Short List-General-Lipid Profile | | | |

    Additional Information:

        RECHECK 6 MOS FASTING LIPID PANEL AFTER LIPITOR
        INCREASED TO 40 MG FROM 20 MG

        8 NORTH SHU

## Disposition:

Follow-up at Chronic Care Clinic as Needed

## Other:

HEARTR HEALTHY LOW FAT, LOW CHOLESTEROL, LOW TRIGLYCERIDE DIET ADVISED

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/07/2025 | Counseling | Plan of Care | T█, R. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by T█, R. (MOUD) MD on 08/07/2025 10:24

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex:      M        Race: WHITE | | Facility: | LOS |
| Note Date: | 07/25/2025 12:07 | Provider:    T██, R. (MOUD) MD | | Unit: | Z03 |

**Reviewed Health Status:**    No

Cosign Note - Lab Report Cosign encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE    **1**        Provider:   T██, R. (MOUD) MD

LABS DONE 7/24/25 FOR THIS INMATE AT SHU

PERTINENT RESULTS

| | |
|---|---|
| Cholesterol, Total H 201 | <200 mg/dL |
| Triglycerides H 175 | <150 mg/dL |
| HDL Cholesterol L 36 | 40-60 mg/dL |
| LDL-Cholesterol H 130 | <130 mg/dL |
| Chol/HDLC Ratio H 5.6 | 0.0-4.0 |

HE IS ALREADY ON LIPITOR 20 MG

NORMAL AST 26 AND ALT 29

NORMAL TSH 1.32

Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Follow-up | 07/31/2025 00:00 | Physician 03 |

8 NORTH SHU

FOLLOW UP ABOUT CHOLESTEROL LABS

INCREASE LIPITOR TO 40 MG

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by T██, R. (MOUD) MD on 07/25/2025 12:10

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: ARTUNI, ARA | | | Reg #: 83380-511 |
| Date of Birth: 01/22/1984 | Sex: M | Race: WHITE | Facility: LOS |
| Encounter Date: 07/24/2025 10:04 | Provider: A█████, F. FNP | | Unit: Z03 |

**Reviewed Health Status:** Yes

Advanced Practice Provider - Sick Call Note encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT **1**        Provider: A█████, F. FNP

Chief Complaint: Skin Problem

Subjective:    Inmate presents with tenderness and redness at the lateral edge of the fourth digit of the right hand, present for about two weeks. He reports noted "pus" discharge from the area a few days ago. He has applied topical antibiotic with minimal relief. Denies any trauma, fever, chills or other systemic symptoms.

**Pain:**    Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 07/24/2025 10:12 |
| Location: | Finger(s)-Right |
| Quality of Pain: | Aching |
| Pain Scale: | 5 |
| Intervention: | see plan of care |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-2 Weeks |
| Duration: | 1-2 Weeks |
| Exacerbating Factors: | none |
| Relieving Factors: | none |
| Reason Not Done: | |
| Comments: | |

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 07/24/2025 10:04 by A█████, F. FNP

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/24/2025 | 10:13 LOS | 98.3 | 36.8 | Forehead | A█████, F. FNP |

**Exam:**

**General**

**Affect**

| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
|---|---|---|---|---|---|
| Date of Birth: | 01/22/1984 | Sex: M | Race: WHITE | Facility: | LOS |
| Encounter Date: | 07/24/2025 10:04 | Provider: A███, F. FNP | | Unit: | Z03 |

Yes: Irritable

### Appearance

Yes: Alert and Oriented x 3, Alert & Oriented to Person, Alert & Oriented to Place, Alert & Oriented to Time

No: Appears Distressed

## Musculoskeletal

### Wrist/Hand/Fingers

Yes: Full Range of Motion, Non-Tender on Palpation

No: Trauma, Laceration(s)

### Wrist/Hand/Fingers ROM and Tests

Yes: Capillary Refill Normal

## Exam Comments

Skin: R.Hand: + Mild erythema and localized tenderness at proximal nail fold of right fourth digit. - No purulence, fluctuance, cellulitis, or nail dystrophy.

## ASSESSMENT:

Local infection of the skin and subcutaneous tissue, unsp, L089 - Current - *DDX: Paronychia*

Tinea pedis, B353 - Resolved

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | Clindamycin HCl Capsule | 07/24/2025 10:04 |

**Prescriber Order:**   300mg Orally  -  Two Times a Day x 7 day(s)

Indication:   Local infection of the skin and subcutaneous tissue, unsp

## Disposition:

Follow-up at Sick Call as Needed

Return Immediately if Condition Worsens

Return To Sick Call if Not Improved

## Other:

Based on clinical exam with possible Paronychia. Prescribe Clindamycin 300mg bid x 7 days. Advised warm soaks twice daily. Reinforced education avoiding manipulation of nail fold, hand hygiene, nail care.
Plan reviewed and appreciated consultation with PCP.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/24/2025 | Counseling | Access to Care | A███, F. | Verbalizes Understanding |
| 07/24/2025 | Counseling | Diagnosis | A███, F. | Verbalizes Understanding |
| 07/24/2025 | Counseling | Compliance - Treatment | A███, F. | Verbalizes Understanding |
| 07/24/2025 | Counseling | Medication Side Effects | A███, F. | Verbalizes Understanding |
| 07/24/2025 | Counseling | Infection Prevention | A███, F. | Needs Reinforcement |

| | | | |
|---|---|---|---|
| Inmate Name:   ARTUNI, ARA | | | Reg #:   83380-511 |
| Date of Birth:   01/22/1984 | Sex:   M   Race:   WHITE | | Facility:  LOS |
| Encounter Date: 07/24/2025 10:04 | Provider:  A███ , F. FNP | | Unit:    Z03 |

**Copay Required:** Yes          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by A███ , F. FNP on 07/24/2025 10:41

Requested to be reviewed by  T██ , R. (MOUD) MD.

Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/24/2025 10:04 | Provider: | A███, F. FNP | Facility: | LOS |

**Reviewed by T███, R. (MOUD) MD on 07/25/2025 09:45.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: ARTUNI, ARA | | Reg #: 83380-511 |
| Date of Birth: 01/22/1984 | Sex: M   Race: WHITE | Facility: LOS |
| Encounter Date: 06/17/2025 12:38 | Provider: T█, R. (MOUD) MD | Unit: Z03 |

**Reviewed Health Status:**   Yes

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**        Provider:   T█, R. (MOUD) MD

   Chief Complaint:   Skin Problem

   Subjective:       41 Y MALE CURRENTLY AT 8 NORTH SHU SEEN TODAY  FOR HIS COMPLAINT OF RASH.

                   HE SAID HIS RASHES ARE ONLY BETWEEN THE WEBS OF HIS TOES OF BOTH FEET WITH PRURITUS

   **Pain:**            No

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 06/17/2025 12:38 by T█, R. (MOUD) MD

**OBJECTIVE:**

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 06/17/2025 | 12:39 | LOS | Unavailable | | | T█, R. (MOUD) MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/17/2025 | 12:39 LOS | 16 | T█, R. (MOUD) MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/17/2025 | 12:39 LOS | Unavailabl | | | | T█, R. (MOUD) MD |

**Exam:**

**General**

   **Appearance**

      Yes: Appears Well, Alert and Oriented x 3

      No: Appears Distressed

**Pulmonary**

   **Observation/Inspection**

      Yes: Within Normal Limits

**Cardiovascular**

   **Observation**

| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
|---|---|---|---|---|---|
| Date of Birth: | 01/22/1984 | Sex: M | Race: WHITE | Facility: | LOS |
| Encounter Date: | 06/17/2025 12:38 | Provider: T▮, R. (MOUD) MD | | Unit: | Z03 |

Yes: Within Normal Limits

## Exam Comments

EXAM:

SKIN: WITH EXCORIATING SCALY RASHES ON THE WEBS OF BOTH FEET

## ASSESSMENT:

Tinea pedis, B353 - Current

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Miconazole Cream 2% | 06/17/2025 12:38 |

    **Prescriber Order:** AS DIRECTED Topically - Two Times a Day x 30 day(s) -- APPLY TO AFFECTED SKIN AREAS OF TOE WEBS TWICE A DAY FOR 30 DAYS WITH ONE REFILL IF NEEDED

    Indication: Tinea pedis

    Start Now: Yes

    Night Stock Rx#:

    Source: Sub Stock Location

    Admin Method: Self Administration

    Stop Date: 07/17/2025 12:37

    MAR Label: AS DIRECTED Topically - Two Times a Day x 30 day(s) -- APPLY TO AFFECTED SKIN AREAS OF TOE WEBS TWICE A DAY FOR 30 DAYS WITH ONE REFILL IF NEEDED

    One Time Dose Given: No

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/17/2025 | Counseling | Plan of Care | T▮, R. | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by T▮, R. (MOUD) MD on 06/17/2025 12:44

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex:   M    Race: WHITE | Facility: | LOS |
| Note Date: | 06/16/2025 12:47 | Provider:   T█, R. (MOUD) MD | Unit: | Z03 |

**Reviewed Health Status:**   No

Admin Note - Scheduling Note encounter performed at Health Services.

**Administrative Notes:**

    ADMINISTRATIVE NOTE   **1**      Provider:   T█, R. (MOUD) MD

        SCHEDULE FOR SICK CALL

        8 NORTH SHU

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by T█, R. (MOUD) MD on 06/16/2025 12:48

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: | M | Race: WHITE | Facility: | LOS |
| Encounter Date: | 05/29/2025 11:01 | Provider: | T⬛, R. (MOUD) MD | | Unit: | Z04 |

**Reviewed Health Status:** Yes

Chronic Care - 14 Day Physician Eval encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**      Provider:   T⬛, R. (MOUD) MD

Chief Complaint:   ENDO/LIPID

Subjective:   41 Y MALE CURRENTLY AT 8 NORTH SHU SEEN TODAY FOR CCC 14 DAY EVAL

HISTORY OF HYPERCHOLESTEROLEMIA  FOR 4 YRS FOR FOLLOW UP.

**Pain:**        No

---

COMPLAINT **2**      Provider:   T⬛, R. (MOUD) MD

Chief Complaint:   CARDIAC

Subjective:   41 Y MALE WITH HX OF OLD MI IN 2021 FOR FOLLOW UP

12 LEADS EKG ORDERED

WILL ADD BABY ASA

**Pain:**        No

---

COMPLAINT **3**      Provider:   T⬛, R. (MOUD) MD

Chief Complaint:   GENERAL

Subjective:   41 Y MALE WITH DIFFICULTY OF SLEEPING AT NIGHT SINCE COMING TO PRISON BUT
DENIED ANY PREVIOUS MENTAL ILLNESS

WILL TRY ON REMERON

**Pain:**        No

---

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 05/29/2025 11:01 by T⬛, R. (MOUD) MD

**Seen for clinic(s):** Cardiac, Endocrine/Lipid

**Added to clinic(s):** Cardiac, Endocrine/Lipid

**ROS:**

**General**

**Constitutional Symptoms**

Yes: Insomnia

**Cardiovascular**

**General**

Yes: Hx of Heart Disease, Hx of Hyperlipidemia

| | | | |
|---|---|---|---|
| Inmate Name: ARTUNI, ARA | | Reg #: | 83380-511 |
| Date of Birth: 01/22/1984 | Sex: M   Race: WHITE | Facility: | LOS |
| Encounter Date: 05/29/2025 11:01 | Provider: T█, R. (MOUD) MD | Unit: | Z04 |

**OBJECTIVE:**

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Neck**

**General**

Yes: Supple

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Normal S1 and S2

**Abdomen**

**Palpation**

Yes: Within Normal Limits

**Musculoskeletal**

**Tibia / Fibula**

No: Edema, Pitting Edema

**Neurologic**

**Cranial Nerves (CN)**

Yes: Within Normal Limits

**Motor System-General**

Yes: Normal Exam

**ASSESSMENT:**

Adjustment disorder, F4320 - Current

Hyperlipidemia, unspecified, E785 - Current

Old myocardial infarction, I252 - Current - *2021*

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Mirtazapine Tablet | 05/29/2025 11:01 |

**Prescriber Order:**    30 MG Orally  each evening x 90 day(s)

Indication:   Adjustment disorder

Start Now:  Yes

Night Stock Rx#:

| | | | |
|---|---|---|---|
| Inmate Name:   ARTUNI, ARA | | | Reg #:   83380-511 |
| Date of Birth:   01/22/1984 | Sex:   M   Race:   WHITE | | Facility:   LOS |
| Encounter Date: 05/29/2025 11:01 | Provider:   T█, R. (MOUD) MD | | Unit:   Z04 |

**New Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| | Source:  Sub Stock Location | |
| | Admin Method:   Self Administration | |
| | Stop Date:   08/27/2025 11:00 | |
| | MAR Label:  30 MG Orally  each evening day(s) | |
| | One Time Dose Given:  No | |

**Other:**

HEART HEALTHY DIET ADVISED

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by T█, R. (MOUD) MD on 05/29/2025 11:03

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex:    M    Race:    WHITE | Facility: | LOS |
| Encounter Date: | 05/29/2025 10:33 | Provider:    T█, R. (MOUD) MD | Unit: | Z04 |

**Reviewed Health Status:**    Yes

Chronic Care - 14 Day Physician Eval encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**        Provider:    T█, R. (MOUD) MD
   Chief Complaint:    ENDO/LIPID
   Subjective:        41 Y MALE CURRENTLY AT 8 NORTH SHU SEEN TODAY FOR CCC 14 DAY EVAL

                        HISTORY OF HYPERCHOLESTEROLEMIA  FOR 4 YRS FOR FOLLOW UP.
   **Pain:**        No

COMPLAINT  **2**        Provider:    T█, R. (MOUD) MD
   Chief Complaint:    CARDIAC
   Subjective:        41 Y MALE WITH HX OF OLD MI IN 2021 FOR FOLLOW UP

                        12 LEADS EKG ORDERED

                        WILL ADD BABY ASA
   **Pain:**        No

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities and other reactions to drugs, materials, food and environmental factors with the patient on 05/29/2025 10:33 by T█, R (MOUD) MD

**Seen for clinic(s):** Endocrine/Lipid, Cardiac

**Added to clinic(s):** Endocrine/Lipid, Cardiac

**ROS:**

   **Cardiovascular**
      **General**
         Yes: Hx of Heart Disease, Hx of Hyperlipidemia

**OBJECTIVE:**

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 05/29/2025 | 10:38 | LOS | 66 | Via Machine | Regular | T█, R. (MOUD) MD |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 05/29/2025 | 10:38 | LOS | 16 | T█, R. (MOUD) MD |

**Blood Pressure:**

See Amendment

| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: M | Race: WHITE | Facility: | LOS |
| Encounter Date: | 05/29/2025 10:33 | Provider: T█, R. (MOUD) MD | | Unit: | Z04 |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 05/29/2025 | 10:38 LOS | 94/59 | Left Arm | Sitting | Adult-regular | T█, R. (MOUD) MD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|------|------|--------|-----|----------|
| 05/29/2025 | 10:38 LOS | 68.0 | 172.7 | T█, R. (MOUD) MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 05/29/2025 | 10:38 LOS | 185.0 | 83.9 | | T█, R. (MOUD) MD |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Neck**

**General**

Yes: Supple

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Normal S1 and S2

**Abdomen**

**Palpation**

Yes: Within Normal Limits

**Musculoskeletal**

**Tibia / Fibula**

No: Edema, Pitting Edema

**Neurologic**

**Cranial Nerves (CN)**

Yes: Within Normal Limits

**Motor System-General**

Yes: Normal Exam

**ASSESSMENT:**

Hyperlipidemia, unspecified, E785 - Current

Old myocardial infarction, I252 - Current - *2021*

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|-----|-----------|------------|

See Amendment

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | Reg #: 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: M | Race: WHITE | Facility: LOS |
| Encounter Date: | 05/29/2025 10:33 | Provider: T█, R. (MOUD) MD | | Unit: Z04 |

## New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | Aspirin 81 MG Tablet (365 day) | 05/29/2025 10:33 |

**Prescriber Order:**    81 MG Orally  -   daily x 180 day(s) -- WITH FOOD

8 NORTH SHU

Indication:   Old myocardial infarction

Start Now:   Yes

Night Stock Rx#:

Source:  Sub Stock Location

Admin Method:   Self Administration

Stop Date:   11/25/2025 10:32

MAR Label:   81 MG Orally  -   daily x 180 day(s) -- WITH FOOD

8 NORTH SHU

One Time Dose Given:  No

## Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 226721-LOS | Atorvastatin 20 MG TAB | 05/29/2025 10:33 |

**Prescriber Order:**    Take one tablet (20 MG) by mouth each evening for control of cholesterol x 180 day(s)

Indication:   Hyperlipidemia, unspecified

## New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | One Time | 06/17/2025 00:00 | Routine |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests-B-B-Type Natriuretic Peptide (BNP) | | | |
| Lab Tests - Short List-General-Hep B surface Ag | | | |
| Lab Tests - Short List-General-HIV 1/2 | | | |
| Lab Tests-C-C-Reactive Protein, High Sensitivity(cardiac risk) | | | |
| Lab Tests - Short List-General-CBC | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-Syphilis Antibody Cascading Reflex | | | |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-Hep C Ab | | | |

Additional Information:

41 Y MALE HX OF OLD MI IN 2021 WITH HYPERCHOLESTEROLEMIA FOR 4 YRS; PLS INCLUDE HEP C AND HIV AB

8 NORTH SHU

## New Non-Medication Orders:

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|

See Amendment

| Inmate Name: | ARTUNI, ARA | | | | Reg #: | 83380-511 |
|---|---|---|---|---|---|---|
| Date of Birth: | 01/22/1984 | Sex: | M | Race: WHITE | Facility: | LOS |
| Encounter Date: | 05/29/2025 10:33 | Provider: | T█, R. (MOUD) MD | | Unit: | Z04 |

## New Non-Medication Orders:

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| EKG | One Time | | EKG FOR THIS 41 Y MALE IN SHU CELL 831 | T█, R. (MOUD) MD |
| | | | STATUS POST OLD MI IN 2021 AND HX OF HYPERCHOLESTEROLEMIA | |

Order Date:        05/29/2025

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| APP Chronic Care Follow up | 11/06/2025 00:00 | APP 03 |
| 6 MOS FOLLOW UP AND RENEWAL OF MEDS | | |
| Chronic Care Visit | 05/14/2026 00:00 | Physician 03 |
| 8 NORTH SHU | | |

41 Y MALE HX OF CAD S/P MI 2021 AND HYPERCHOLESTEROLEMIA

## Disposition:

Follow-up at Chronic Care Clinic as Needed

## Other:

HEART HEALTHY DIET ADVISED

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/29/2025 | Counseling | Plan of Care | T█, R. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by T█, R. (MOUD) MD on 05/29/2025 11:00

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: M  Race: WHITE | Facility: | LOS |
| Encounter Date: | 05/29/2025 10:33 | Provider: T█, R. (MOUD) MD | Unit: | Z04 |

**Reviewed Health Status:**    Yes

Chronic Care - 14 Day Physician Eval encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**        Provider:    T█, R. (MOUD) MD

Chief Complaint:    ENDO/LIPID

Subjective:        41 Y MALE CURRENTLY AT 8 NORTH SHU SEEN TODAY FOR CCC 14 DAY EVAL

HISTORY OF HYPERCHOLESTEROLEMIA  FOR 4 YRS FOR FOLLOW UP.

**Pain:**            No

COMPLAINT  **2**        Provider:    T█, R. (MOUD) MD

Chief Complaint:    CARDIAC

Subjective:        41 Y MALE WITH HX OF OLD MI IN 2021 FOR FOLLOW UP

12 LEADS EKG ORDERED

WILL ADD BABY ASA

**Pain:**            No

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities and other reactions to drugs, materials, food and environmental factors with the patient on 05/29/2025 10:33 by T█, R. (MOUD) MD

**Seen for clinic(s):** Endocrine/Lipid, Cardiac

**Added to clinic(s):** Endocrine/Lipid, Cardiac

**ROS:**

**Cardiovascular**

**General**

Yes: Hx of Heart Disease, Hx of Hyperlipidemia

**OBJECTIVE:**

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 05/29/2025 | 10:38 | LOS | 66 | Via Machine | Regular | T█, R. (MOUD) MD |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 05/29/2025 | 10:38 | LOS | 16 | T█, R. (MOUD) MD |

**Blood Pressure:**

See Amendment

| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
|---|---|---|---|---|---|
| Date of Birth: | 01/22/1984 | Sex: M | Race: WHITE | Facility: | LOS |
| Encounter Date: | 05/29/2025 10:33 | Provider: | T█, R. (MOUD) MD | Unit: | Z04 |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/29/2025 | 10:38 LOS | 94/59 | Left Arm | Sitting | Adult-regular | T█, R. (MOUD) MD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 05/29/2025 | 10:38 LOS | 68.0 | 172.7 | T█, R. (MOUD) MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 05/29/2025 | 10:38 LOS | 185.0 | 83.9 | | T█, R. (MOUD) MD |

## Exam:

### General

#### Appearance

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

### Eyes

#### General

Yes: PERRLA, Extraocular Movements Intact

### Neck

#### General

Yes: Supple

### Pulmonary

#### Auscultation

Yes: Clear to Auscultation

### Cardiovascular

#### Auscultation

Yes: Normal S1 and S2

### Abdomen

#### Palpation

Yes: Within Normal Limits

### Musculoskeletal

#### Tibia / Fibula

No: Edema, Pitting Edema

### Neurologic

#### Cranial Nerves (CN)

Yes: Within Normal Limits

#### Motor System-General

Yes: Normal Exam

## ASSESSMENT:

Hyperlipidemia, unspecified, E785 - Current

Old myocardial infarction, I252 - Current - *2021*

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|

See Amendment

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: M | Race: WHITE | Facility: | LOS |
| Encounter Date: | 05/29/2025 10:33 | Provider: T█, R. (MOUD) MD | | Unit: | Z04 |

## New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | Aspirin 81 MG Tablet (365 day) | 05/29/2025 10:33 |

    **Prescriber Order:**    81 MG Orally  -  daily x 180 day(s) -- WITH FOOD

        8 NORTH SHU

    Indication:   Old myocardial infarction

    Start Now:  Yes

       Night Stock Rx#:

       Source:  Sub Stock Location

       Admin Method:  Self Administration

       Stop Date:  11/25/2025 10:32

       MAR Label:  81 MG Orally  -  daily x 180 day(s) -- WITH FOOD

       8 NORTH SHU

    One Time Dose Given:  No

## Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 226721-LOS | Atorvastatin 20 MG TAB | 05/29/2025 10:33 |

    **Prescriber Order:**    Take one tablet (20 MG) by mouth each evening for control of cholesterol x 180 day(s)

    Indication:   Hyperlipidemia, unspecified

## New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | One Time | 06/17/2025 00:00 | Routine |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests-B-B-Type Natriuretic Peptide (BNP) | | | |
| Lab Tests - Short List-General-Hep B surface Ag | | | |
| Lab Tests - Short List-General-HIV 1/2 | | | |
| Lab Tests-C-C-Reactive Protein, High Sensitivity(cardiac risk) | | | |
| Lab Tests - Short List-General-CBC | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-Syphilis Antibody Cascading Reflex | | | |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-Hep C Ab | | | |

    Additional Information:

       41 Y MALE HX OF OLD MI IN 2021 WITH HYPERCHOLESTEROLEMIA FOR 4 YRS; PLS INCLUDE HEP C AND HIV AB

       8 NORTH SHU

## New Non-Medication Orders:

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|

See Amendment

| | | | | |
|---|---|---|---|---|
| Inmate Name: ARTUNI, ARA | | | | Reg #: 83380-511 |
| Date of Birth: 01/22/1984 | Sex: M | Race: WHITE | | Facility: LOS |
| Encounter Date: 05/29/2025 10:33 | Provider: T█, R. (MOUD) MD | | | Unit: Z04 |

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| EKG | One Time | | EKG FOR THIS 41 Y MALE IN SHU CELL 831 | T█, R. (MOUD) MD |
| | | | STATUS POST OLD MI IN 2021 AND HX OF HYPERCHOLESTEROLEMIA | |

Order Date:        05/29/2025

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| APP Chronic Care Follow up | 11/06/2025 00:00 | APP 03 |
| 6 MOS FOLLOW UP AND RENEWAL OF MEDS | | |
| Chronic Care Visit | 05/14/2026 00:00 | Physician 03 |
| 8 NORTH SHU | | |

41 Y MALE HX OF CAD S/P MI 2021 AND HYPERCHOLESTEROLEMIA

**Disposition:**

Follow-up at Chronic Care Clinic as Needed

**Other:**

HEART HEALTHY DIET ADVISED

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/29/2025 | Counseling | Plan of Care | T█, R. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by T█, R. (MOUD) MD on 05/29/2025 11:00

**Bureau of Prisons**
**Health Services**
**See Amendment**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: | M | Race: | WHITE |
| Encounter Date: | 05/29/2025 11:01 | | | Facility: | LOS |

**Amendment made to this note by T████, R. (MOUD) MD on 05/29/2025 11:03.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: M    Race: WHITE | | Facility: | LOS |
| Note Date: | 05/22/2025 12:55 | Provider: T█, R. (MOUD) MD | | Unit: | Z04 |

**Reviewed Health Status:**    No

Cosign Note - Intake Cosign encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   T█, R. (MOUD) MD

NEW INTAKE 41 Y MALE PER DUTY INTAKE NURSE

As per inmate,
High cholesterol
History of heart attack 2021
Unable to recall cholesterol medication

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| 14 Day Dr Eval | 05/28/2025 00:00 | Physician 03 |

41 Y MALE WITH HX OF OLD MI AND HIGH CHOLESTEROL

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by T█, R. (MOUD) MD on 05/22/2025 12:56

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: ARTUNI, ARA | | Reg #: 83380-511 |
| Date of Birth: 01/22/1984 | Sex: M  Race: WHITE | Facility: LOS |
| Encounter Date: 05/20/2025 19:20 | Provider: B████, C. RN | Unit: R01 |

**Reviewed Health Status:** Yes

Injury Assessment - Non-work related encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| **No Known Allergies** | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 05/20/2025 19:20 by B████, C. RN

**INJURY  1        Provider:    B████, C. RN**

| | | | |
|---|---|---|---|
| **Date of Injury:** | 05/20/2025 18:00 | **Date Reported for Treatment:** | 05/20/2025 19:19 |
| **Work Related:** | No | **Work Assignment:** | UNASSG |

**Pain Location:**

Pain Scale:    0

Pain Qualities:

**Where Did Injury Happen (Be specific as to location):**

sallyport

**Cause of Injury (Inmate's Statement of how injury occurred):**

OC deployed

**Symptoms (as reported by inmate):**

eye irritation

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/20/2025 | 19:20 LOS | 92 | | | B████, C. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/20/2025 | 19:20 LOS | 131/90 | | | | B████, C. RN |

**Exam:**

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Skin**

**General**

| | | | |
|---|---|---|---|
| Inmate Name: ARTUNI, ARA | | | Reg #: 83380-511 |
| Date of Birth: 01/22/1984 | Sex: M | Race: WHITE | Facility: LOS |
| Encounter Date: 05/20/2025 19:20 | Provider: B███, C. RN | | Unit: R01 |

Yes: Within Normal Limits, Skin Intact

### Nose

#### General

Yes: Nares Patent

### Lips

#### General

Yes: Within Normal Limits

### Mouth

#### General

Yes: Within Normal Limits

## Exam Comments

eye irritation noted from OC spray. no other bump, no bruise, no skin breakdown noted on face, head, neck, chest, back, bue, and ble,

## ASSESSMENT:

No Significant Findings/No Apparent Distress

## PLAN:

## Disposition:

Follow-up at Sick Call as Needed

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/20/2025 | Counseling | Access to Care | B██, C. | Verbalizes Understanding |

**Copay Required:** No     **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by B███, C. RN on 05/20/2025 19:44

Requested to be cosigned by T██, R. (MOUD) MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: | M | Race: | WHITE |
| Encounter Date: | 05/20/2025 19:20 | Provider: | B████, C. RN | Facility: | LOS |

**Cosigned by T████, R. (MOUD) MD on 05/23/2025 12:48.**

# Bureau of Prisons
## Health Services
## Health Screen

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: | M | Race: | WHITE |
| Encounter Date: | 05/21/2025 09:25 | Provider: | V███, C. RN | Facility: | LOS |

**Reviewed Health Status:**   Yes

**Seizures:**                   Denied

**Diabetes:**                   Denied

**Cardiovascular:**

| | |
|---|---|
| **Age of Onset:** | |
| **Hx of Shortness of Breath:** | No |
| **Hx of Rheumatic Fever:** | No |
| **Hx of Valvular Disease:** | No |
| **Hx of SBE Prophylaxis:** | No |
| **Hx of Chest Pain:** | No |
| **Hx of Murmur:** | No |
| **Hx of CAD:** | No |
| **Hx of CHF:** | No |
| **Hx of Blood Clot:** | No |
| **Pacemaker:** | No |
| **Defibrillator:** | No |
| **Edema:** | No |
| **Last MI:** | 2021 |
| **Comments:** | States he had a heart attack in 2021 while visiting Portland, OR |

**CVA:**                        Denied

**Hypertension:**               Denied

**Respiratory:**                Denied

**Sickle Cell Anemia:**         Denied

**Carcinoma/Lymphoma:**         Denied

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 05/21/2025 09:25 by V███, C. RN

**Tuberculosis:**

**Hx of Previous Disease:** No

**Blood-tinged Sputum:** No

**Night Sweats:** No

**Weight Loss:** No

**Fever:** No

**Cough:** No

**Comments:**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: M | Race: | WHITE |
| Encounter Date: | 05/21/2025 09:25 | Provider: V████, C. RN | Facility: | LOS |

**Infectious Disease Risk Factors:**

**IV Drug Use:** No

**IV Drug Use Needles:**

**Sexual Partner IV Drug Use:** No

**Sexual Partner IV Drug Use Needles:**

**Female Sexual Partners (Last 5 Yrs):** 2-5

**Male Sexual Partners (Last 5 Yrs):** 0

**Condom Use:** Sometimes

**Sexual Contact With HIV+ Individual:** No

**Blood Product Transfusion:** No

**Travel Outside US:** No

**Tattoos:** Yes

**Comments:**

**Screenings:**

**Intake Screening**

**General**

No: Vital Signs w/O2 sat recorded in flowsheet, Cough, Sore throat, Headache, Body aches, Fatigue

**COVID**

No: Shortness of Breath, Nausea or Vomiting, Diarrhea, History of COVID, History of COVID-19 vaccine administration

**History of HIV:** Denied

**History of Hepatitis:** Denied

**Other Infectious Diseases:** Denied

**Abuse History:** Denied

**Physical:** No

**Emotional:** No

**Sexual:** No

**Comments:** Denies

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: | M | Race: | WHITE |
| Encounter Date: | 05/21/2025 09:25 | Provider: | V███, C. RN | Facility: | LOS |

**Mental Health:**

**Level of Consciousness:** Alert and Oriented

**Psychomotor Activity:** Normal

**General Appearance:** Normal

**Behavior:** Cooperative

**Mood:** Appropriate to Content

**Thought Process:** Goal Directed

**Thought Content:** Normal

**Hx of Mental Health Treatment:** None

**Hx of Head Injury:** None

**Current Mental Health Treatment:** No

**Current Mental Health Complaint:** No

**Hx of Loss of Consciousness:** No

**Hx of Hearing Voices:** No

**Past History of Suicide Attempt:** No

**Current Suicide Ideation:** No

**Suicide Prevention Initiated:** No

**Comments:**

**Substance Use History:** Denied

**Currently enrolled in a medication for opioid use disorder/mat program:** No

**Current Painful Condition:**          Denied

**Other Health Issues:**

**Current Medical Conditions:**     As per inmate,
High cholesterol
History of heart attack 2021

**Other Current Treatments:**     Unable to recall cholesterol medication

**Pregnant:**     N/A

**Postpartum:**  N/A

**Dental Condition:**  Denied

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: M | Race: | WHITE |
| Encounter Date: | 05/21/2025 09:25 | Provider: V⬛, C. RN | Facility: | LOS |

**Observations:**

**Draining Skin Lesions:** No

**Signs of Lice:** No

**Signs of Scabies:** No

**Signs of Recent Trauma:** No

**Recent Tattoos:** No

**Needle Marks:** No

**Signs of Rash:** No

**Open Sores:** No

**Wounds:** No

**Body Deformities:** No

**Tremors:** No

**Sweating:** No

**Comments:**

**Prosthetic Devices/Equipment:** Denied

**Potential Items For Follow-up:**

**Item**

Cardiac History

Tattoos

Current Medical Conditions

Other Current Treatments

PPD Administration Not Performed

Health Problems Newly Identified During This Encounter:
   Health Problem

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**
**New Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| | Atorvastatin Tablet | 05/21/2025 09:25 |

   **Prescriber Order:**   20 mg Orally  each evening x 14 day(s)
   Start Now:   Yes
      Night Stock Rx#:
      Source:  Pyxis
      Admin Method:   Self Administration
      Stop Date:  06/04/2025 09:24
      MAR Label:  20 mg Orally  each evening x 14 day(s)
      One Time Dose Given:  No

**Reconciled Medications:**

| Inmate Name: | ARTUNI, ARA | | Reg #: | 83380-511 |
|---|---|---|---|---|
| Date of Birth: | 01/22/1984 | Sex: M | Race: | WHITE |
| Encounter Date: | 05/21/2025 09:25 | Provider: V█████, C. RN | Facility: | LOS |

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| | | OTC | | No known OTCs | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-H-Hep C Ab | One Time | 06/20/2025 00:00 | Routine |
| Lab Tests-H-HIV 1/2 | | | |

Order Set Name:   BOP - New Commit Intake Orders - v9

**Reconciled Orders:**
**No active [Labs, XRays, NMOS, etc.] orders to be reviewed.**

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| History/Physical | 05/28/2025 00:00 | APP 03 |

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/21/2025 | Counseling | Access to Care | V█████, C. | Verbalizes Understanding |

**Order Sets Used in This Encounter:**

BOP - New Commit Intake Orders - v9

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:**  Yes

**Telephone/Verbal Order:**   Yes          **By:**   T██, R. (MOUD) MD

**Telephone or Verbal order read back and verified.**

Completed by V█████, C. RN on 05/21/2025 11:07
Requested to be cosigned by  T██, R. (MOUD) MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: M | Race: | WHITE |
| Encounter Date: | 05/21/2025 09:25 | Provider: V█, C. RN | Facility: | LOS |

**Cosigned with New Encounter Note by T█, R. (MOUD) MD on 05/22/2025 12:55.**

# Bureau of Prisons
# Health Services
# History & Physical

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: M | Race: WHITE | Facility: | LOS |
| Encounter Date: | 05/30/2025 12:47 | Provider: | A____, F. FNP | Unit: | Z04 |

**Reviewed Health Status:**    Yes

**Seizures:**                                    Denied

**Diabetes:**                                    Denied

**Cardiovascular:**

    **Age of Onset:**

    **Hx of Shortness of Breath:**          No

    **Hx of Rheumatic Fever:**              No

    **Hx of Valvular Disease:**              No

    **Hx of SBE Prophylaxis:**              No

    **Hx of Chest Pain:**                    No

    **Hx of Murmur:**                        No

    **Hx of CAD:**                            No

    **Hx of CHF:**                            No

    **Hx of Blood Clot:**                    No

    **Pacemaker:**                            No

    **Defibrillator:**                        No

    **Edema:**                                No

    **Last MI:**                              2021

    **Comments:**    States he had a "heart attack" in 2021 while visiting Portland, OR.
    Denies any current symptoms.

    Here started on RX Aspirin 81mg.
    Routine ECG and Labs ordered.

**CVA:**                                        Denied

**Hypertension:**                                Denied

**Respiratory:**                                Denied

**Sickle Cell Anemia:**                          Denied

**Carcinoma/Lymphoma:**                          Denied

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 05/30/2025 12:47 by A____, F. FNP

| | | | |
|---|---|---|---|
| Inmate Name: ARTUNI, ARA | | | Reg #: 83380-511 |
| Date of Birth: 01/22/1984 | Sex: M | Race: WHITE | Facility: LOS |
| Encounter Date: 05/30/2025 12:47 | Provider: A█████, F. FNP | | Unit: Z04 |

## Tuberculosis:

**Hx of Previous Disease:** No

**Blood-tinged Sputum:** No

**Night Sweats:** No

**Weight Loss:** No

**Fever:** No

**Cough:** No

**Comments:**

## Infectious Disease Risk Factors:

**IV Drug Use:** No

**IV Drug Use Needles:**

**Sexual Partner IV Drug Use:** No

**Sexual Partner IV Drug Use Needles:**

**Female Sexual Partners (Last 5 Yrs):** 2-5

**Male Sexual Partners (Last 5 Yrs):** 0

**Condom Use:** Sometimes

**Sexual Contact With HIV+ Individual:** No

**Blood Product Transfusion:** No

**Travel Outside US:** No

**Tattoos:** Yes

**Comments:** Old street tattoos.

**History of HIV:** Denied

**History of Hepatitis:** Denied

**Other Infectious Diseases:**

| | |
|---|---|
| **Syphilis:** | No |
| **Syphilis Last Treatment:** | N/A |
| **Genital Warts:** | No |
| **Chlamydia:** | No |
| **Gonorrhea:** | No |
| **Herpes:** | No |
| **Chicken Pox:** | No |
| **Other:** | No |
| **Comments:** Denies. | |

**Abuse History:** Denied

**Physical:** No

**Emotional:** No

**Sexual:** No

**Comments:** Denies

| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: M | Race: WHITE | Facility: | LOS |
| Encounter Date: | 05/30/2025 12:47 | Provider: | A████, F. FNP | Unit: | Z04 |

**Mental Health:**

**Level of Consciousness:** Alert and Oriented

**Psychomotor Activity:** Normal

**General Appearance:** Normal

**Behavior:** Cooperative

**Mood:** Appropriate to Content

**Thought Process:** Goal Directed

**Thought Content:** Normal

**Hx of Mental Health Treatment:** None

**Hx of Head Injury:** None

**Current Mental Health Treatment:** No

**Current Mental Health Complaint:** Yes

**Hx of Loss of Consciousness:** No

**Hx of Hearing Voices:** No

**Past History of Suicide Attempt:** No

**Current Suicide Ideation:** No

**Suicide Prevention Initiated:** No

**Comments:** endorses insomnia, reporting difficulty falling and staying asleep since arriving. He is currently in Special Housing Unit. Denies prior history of mental disorders. Denies suicidal/homicidal ideation, attempts, or hallucinations.

Started on Remeron 30mg per PCP evaluation.
Educated on sleep hygiene strategies.

**Substance Use History:** Denied

**Current Painful Condition:**          Denied

**Other Health Issues:**

  **Current Medical Conditions:**

  **Other Current Treatments:**

**Pregnant:**    N/A

**Postpartum:**  N/A

**Dental Condition:** Denied

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex:  M | Race:  WHITE | Facility: | LOS |
| Encounter Date: | 05/30/2025 12:47 | Provider:  A▊▊, F. FNP | | Unit: | Z04 |

**Observations:**

  **Draining Skin Lesions:** No

  **Signs of Lice:**  No

  **Signs of Scabies:**  No

  **Signs of Recent Trauma:** No

  **Recent Tattoos:**  No

  **Needle Marks:**   No

  **Signs of Rash:**   No

  **Open Sores:**   No

  **Wounds:**   No

  **Body Deformities:** No

  **Tremors:**  No

  **Sweating:** No

  **Comments:**   Denies any current skin lesions.

| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
|---|---|---|---|---|---|
| Date of Birth: | 01/22/1984 | Sex: M | Race: WHITE | Facility: | LOS |
| Encounter Date: | 05/30/2025 12:47 | Provider: A███, F. FNP | | Unit: | Z04 |

**Immunizations:**

**Hepatitis A and B (TwinRx) Series Administration:** History Unknown, Not Administered

> **Documented Date:** 05/30/2025 16:00 EST
>
> **Immunization Date:**
>
> **Provider:** A███, F. FNP
>
> **Location:**
>
> **Drug Mfg:**
>
> **Lot Number:**
>
> **Dosage:**
>
> **Route:**
>
> **Exp Dt:**
>
> **Comments:**

**Measles/Mumps/Rubella Series Administration:** History Unknown, Not Administered

> **Documented Date:** 05/30/2025 16:00 EST
>
> **Immunization Date:**
>
> **Provider:** A███, F. FNP
>
> **Location:**
>
> **Drug Mfg:**
>
> **Lot Number:**
>
> **Dosage:**
>
> **Route:**
>
> **Exp Dt:**
>
> **Comments:**

**Smallpox Series Administration:** History Unknown, Not Administered

> **Documented Date:** 05/30/2025 16:00 EST
>
> **Immunization Date:**
>
> **Provider:** A███, F. FNP
>
> **Location:**
>
> **Drug Mfg:**
>
> **Lot Number:**
>
> **Dosage:**
>
> **Route:**
>
> **Exp Dt:**
>
> **Comments:**

**Tdap Administration:** History Unknown, Not Administered

> **Documented Date:** 05/30/2025 16:00 EST

| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
|---|---|---|---|---|---|
| Date of Birth: | 01/22/1984 | Sex: M | Race: WHITE | Facility: | LOS |
| Encounter Date: | 05/30/2025 12:47 | Provider: A████, F. FNP | | Unit: | Z04 |

**Immunization Date:**

**Provider:** A████, F. FNP

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Varicella Series Administration:** History Unknown, Not Administered

**Documented Date:** 05/30/2025 16:00 EST

**Immunization Date:**

**Provider:** A████, F. FNP

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/30/2025 | 12:57 LOS | 97.7 | 36.5 | Forehead | A████, F. FNP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/30/2025 | 12:57 LOS | 61 | Via Machine | | A████, F. FNP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/30/2025 | 12:57 LOS | 18 | A████, F. FNP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/30/2025 | 12:57 LOS | 102/60 | Right Arm | Sitting | | A████, F. FNP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/30/2025 | 12:57 LOS | 98 | Room Air | A████, F. FNP |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 05/30/2025 | 12:57 LOS | 68.0 | 172.7 | A████, F. FNP |

| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: M | Race: WHITE | Facility: | LOS |
| Encounter Date: | 05/30/2025 12:47 | Provider: A████, F. FNP | | Unit: | Z04 |

| Date | Time | Inches | Cm | Provider |
|------|------|--------|----|---------|

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|----|--------------|---------|
| 05/30/2025 | 12:57 LOS | 185.0 | 83.9 | | A████, F. FNP |

**Prosthetic Devices/Equipment:** Denied

**Tobacco Usage: Denied**

**General Social History:**

**Foreign Travel:**

**Born in USA:** No

**Country of Birth:** Iran

**Patient Education Assessments:**

| Date | Ed Yrs | Occupation | Learns Best By | Primary Language | Barriers to Education |
|------|--------|-----------|----------------|------------------|----------------------|
| 05/30/2025 | 9 | construction | One to One | English | None |

**Family History - Father:**

**Age at Death:**

**Cause of Death:**

**Significant Illnesses:**

**Comments:**

**Family History - Mother:**

**Age at Death:**

**Cause of Death:**

**Significant Illnesses:**

**Comments:**

**Family History - Sibling:**

**Number of Siblings:**

**Significant Illnesses:**

**Comments:**

**ROS:**

**General**

**Constitutional Symptoms**

No: Chills, Fever, Night Sweats

**Integumentary**

**Skin**

Yes: Within Normal Limits

**HEENT**

**Ears**

Yes: Within Normal Limits

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | Reg #: 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: M | Race: WHITE | Facility: LOS |
| Encounter Date: | 05/30/2025 12:47 | Provider: A████, F. FNP | | Unit: Z04 |

**Eyes**

>Yes: Within Normal Limits

**Head**

>Yes: Within Normal Limits

**Mouth**

>Yes: Within Normal Limits

**Neck**

>Yes: Within Normal Limits

**Nose**

>Yes: Within Normal Limits

**Cardiovascular**

**Arteries and Veins**

>Yes: Within Normal Limits

**General**

>Yes: Hx of Hyperlipidemia
>
>No: Angina, Edema, Exertional dyspnea, Hx Hypertension

h/o hyperlipidemia over four years, managed with Atorvastatin 20mg.

**Pulmonary**

**Respiratory System**

>Yes: Within Normal Limits

**GI**

**General**

>Yes: Within Normal Limits

**GU**

**General**

>Yes: Within Normal Limits

**Musculoskeletal**

**General**

>Yes: Within Normal Limits

**Neurological**

**Motor System**

>Yes: Within Normal Limits

**Endocrine**

**General**

>No: Polydipsia, Polyphagia, Polyuria

**Lymphatics**

**General**

>No: Lymphedema

**Preventive Health**

**Lifestyle**

>Yes: Counseled/Referred regarding diet&exercise

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: M | Race: WHITE | Facility: | LOS |
| Encounter Date: | 05/30/2025 12:47 | Provider: A███, F. FNP | | Unit: | Z04 |

**Head:**

    **Normal:**  Yes

    **Comments:**

**Eyes:**

    **EOMI:** Yes

    **Icterus:** No

    **Conjunctival Inflammation:** No

    **Pupils PERRLA:** Yes

    **Pupil Size Rt:**

    **Pupil Size Lt:**

    **Pupils Comments:**

    **Fundi Vessels Nicking:** No

    **Fundi Vessels Discs Flat:** Yes

    **Fundi Vessels Discs Sharp Margins:** Yes

    **Fundi Vessels Grounds Abnormal:** No

    **Eyes Comments:**

**Ears:**

    **Right Ear:**  Canal patent

    **Left Ear:**   Canal patent

    **Ears Comments:**

**Nose:**

    **Nares Patent:** Yes

    **Septum Midline:** Yes

    **Septum Intact:**  Yes

    **Drainage/Discharge:** No

    **Polyps:** No

    **Nose Comments:**

**Mouth**

    **Lesions:** No

    **Oral/Buccal Mucosa:** Yes

    **Gums Normal:** Yes

    **Tonsils Present:** Yes

        **Tonsils Normal:**  Yes

    **Pharynx:** Normal Color

    **Teeth Poor Dentition:** Yes

    **Teeth Count:** Mostly Present

    **Dentures:** No

    **Mouth Comments:**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: M | Race: WHITE | Facility: | LOS |
| Encounter Date: | 05/30/2025 12:47 | Provider: | A____, F. FNP | Unit: | Z04 |

**Cranial Nerves:**

**Intact II-XII:** Yes

**Cranial Nerves Comments:**

**Neck:**

**Full ROM:** Yes

**Masses/Nodes:** No

**Trachea:** Midline

**Thyroid:** Normal Size

**Comments:**

**Breasts:**

**Normal:** Yes

**Masses:** No

**Tenderness:** No

**Scars:** No

**Dimpling:** No

**Nipple Discharge:** No

**Nipple Retraction:** No

**Instructions for Self Breast Exam Given:** No

**Comments:**

**Thorax:**

**Contour Normal:** Yes

**Increased AP Diameter:** No

**Asymmetrical Expansion:** No

**Lungs Clear:** Yes

**Wheezes:** No

**Crackles:** No

**Rhonchi:** No

**Rales:** No

**Accessory Muscle Use:** No

**Comments:**

**Spine:**

**Deformity:** No

**Full ROM:** Yes

**Tenderness:** No

**Comments:**

| Inmate Name: | ARTUNI, ARA | | | | Reg #: | 83380-511 |
|---|---|---|---|---|---|---|
| Date of Birth: | 01/22/1984 | Sex: | M | Race: WHITE | Facility: | LOS |
| Encounter Date: | 05/30/2025 12:47 | Provider: | A⬛, F. FNP | | Unit: | Z04 |

## Cardiovascular:

**RRR:** Yes

**Normal S1/S2:** Yes

**Murmurs:** No

**Carotid Bruits:** No

**JVD:** No

| Arteries: | Right | Left |
|---|---|---|
| **Radial:** | 2 | 2 |
| **Femoral:** | | |
| **Dorsalis Pedis:** | 2 | 2 |
| **Post. Tibialis:** | | |

**Comments:**

## Abdomen:

**Normal Contour:** Yes

**Scaphoid:** No

**Obese:** No

**Gravid:** No

**Hernias:** No

**Bruits:** No

**Masses:** No

**Scars:** No

**Tenderness:** No

**Organomegaly:** No

**Active Bowel Sounds:** Yes

**Comments:**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: M    Race: WHITE | Facility: | LOS |
| Encounter Date: | 05/30/2025 12:47 | Provider: A█████, F. FNP | Unit: | Z04 |

## Extremities:

**Nails Clubbing:** No

**Nails Cyanosis:** No

**Lower Extremity Edema - Right:** None

**Lower Extremity Edema - Left:** None

**Atrophy:** No

**Amputations:** No

**Other Deformities:** No

**Varicosities:** No

**Calf Tenderness:** No

**Pulse Deficit:** No

| **Strength:** | **Right** | **Left** |
|---|---|---|
| Arm: | Normal | Normal |
| Leg: | Normal | Normal |
| **Full ROM:** | **Right** | **Left** |
| Arm: | Yes | Yes |
| Leg: | Yes | Yes |

**Comments:**

## Reflexes:

| | **Right** | **Left** |
|---|---|---|
| **Biceps:** | | |
| **Patellar:** | | |
| **Brachioradialis:** | | |
| **Achilles:** | | |

**Sensation:**

**Vibratory:** Yes

**Light Touch:** Yes

**Pin Prick:** Yes

**Comments:**

## GU:

**Chaperoned By:**

## Rectum: Not Done

**Comments:** Inmate has no medical complaint at this time. Asymptomatic.

## Male Genitalia: Not Done

**Comments:** no chaperone available.

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: M | Race: WHITE | Facility: | LOS |
| Encounter Date: | 05/30/2025 12:47 | Provider: A███, F. FNP | | Unit: | Z04 |

**Skin:**

**Normal:** Yes

**Rash:** No

**Redness:** No

**Abnormal Pigmentation:** No

**Abnormal Lesions/Growths:** No

**Comments:**

**Lymphatics:**

**Adenopathy:** No

**Comments:**

**Potential Items For Follow-up:**

**Item**

Cardiac History

Tattoos

Other Infectious Disease History

Current Mental Health Complaint

Teeth Poor Dentition

Rectum Not Done

Male Genitalia Not Done

PPD Administration Not Performed

**Cleared For Food Services:** Yes

Health Problems Newly Identified During This Encounter:

Health Problem

Hyperlipidemia, unspecified - Current -

Adjustment disorder - Current -

Old myocardial infarction - Current - 2021

**Other:**

Routine ECG, baseline labs previously ordered.

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/30/2025 | Counseling | Access to Care | A███, F. | Verbalizes Understanding |

| Inmate Name: | ARTUNI, ARA | | | | Reg #: | 83380-511 |
|---|---|---|---|---|---|---|
| Date of Birth: | 01/22/1984 | Sex: | M | Race: WHITE | Facility: | LOS |
| Encounter Date: | 05/30/2025 12:47 | Provider: | A█████, F. FNP | | Unit: | Z04 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/30/2025 | Counseling | Compliance - Treatment | A███, F. | Verbalizes Understanding |
| 05/30/2025 | Counseling | Diagnosis | A███, F. | Verbalizes Understanding |
| 05/30/2025 | Counseling | Diet | A███, F. | Verbalizes Understanding |

Healthy lifestyle dietary modification.

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/30/2025 | Counseling | Exercise | A███, F. | Verbalizes Understanding |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by A████, F. FNP on 05/30/2025 13:07

Requested to be cosigned by T██, R. (MOUD) MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: | M | Race: | WHITE |
| Encounter Date: | 05/30/2025 12:47 | Provider: | A███, F. FNP | Facility: | LOS |

**Cosigned by T██, R. (MOUD) MD on 06/02/2025 13:09.**

# Bureau of Prisons
## Health Services
## Vitals All

| | | |
|---|---|---|
| Begin Date: 05/01/2025 | End Date: | 09/18/2025 |
| Reg #: 83380-511 | Inmate Name: | ARTUNI, ARA |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/24/2025 | 10:13 LOS | 98.3 | 36.8 | Forehead | A██, F. FNP |
| | Orig Entered: 07/24/2025 13:14 EST | | A██, F. FNP | | |
| 05/30/2025 | 12:57 LOS | 97.7 | 36.5 | Forehead | A██, F. FNP |
| | Orig Entered: 05/30/2025 16:00 EST | | A██, F. FNP | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/08/2025 | 10:04 LOS | 79 | Via Machine | Regular | T█, R. (MOUD) MD |
| | Orig Entered: 09/08/2025 13:06 EST | | T█, R. (MOUD) MD | | |
| 09/08/2025 | 09:49 LOS | 79 | Via Machine | Regular | T█, R. (MOUD) MD |
| | Orig Entered: 09/08/2025 12:50 EST | | T█, R. (MOUD) MD | | |
| 08/28/2025 | 12:26 LOS | Unavailable | | | T█, R. (MOUD) MD |
| | Orig Entered: 08/28/2025 15:27 EST | | T█, R. (MOUD) MD | | |
| 08/07/2025 | 10:18 LOS | Augmentation | | | T█, R. (MOUD) MD |
| | Orig Entered: 08/07/2025 13:19 EST | | T█, R. (MOUD) MD | | |
| 06/17/2025 | 12:39 LOS | Unavailable | | | T█, R. (MOUD) MD |
| | Orig Entered: 06/17/2025 15:40 EST | | T█, R. (MOUD) MD | | |
| 05/30/2025 | 12:57 LOS | 61 | Via Machine | | A██, F. FNP |
| | Orig Entered: 05/30/2025 16:00 EST | | A██, F. FNP | | |
| 05/29/2025 | 10:38 LOS | 66 | Via Machine | Regular | T█, R. (MOUD) MD |
| | Orig Entered: 05/29/2025 13:40 EST | | T█, R. (MOUD) MD | | |
| 05/20/2025 | 19:20 LOS | 92 | | | B██, C. RN |
| | Orig Entered: 05/20/2025 22:30 EST | | B██, C. RN | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/08/2025 | 10:04 LOS | 16 | T█, R. (MOUD) MD |
| | Orig Entered: 09/08/2025 13:06 EST | | T█, R. (MOUD) MD |
| 09/08/2025 | 09:49 LOS | 16 | T█, R. (MOUD) MD |
| | Orig Entered: 09/08/2025 12:50 EST | | T█, R. (MOUD) MD |
| 08/07/2025 | 10:18 LOS | 16 | T█, R. (MOUD) MD |
| | Orig Entered: 08/07/2025 13:19 EST | | T█, R. (MOUD) MD |
| 06/17/2025 | 12:39 LOS | 16 | T█, R. (MOUD) MD |
| | Orig Entered: 06/17/2025 15:40 EST | | T█, R. (MOUD) MD |
| 05/30/2025 | 12:57 LOS | 18 | A██, F. FNP |
| | Orig Entered: 05/30/2025 16:00 EST | | A██, F. FNP |
| 05/29/2025 | 10:38 LOS | 16 | T█, R. (MOUD) MD |
| | Orig Entered: 05/29/2025 13:40 EST | | T█, R. (MOUD) MD |

| Begin Date: | 05/01/2025 | End Date: | 09/18/2025 |
| Reg #: | 83380-511 | Inmate Name: | ARTUNI, ARA |

## Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 09/08/2025 | 10:04 LOS | 90/50 | Left Arm | Sitting | Adult-regular | T█, R. (MOUD) MD |
| | Orig Entered: | 09/08/2025 13:06 EST | T█, R. (MOUD) MD | | | |
| 09/08/2025 | 09:49 LOS | 90/50 | Left Arm | Sitting | Adult-regular | T█, R. (MOUD) MD |
| | Orig Entered: | 09/08/2025 12:50 EST | T█, R. (MOUD) MD | | | |
| 08/28/2025 | 12:26 LOS | Unavailabl | | | | T█, R. (MOUD) MD |
| | Orig Entered: | 08/28/2025 15:27 EST | T█, R. (MOUD) MD | | | |
| 08/07/2025 | 10:18 LOS | Unavailabl | | | | T█, R. (MOUD) MD |
| | Orig Entered: | 08/07/2025 13:19 EST | T█, R. (MOUD) MD | | | |
| 06/17/2025 | 12:39 LOS | Unavailabl | | | | T█, R. (MOUD) MD |
| | Orig Entered: | 06/17/2025 15:40 EST | T█, R. (MOUD) MD | | | |
| 05/30/2025 | 12:57 LOS | 102/60 | Right Arm | Sitting | | A█, F. FNP |
| | Orig Entered: | 05/30/2025 16:00 EST | A█, F. FNP | | | |
| 05/29/2025 | 10:38 LOS | 94/59 | Left Arm | Sitting | Adult-regular | T█, R. (MOUD) MD |
| | Orig Entered: | 05/29/2025 13:40 EST | T█, R. (MOUD) MD | | | |
| 05/20/2025 | 19:20 LOS | 131/90 | | | | B█, C. RN |
| | Orig Entered: | 05/20/2025 22:30 EST | B█, C. RN | | | |

## SaO2:

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 05/30/2025 | 12:57 LOS | 98 | Room Air | A█, F. FNP |
| | Orig Entered: | 05/30/2025 16:00 EST | A█, F. FNP | |

## Height:

| Date | Time | Inches | Cm | Provider |
|------|------|--------|----|----------|
| 05/30/2025 | 12:57 LOS | 68.0 | 172.7 | A█, F. FNP |
| | Orig Entered: | 05/30/2025 16:00 EST | A█, F. FNP | |
| 05/29/2025 | 10:38 LOS | 68.0 | 172.7 | T█, R. (MOUD) MD |
| | Orig Entered: | 05/29/2025 13:40 EST | T█, R. (MOUD) MD | |

## Weight:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|----|----|----------|
| 05/30/2025 | 12:57 LOS | 185.0 | 83.9 | | A█, F. FNP |
| | Orig Entered: | 05/30/2025 16:00 EST | A█, F. FNP | | |
| 05/29/2025 | 10:38 LOS | 185.0 | 83.9 | | T█, R. (MOUD) MD |
| | Orig Entered: | 05/29/2025 13:40 EST | T█, R. (MOUD) MD | | |

# Bureau of Prisons
# Health Services
# PPDs

Case 2:25-cr-00434-JLS   Document 282-5   Filed 09/19/25   Page 77 of 114   Page ID #:2339

**Reg #:** 83380-511  **Inmate Name:** ARTUNI, ARA

| Admin: | Location | Provider | Reading: | Induration | Provider |
|---|---|---|---|---|---|
| 05/20/2025  20:32 | Left Forearm | B███, C. RN | 05/22/2025  18:50 | 0 mm | V███, C. RN |
| **Orig Entered:** 05/20/2025 23:33 EST  B███, C. RN | | | **Orig Entered:** 05/22/2025 21:50 EST  V███, C. RN | | |

**Total:** 1

# Medication Administration Record

MAY 2025

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 05/29/25 11:01  T█, R. MD **Take one tablet (30 MG) by mouth each evening** Exp. Date 08/07/25 15:51 LOS 227112-LOS  Mirtazapine 30 MG Tab | 1800 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | 1 DLL 19:12 | R DLL | 1 DMS 21:21 |

# Medication Administration Record

MAY 2025

| Rx#: | Pill Line Date: | PillLine: | Provider: | Entered Date: | Comments: |
|---|---|---|---|---|---|
| 227112-LOS | 05/29/2025 | Pill Line 2 | DLL | 05/29/2025 22:13 EST | not available |

Providers: DMS = S█████, D. | DLL = L███, D.

Documentation Codes: ORD = Order | R = Refused

Pt. Name: ARTUNI, ARA

Registration #: 83380-511          DOB: 01/22/84

Allergies: No Known Allergies

Report information is current as of the date and time of printing:  09/18/2025 16:30 EST

Providers: DMS = S█████, D. | DLL = L███, D.

Documentation Codes: ORD = Order | R = Refused

Registration #: 83380-511          Pt. Name:  ARTUNI, ARA

DOB: 01/22/84

Report information is current as of the date and time of printing:  09/18/2025 16:30 EST

83380-511     ARTUNI, ARA

# Medication Administration Record

Case 2:25-cr-00434-JLS   Document 282-5   Filed 09/19/25   Page 79 of 114   Page ID #:2341

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 05/29/25 11:01  T█, R. MD **Take one tablet (30 MG) by mouth each evening** Exp. Date 08/07/25 15:51  LOS  227112-LOS  Mirtazapine 30 MG Tab | 1800 | 1 KKH 21:34 | 1 DLL 16:15 | 1 DLL 17:06 | 1 BPH 19:00 | 1 DLL 17:01 | 1 DLL 16:34 | 1 DMS 23:33 | 1 KKH 21:06 | 1 DLL 13:48 | 1 AO 15:41 | 1 CBB 17:45 | 1 DMS 19:27 | 1 DLL 16:16 | 1 DMS 20:59 | 1 KKH 20:55 | 1 KKH 21:52 | 1 KKH 23:58 | 1 DMS 20:25 | 1 DMS 19:01 | 1 DMS 20:27 | 1 DMS 17:30 | 1 KKH 21:26 | 1 KKH 20:32 | 1 KKH 21:08 | 1 KKH 23:25 | 1 DMS 19:58 | 1 DMS 19:08 | 1 DMS 18:26 | 1 KKH 19:05 | 1 KKH 21:09 |  |

Providers: AO = O█████, A. | BPH = H█████ B. | CBB = B███, C. | KKH = H████, K. | DMS = S██████, D. | DLL = L███, D.

Documentation Codes: ORD = Order

Registration #: 83380-511     Pt. Name: ARTUNI, ARA     DOB: 01/22/84

Report information is current as of the date and time of printing:  09/18/2025 16:30 EST

83380-511  ARTUNI, ARA

Case 2:25-cr-00434-JLS  Document 282-5  Filed 09/19/25  Page 80 of 114  Page ID #:2342

**Medication Orders**

| Ord. Date 07/24/25 12:30 — A___, F. FNP | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Take one capsule (300 MG) by mouth twice daily for 7 days** | 0700 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | 1 CJV 08:28 | 1 CJV 08:37 | 1 CJV 08:22 | 1 CBB 10:24 | 1 CBB 11:02 | 1 CJV 08:57 | 1 CJV 08:50 |
| Exp. Date 07/31/25 12:29 | 1800 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | 1 DMS 22:03 | 1 DMS 22:20 | 1 DMS 19:19 | 1 KKH 16:52 | 1 KKH 16:57 | 1 DMS 21:45 | x |

LOS
229350-LOS
Clindamycin HCI 300 MG Cap

| Ord. Date 05/29/25 11:01 — T___, R. MD | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Take one tablet (30 MG) by mouth each evening** | 1800 | 1 KKH 16:54 | 1 DMS 21:00 | 1 DMS 22:43 | 1 DMS 19:01 | 1 DMS 19:39 | 1 KKH 16:26 | 1 KKH 20:42 | 1 KKH 21:04 | 1 KKH 16:41 | 1 DMS 18:59 | 1 DMS 19:30 | 1 DMS 21:38 | 1 KKH 18:13 | 1 KKH 19:47 | 1 KKH 20:13 | 1 DMS 21:51 | 1 DMS 20:33 | 1 DMS 19:02 | 1 DMS 17:09 | 1 KKH 16:41 | 1 CJV 18:29 | 1 KKH 20:34 | 1 KKH 20:48 | 1 DMS 22:03 | 1 DMS 22:20 | 1 DMS 19:19 | 1 KKH 16:52 | 1 KKH 16:57 | 1 KKH 19:54 | 1 DMS 21:45 | 1 DMS 20:27 |

Exp. Date 08/07/25 15:51

LOS
227112-LOS
Mirtazapine 30 MG Tab

Providers: CJV = V___, C. | CBB = B___, C. | DMS = S___, D. | KKH = H___, K.

Documentation Codes: ORD = Order

Registration #: 83380-511      Pt. Name: ARTUNI, ARA          DOB: 01/22/84

Report information is current as of the date and time of printing:  09/18/2025 16:30 EST

83380-511    ARTUNI, ARA

# Medication Administration Record

AUGUST 2025

| Medication Orders | | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 05/29/25 11:01 | T___, R. MD | 1800 | 1 DMS 21:25 | 1 DMS 18:37 | 1 KKH 16:40 | 1 KKH 17:11 | 1 DMS 20:01 | 1 DMS 20:29 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| **Take one tablet (30 MG) by mouth each evening** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date 08/07/25 15:51 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOS 227112-LOS | Mirtazapine 30 MG Tab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 08/07/25 15:51 | T___, R. MD | 1800 | x | x | x | x | x | x | 1 KKH 21:36 | | 1 CBB 16:52 | 1 KKH 16:38 | 1 CBB 18:38 | 1 CBB 17:10 | 1 DMS 21:40 | 1 DMS 18:33 | 1 DMS 18:53 | 1 DMS 17:52 | 1 KKH 17:53 | O KKH | 1 KKH 17:07 | 1 KKH 16:49 | 1 DMS 20:12 | 1 DMS 20:21 | 1 DMS 19:10 | 1 KKH 18:17 | 1 KKH 23:10 | 1 KKH 18:05 | 1 DMS 18:52 | 1 DMS 19:11 | 1 DMS 20:23 | 1 DMS 19:33 | 1 KKH 18:36 |
| **Take one tablet (30 MG) by mouth each evening** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date 02/03/26 15:50 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOS 229990-LOS | Mirtazapine 30 MG Tab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

# Medication Administration Record

AUGUST 2025

| Rx#: | Pill Line Date: | PillLine: | Provider: | Entered Date: | Comments: |
|---|---|---|---|---|---|
| 229990-LOS | 08/18/2025 | Pill Line 2 | KKH | 08/18/2025 19:46 EST | At legal visit |

Providers: CBB = B___, C. | DMS = S___, D. | KKH = H___, K.

Documentation Codes: ORD = Order | O = Other

Pt. Name: ARTUNI, ARA
Registration #: 83380-511          DOB: 01/22/84

Allergies: No Known Allergies

Report information is current as of the date and time of printing:   09/18/2025 16:30 EST

Providers: CBB = B___, C. | DMS = S___, D. | KKH = H___, K.

Documentation Codes: ORD = Order | O = Other

Registration #: 83380-511          Pt. Name:  ARTUNI, ARA          DOB:  01/22/84

Report information is current as of the date and time of printing:   09/18/2025 16:30 EST

Case 2:25-cr-00434-JLS   Document 282-5   Filed 09/19/25   Page 81 of 114   Page ID #:2343

83380-511    ARTUNI, ARA

# Medication Administration Record

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 08/07/25 15:51 T█, R. MD **Take one tablet (30 MG) by mouth each evening** Exp. Date 02/03/26 15:50 LOS 229990-LOS Mirtazapine 30 MG Tab | 1800 | 1 KKH 16:31 | 1 DMS 21:27 | 1 DMS 21:37 | 1 CCP 17:00 | 1 KKH 17:01 | 1 KKH 21:49 | 1 KKH 21:03 | 1 DMS 18:44 | | | | 1 DMS 21:23 | 1 DMS 22:07 | 1 KKH 19:19 | | | | | | | | | | | | | | | | | |

Providers: CCP = Park, C. | KKH = H█████, K. | DMS = S█████, D.

Documentation Codes: ORD = Order

Registration #: 83380-511      Pt. Name: ARTUNI, ARA      DOB: 01/22/84
Report information is current as of the date and time of printing: 09/18/2025 16:30 EST

# Federal Bureau of Prisons
## SCREENINGS

| | | |
|---|---|---|
| Inmate Name:   ARTUNI, ARA | | Reg #:   83380-511 |
| Date of Birth:   01/22/1984 | Sex:  M     Race:  WHITE | Facility:  LOS |
| Encounter Date:  05/21/2025 11:03 | Provider:  V█████, C. RN | Unit:     Z04 |

**Screenings:**

**Intake Screening**

**General**

No: Vital Signs w/O2 sat recorded in flowsheet, Cough, Sore throat, Headache, Body aches, Fatigue

**COVID**

No: Shortness of Breath, Nausea or Vomiting, Diarrhea, History of COVID, History of COVID-19 vaccine administration


Cosign Required:No

Completed by V████, C. RN on 05/21/2025 11:04.

# Bureau of Prisons
## Health Services
### Devices and Equipment

| | |
|---|---|
| **Start Date:** 05/01/2025 | **Stop Date:** 09/18/2025 |
| **Reg #:** 83380-511 | **Inmate Name:** ARTUNI, ARA |

| Device/Equipment | Start Date | Stop Date | Date Returned | Obtained From | Comments |
|---|---|---|---|---|---|
| Brace - knee | | | | | |
| 08/07/2025 13:07 EST  T█, R. (MOUD) MD | 08/07/2025 | | | BOP | BILATERAL KNEE SLEEVE SUPPORT GIVEN |

**Total:** 1

Case 2:25-cr-00434-JLS   Document 282-5   Filed 09/19/25   Page 84 of 114   Page ID #:2346

# Bureau of Prisons
# Health Services
# Pain Management

| | | | | | | |
|---|---|---|---|---|---|---|
| Begin Date: | 05/01/2025 | | | End Date: | 09/18/2025 | |
| Reg #: | 83380-511 | | | Inmate Name: | ARTUNI, ARA | |

| Date | Type | Location | Pre | Intervention | Post | Provider |
|---|---|---|---|---|---|---|
| 07/24/2025 10:12 LOS | Aching | Finger(s)-Right | 5 | see plan of care | | A████, F. FNP |
| | **Orig Entered:** 07/24/2025 13:14 EST   A████, F. FNP | | | | | |

**Bureau of Prisons**
**Health Services**
**Allergies**

---

Reg #:  83380-511                          Inmate Name:   ARTUNI, ARA

---

| **Allergy** | **Date Noted** | **Reaction** |
|---|---|---|
| No Known Allergies | 05/20/2025 | |

**Orig Entered:**   05/20/2025 22:30 EST   B█████, C. RN

**Total:** 1

# Bureau of Prisons
# Health Services
# Patient Education Assessments & Topics

Case 2:25-cr-00434-JLS   Document 282-5   Filed 09/19/25   Page 87 of 114   Page ID #:2349

| Reg #: | 83380-511 | Inmate Name: | ARTUNI, ARA |
|---|---|---|---|

## Assessments

| Assessment Date | Learns Best By | Primary Language | Years of Education | Barriers To Education | Provider |
|---|---|---|---|---|---|
| 05/30/2025 | One to One | English | 9 | None | A█████, F. |
| Orig Entered: | 05/30/2025 16:00 EST | A█████, F. | | | |
| 05/20/2025 | One to One | English | 6 | None | B███, C. |
| Orig Entered: | 05/20/2025 22:43 EST | B███, C. | | | |

**Total:** 2

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 09/08/2025 | Counseling | Plan of Care | Verbalizes Understanding | T██, R. |
| Orig Entered: | 09/08/2025 13:20 EST | T██, R. (MOUD) | | |
| 09/08/2025 | Counseling | Plan of Care | Verbalizes Understanding | T██, R. |
| Orig Entered: | 09/08/2025 12:59 EST | T██, R. (MOUD) | | |
| 08/28/2025 | Counseling | Plan of Care | Verbalizes Understanding | T██, R. |
| Orig Entered: | 08/28/2025 15:30 EST | T██, R. (MOUD) | | |
| 08/28/2025 | Counseling | Medication Side Effects | Verbalizes Understanding | A████, F. |
| Orig Entered: | 08/28/2025 13:25 EST | A████, F. | | |
| 08/28/2025 | Counseling | Infection Prevention | Verbalizes Understanding | A████, F. |
| Orig Entered: | 08/28/2025 13:25 EST | A████, F. | | |
| 08/28/2025 | Counseling | Diagnosis | Verbalizes Understanding | A████, F. |
| Orig Entered: | 08/28/2025 13:25 EST | A████, F. | | |
| 08/28/2025 | Counseling | Access to Care | Verbalizes Understanding | A████, F. |
| Orig Entered: | 08/28/2025 13:25 EST | A████, F. | | |
| 08/07/2025 | Counseling | Plan of Care | Verbalizes Understanding | T██, R. |
| Orig Entered: | 08/07/2025 13:24 EST | T██, R. (MOUD) | | |
| 07/24/2025 | Counseling | Infection Prevention | Needs Reinforcement | A████, F. |

# Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| | **Orig Entered:** 07/24/2025 13:28 EST  A███, F. | | | |
| 07/24/2025 | Counseling | Medication Side Effects | Verbalizes Understanding | A███, F. |
| | **Orig Entered:** 07/24/2025 13:28 EST  A███, F. | | | |
| 07/24/2025 | Counseling | Compliance - Treatment | Verbalizes Understanding | A███, F. |
| | **Orig Entered:** 07/24/2025 13:28 EST  A███, F. | | | |
| 07/24/2025 | Counseling | Diagnosis | Verbalizes Understanding | A███, F. |
| | **Orig Entered:** 07/24/2025 13:28 EST  A███, F. | | | |
| 07/24/2025 | Counseling | Access to Care | Verbalizes Understanding | A███, F. |
| | **Orig Entered:** 07/24/2025 13:28 EST  A███, F. | | | |
| 06/17/2025 | Counseling | Plan of Care | Verbalizes Understanding | T██, R. |
| | **Orig Entered:** 06/17/2025 15:43 EST  T██, R. (MOUD) | | | |
| 05/31/2025 | Medication | Atorvastatin 20 MG TAB | Pharmacy No participation | S██████, D. |
| | **Orig Entered:** 06/01/2025 00:45 EST  S██████, D. | | | |
| 05/31/2025 | Medication | Aspirin 81 MG EC Tab | Pharmacy No participation | S██████, D. |
| | **Orig Entered:** 06/01/2025 00:45 EST  S██████, D. | | | |
| 05/30/2025 | Counseling | Exercise | Verbalizes Understanding | A███, F. |
| | **Orig Entered:** 05/30/2025 16:05 EST  A███, F. | | | |
| 05/30/2025 | Counseling | Diet | Verbalizes Understanding | A███, F. |
| Healthy lifestyle dietary modification. | | | | |
| | **Orig Entered:** 05/30/2025 16:05 EST  A███, F. | | | |
| 05/30/2025 | Counseling | Diagnosis | Verbalizes Understanding | A███, F. |
| | **Orig Entered:** 05/30/2025 16:05 EST  A███, F. | | | |
| 05/30/2025 | Counseling | Compliance - Treatment | Verbalizes Understanding | A███, F. |
| | **Orig Entered:** 05/30/2025 16:05 EST  A███, F. | | | |
| 05/30/2025 | Counseling | Access to Care | Verbalizes Understanding | A███, F. |
| | **Orig Entered:** 05/30/2025 16:05 EST  A███, F. | | | |
| 05/29/2025 | Counseling | Plan of Care | Verbalizes Understanding | T██, R. |
| | **Orig Entered:** 05/29/2025 14:00 EST  T██, R. (MOUD) | | | |
| 05/21/2025 | Counseling | Access to Care | Verbalizes Understanding | V██, C. |

Case 2:25-cr-00434-JLS   Document 282-5   Filed 09/19/25   Page 88 of 114   Page ID #:2350

# Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| | **Orig Entered:** 05/21/2025 14:07 EST V███, C. | | | |
| 05/20/2025 | Counseling | Access to Care | Verbalizes Understanding | B██, C. |
| | **Orig Entered:** 05/20/2025 22:43 EST B██, C. | | | |

**Total:** 24

# Bureau of Prisons
# Health Services
# Health Problems

Case 2:25-cr-00434-JLS   Document 282-5   Filed 09/19/25   Page 90 of 114   Page ID #:2352

Reg #:  83380-511                    Inmate Name:  ARTUNI, ARA

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|

## Current

**Dermatophytosis [tinea, ringworm]**
| | | | | | | |
|---|---|---|---|---|---|---|
| 08/28/2025 13:17 EST  A____, F. FNP | | ICD-10 | B359 | 08/28/2025 | Current | |
| DDX: tinea corporis vs atopic dermatitis | | | | | | |

**Vitamin D deficiency**
| | | | | | | |
|---|---|---|---|---|---|---|
| 08/28/2025 15:27 EST  T__, R. (MOUD) MD | | ICD-10 | E559 | 08/28/2025 | Current | |

**Hyperlipidemia, unspecified**
| | | | | | | |
|---|---|---|---|---|---|---|
| 05/30/2025 16:05 EST  A____, F. FNP | | ICD-10 | E785 | 05/29/2025 | Current | |
| 05/29/2025 13:42 EST  T__, R. (MOUD) MD | | ICD-10 | E785 | 05/29/2025 | Current | |

**Adjustment disorder**
| | | | | | | |
|---|---|---|---|---|---|---|
| 05/30/2025 16:05 EST  A____, F. FNP | | ICD-10 | F4320 | 05/29/2025 | Current | |
| 05/29/2025 14:03 EST  T__, R. (MOUD) MD | | ICD-10 | F4320 | 05/29/2025 | Current | |

**Old myocardial infarction**
| | | | | | | |
|---|---|---|---|---|---|---|
| 05/30/2025 16:05 EST  A____, F. FNP  2021 | | ICD-10 | I252 | 05/29/2025 | Current | |
| 05/29/2025 13:42 EST  T__, R. (MOUD) MD  2021 | | ICD-10 | I252 | 05/29/2025 | Current | |

**Diaphragmatic hernia**
| | | | | | | |
|---|---|---|---|---|---|---|
| 09/08/2025 12:54 EST  T__, R. (MOUD) MD | | ICD-10 | K449 | 09/08/2025 | Current | |
| HIATAL HERNIA FOR FOUR YEARS | | | | | | |

## Resolved

**Tinea pedis**
| | | | | | | |
|---|---|---|---|---|---|---|
| 07/24/2025 13:18 EST  A____, F. FNP | | ICD-10 | B353 | 06/17/2025 | Resolved | 07/24/2025 |
| 06/17/2025 15:42 EST  T__, R. (MOUD) MD | | ICD-10 | B353 | 06/17/2025 | Current | |

**Local infection of the skin and subcutaneous tissue, unsp**
| | | | | | | |
|---|---|---|---|---|---|---|
| 08/28/2025 13:30 EST  A____, F. FNP | | ICD-10 | L089 | 07/24/2025 | Resolved | 08/28/2025 |
| DDX: Paronychia | | | | | | |
| 07/24/2025 13:18 EST  A____, F. FNP | | ICD-10 | L089 | 07/24/2025 | Current | |
| DDX: Paronychia | | | | | | |

Total: 8

**Bureau of Prisons**

**Health Services**

**Treatments**

| | | | | |
|---|---|---|---|---|
| Begin Date: | 05/01/2025 | | End Date: | 09/18/2025 |
| Reg #: | 83380-511 | | Inmate Name: | ARTUNI, ARA |

| **Date** | **Time** | **Treatment** | **Provider** | **Status** |
|---|---|---|---|---|
| 09/04/2025 | 12:33 LOS | EKG | B█████, C. RN | Unavailable |
| | duplicate | | | |
| | **Orig Entered:** 09/04/2025 15:33 EST   B█████, C. RN | | | |

**Total:** 1

# Bureau of Prisons
# Health Services
# Immunizations

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Begin Date: | 05/01/2025 | | End Date: | 09/18/2025 | | | | |
| Reg #: | 83380-511 | | Inmate Name: | ARTUNI, ARA | | | | |

| Immunization | Immunization Date | Administered | Location | Dosage | Drug Mfg. | Lot # | Dose # | Exp Date |
|---|---|---|---|---|---|---|---|---|
| Hepatitis A and B (TwinRx) | | History Unknown | | | | | | |
| **Orig Entered:** 05/30/2025 16:00 EST | A████, F. FNP | | | | | | | |
| Measles/Mumps/Rubella Series | | History Unknown | | | | | | |
| **Orig Entered:** 05/30/2025 16:00 EST | A████, F. FNP | | | | | | | |
| Smallpox Series | | History Unknown | | | | | | |
| **Orig Entered:** 05/30/2025 16:00 EST | A████, F. FNP | | | | | | | |
| Tdap | | History Unknown | | | | | | |
| **Orig Entered:** 05/30/2025 16:00 EST | A████, F. FNP | | | | | | | |
| Varicella Series | | History Unknown | | | | | | |
| **Orig Entered:** 05/30/2025 16:00 EST | A████, F. FNP | | | | | | | |

**Total:** 5

Case 2:25-cr-00434-JLS   Document 282-5   Filed 09/19/25   Page 93 of 114   Page ID #:2355

**Bureau of Prisons**
**Health Services**
**Medical Duty Status**

Reg #:  83380-511                          Inmate Name:  ARTUNI, ARA

**Housing Status**

| | |
|---|---|
| __ confined to the living quarters except __ meals __ pill line __ treatments | Exp. Date: _____ |
| __ on complete bed rest: __ bathroom privileges only | Exp. Date: _____ |
| __ cell: __ cell on first floor __ single cell __ lower bunk __ airborne infection isolation | Exp. Date: _____ |
| __ other: _____ | Exp. Date: _____ |

**Physical Limitation/Restriction**

| | |
|---|---|
| __ all sports | Exp. Date: _____ |
| __ weightlifting: __ upper body __ lower body | Exp. Date: _____ |
| __ cardiovascular exercise: __ running __ jogging __ walking __ softball __ football __ basketball __ handball __ stationary equipment | Exp. Date: _____ |
| __ other: _____ | Exp. Date: _____ |

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Brace - knee | 08/07/2025 | | |
| BILATERAL KNEE SLEEVE SUPPORT GIVEN | | | |

**Work Restriction / Limitation:**

Cleared for Food Service:  **Yes** _____

**X** No Restrictions

**Comments:**  CARE LEVEL 2

T███, R. (MOUD) MD                                          08/07/2025
Health Services Staff                                              Date

Inmate Name:  __ARTUNI, ARA__      Reg #:  __83380-511__   Quarters:  __Z02__

*ALL EXPIRATION DATES ARE AT 24:00*

Generated 09/18/2025 13:31 by Turner, Jaleah OGC          Bureau of Prisons - LOS                    Page 1 of 1

# Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #:  83380-511                           Inmate Name:  ARTUNI, ARA

### Housing Status

| | | | | |
|---|---|---|---|---|
| __ confined to the living quarters except __ meals __ pill line __ treatments | Exp. Date: _____ |
| __ on complete bed rest: __ bathroom privileges only | Exp. Date: _____ |
| __ cell: __ cell on first floor __ single cell __ lower bunk __ airborne infection isolation | Exp. Date: _____ |
| __ other: _____ | Exp. Date: _____ |

### Physical Limitation/Restriction

| | |
|---|---|
| __ all sports | Exp. Date: _____ |
| __ weightlifting: __ upper body __ lower body | Exp. Date: _____ |
| __ cardiovascular exercise: __ running __ jogging __ walking __ softball __ football __ basketball __ handball __ stationary equipment | Exp. Date: _____ |
| __ other: _____ | Exp. Date: _____ |

### May have the following equipment in his / her possession:

### Work Restriction / Limitation:

Cleared for Food Service:  **Yes**

**X** No Restrictions

**Comments:**  CARE LEVEL 2

_____ A███, F. FNP _____          05/30/2025
Health Services Staff                                                                                       Date

Inmate Name: _____ **ARTUNI, ARA** _____   Reg #: _____ **83380-511** _____   Quarters: _____ **Z02** _____

*ALL EXPIRATION DATES ARE AT 24:00*

**Bureau of Prisons**
**Health Services**
**Medical Duty Status**

Reg #:  83380-511                    Inmate Name:  ARTUNI, ARA

### Housing Status

| | | | | |
|---|---|---|---|---|
| __ confined to the living quarters except | __ meals | __ pill line | __ treatments | Exp. Date: _____ |
| __ on complete bed rest: | __ bathroom privileges only | | | Exp. Date: _____ |
| __ cell: __ cell on first floor __ single cell __ lower bunk __ airborne infection isolation | | | | Exp. Date: _____ |
| __ other: _____ | | | | Exp. Date: _____ |

### Physical Limitation/Restriction

| | |
|---|---|
| __ all sports | Exp. Date: _____ |
| __ weightlifting: __ upper body __ lower body | Exp. Date: _____ |
| __ cardiovascular exercise: __ running __ jogging __ walking __ softball | Exp. Date: _____ |
| __ football __ basketball __ handball __ stationary equipment | |
| __ other: _____ | Exp. Date: _____ |

### May have the following equipment in his / her possession:

### Work Restriction / Limitation:

Cleared for Food Service:  **No** _____

**X**  No Restrictions

Comments:   8 NORTH SHU INMATE

CARE LEVEL 2

| | |
|---|---|
| ___█___, R. (MOUD) MD _____ | 05/29/2025 |
| Health Services Staff | Date |

Inmate Name: _____ **ARTUNI, ARA** _____    Reg #: __ **83380-511** __  Quarters: __ **Z02** __

***ALL EXPIRATION DATES ARE AT 24:00***

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | | | |
|---|---|---|---|---|
| **Complex:** LOS--LOS ANGELES MDC | | **Begin Date:** 05/01/2025 | | **End Date:** 09/18/2025 |
| **Inmate:** ARTUNI, ARA | | **Reg #:** 83380-511 | | **Quarter:** Z02-814LAD |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                              Denied

## Active Prescriptions

ALOH/MGOH/Simeth (Mylanta) (OTC) 355ML susp

Take 20mL by mouth three times daily AS NEEDED for severe heartburn

**Rx#:** 231235-LOS      **Doctor:** T█, R. (MOUD) MD

**Start:** 09/08/25      **Exp:** 09/12/25      **D/C:** 09/08/25      **Pharmacy Dispensings:** 0 ML in 4 days

ALOH/MGOH/Simeth (Mylanta) (OTC) 355ML susp

Drink 20 mL by mouth three times daily AS NEEDED for severe heartburn

**Rx#:** 231240-LOS      **Doctor:** T█, R. (MOUD) MD

**Start:** 09/08/25      **Exp:** 09/12/25                      **Pharmacy Dispensings:** 355 ML in 4 days

Aspirin 81 MG EC Tab

Take one tablet (81 MG) by mouth daily with food

**Rx#:** 227110-LOS      **Doctor:** T█, R. (MOUD) MD

**Start:** 05/29/25      **Exp:** 11/25/25      **D/C:** 08/07/25      **Pharmacy Dispensings:** 30 TAB in 113 days

Aspirin 81 MG EC Tab

Take one tablet (81 MG) by mouth daily with food

**Rx#:** 229988-LOS      **Doctor:** T█, R. (MOUD) MD

**Start:** 08/07/25      **Exp:** 02/03/26      **D/C:** 09/08/25      **Pharmacy Dispensings:** 15 TAB in 43 days

Aspirin 81 MG EC Tab

Take one tablet (81 MG) by mouth daily with food

**Rx#:** 231236-LOS      **Doctor:** T█, R. (MOUD) MD

**Start:** 09/08/25      **Exp:** 03/07/26      **D/C:** 09/08/25      **Pharmacy Dispensings:** 0 TAB in 11 days

Aspirin 81 MG EC Tab

Take one tablet (81 MG) by mouth daily with food

**Rx#:** 231242-LOS      **Doctor:** T█, R. (MOUD) MD

**Start:** 09/08/25      **Exp:** 03/07/26                      **Pharmacy Dispensings:** 30 TAB in 11 days

Atorvastatin 20 MG TAB

Take one tablet (20 MG) by mouth each evening for control of cholesterol

**Rx#:** 226721-LOS      **Doctor:** T█, R. (MOUD) MD

**Start:** 05/21/25      **Exp:** 06/04/25      **D/C:** 05/29/25      **Pharmacy Dispensings:** 14 TAB in 14 days

| Complex: | LOS--LOS ANGELES MDC | Begin Date: | 05/01/2025 | End Date: | 09/18/2025 |
|---|---|---|---|---|---|
| Inmate: | ARTUNI, ARA | Reg #: | 83380-511 | Quarter: | Z02-814LAD |

## Active Prescriptions

Atorvastatin 20 MG TAB
Take one tablet (20 MG) by mouth each evening for control of cholesterol

**Rx#:** 227111-LOS    **Doctor:** T█, R. (MOUD) MD
**Start:** 05/29/25    **Exp:** 11/25/25    **D/C:** 08/07/25    **Pharmacy Dispensings:** 30 TAB in 113 days

Atorvastatin 40 MG TAB
Take one tablet (40 MG) by mouth each evening for control of cholesterol

**Rx#:** 229989-LOS    **Doctor:** T█, R. (MOUD) MD
**Start:** 08/07/25    **Exp:** 02/03/26    **D/C:** 09/08/25    **Pharmacy Dispensings:** 15 TAB in 43 days

Atorvastatin 40 MG TAB
Take one tablet (40 MG) by mouth each evening for control of cholesterol

**Rx#:** 231237-LOS    **Doctor:** T█, R. (MOUD) MD
**Start:** 09/08/25    **Exp:** 03/07/26    **D/C:** 09/08/25    **Pharmacy Dispensings:** 0 TAB in 11 days

Atorvastatin 40 MG TAB
Take one tablet (40 MG) by mouth each evening for control of cholesterol

**Rx#:** 231243-LOS    **Doctor:** T█, R. (MOUD) MD
**Start:** 09/08/25    **Exp:** 03/07/26    **Pharmacy Dispensings:** 30 TAB in 11 days

Clindamycin HCl 300 MG Cap
Take one capsule (300 MG) by mouth twice daily for 7 days ***pill line***

**Rx#:** 229350-LOS    **Doctor:** A█, F. FNP
**Start:** 07/24/25    **Exp:** 07/31/25    **Pharmacy Dispensings:** 14 CAP in 7 days

Clotrimazole Cream 1% 30 GM
Apply a small amount topically to the affected area(s) twice daily until rash resolves

**Rx#:** 230862-LOS    **Doctor:** A█, F. FNP
**Start:** 08/28/25    **Exp:** 09/27/25    **Pharmacy Dispensings:** 30 GM in 22 days

Miconazole Nitrate Cream 2% 30 GM
APPLY TO AFFECTED SKIN AREAS OF TOE WEBS TWICE A DAY

**Rx#:** 227946-LOS    **Doctor:** T█, R. (MOUD) MD
**Start:** 06/17/25    **Exp:** 08/16/25    **Pharmacy Dispensings:** 30 GM in 60 days

Mirtazapine 30 MG Tab
Take one tablet (30 MG) by mouth each evening ***pill line***

**Rx#:** 227112-LOS    **Doctor:** T█, R. (MOUD) MD
**Start:** 05/29/25    **Exp:** 08/27/25    **D/C:** 08/07/25    **Pharmacy Dispensings:** 90 TAB in 90 days

Mirtazapine 30 MG Tab
Take one tablet (30 MG) by mouth each evening

**Rx#:** 229990-LOS    **Doctor:** T█, R. (MOUD) MD

| Complex: | LOS--LOS ANGELES MDC | Begin Date: | 05/01/2025 | End Date: | 09/18/2025 |
|---|---|---|---|---|---|
| Inmate: | ARTUNI, ARA | Reg #: | 83380-511 | Quarter: | Z02-814LAD |

## Active Prescriptions

**Start:** 08/07/25 **Exp:** 02/03/26 **Pharmacy Dispensings:** 75 TAB in 43 days

Omeprazole 40 MG Cap
Take one capsule (40 MG) by mouth each day
**Rx#:** 231239-LOS **Doctor:** T█, R. (MOUD) MD
**Start:** 09/08/25 **Exp:** 03/07/26 **D/C:** 09/08/25 **Pharmacy Dispensings:** 0 CAP in 11 days

Omeprazole 20 MG Cap
Take one capsule (20 MG) by mouth every day
**Rx#:** 231241-LOS **Doctor:** T█, R. (MOUD) MD
**Start:** 09/08/25 **Exp:** 03/07/26 **Pharmacy Dispensings:** 30 CAP in 11 days

Cholecalciferol (Vit D)  2000 UNIT (50 mcg) Tab
Take one tablet  by mouth daily
**Rx#:** 230897-LOS **Doctor:** T█, R. (MOUD) MD
**Start:** 08/28/25 **Exp:** 02/24/26 **D/C:** 09/08/25 **Pharmacy Dispensings:** 15 TAB in 22 days

Cholecalciferol (Vit D)  2000 UNIT (50 mcg) Tab
Take one tablet  by mouth daily
**Rx#:** 231238-LOS **Doctor:** T█, R. (MOUD) MD
**Start:** 09/08/25 **Exp:** 03/07/26 **D/C:** 09/08/25 **Pharmacy Dispensings:** 0 TAB in 11 days

Cholecalciferol (Vit D)  2000 UNIT (50 mcg) Tab
Take one tablet  by mouth daily
**Rx#:** 231244-LOS **Doctor:** T█, R. (MOUD) MD
**Start:** 09/08/25 **Exp:** 03/07/26 **Pharmacy Dispensings:** 30 TAB in 11 days

**Bureau of Prisons**
**Health Services**
**Dental Health History Screen**

---

| | | | |
|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | Reg #: 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: M    Race: WHITE | Facility: LOS |
| Encounter Date: | 06/05/2025 09:41 | Provider: S███, A███ DDS, | Unit: Z03 |

---

**ASSESSMENTS:**

**Health Problems as of Dental Health History Encounter date:** 06/05/2025 09:41
Health Problems

| Health Problem | Status |
|---|---|
| Hyperlipidemia, unspecified | Current |
| Adjustment disorder | Current |
| Old myocardial infarction 2021 | Current |

**Medical History as of Dental Health History Encounter date:** 06/05/2025 09:41
**Medical History:**

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 06/05/2025 09:41 by S███, A███ DDS, CDO

**Seizures:**            Denied

**Diabetes:**            Denied

**Cardiovascular:**

| | |
|---|---|
| **Age of Onset:** | |
| **Hx of Shortness of Breath:** | No |
| **Hx of Rheumatic Fever:** | No |
| **Hx of Valvular Disease:** | No |
| **Hx of SBE Prophylaxis:** | No |
| **Hx of Chest Pain:** | No |
| **Hx of Murmur:** | No |
| **Hx of CAD:** | No |
| **Hx of CHF:** | No |
| **Hx of Blood Clot:** | No |
| **Pacemaker:** | No |
| **Defibrillator:** | No |
| **Edema:** | No |
| **Last MI:** | 2021 |
| **Comments:** | States he had a "heart attack" in 2021 while visiting Portland, OR. Denies any current symptoms.<br><br>Here started on RX Aspirin 81mg.<br>Routine ECG and Labs ordered. |

**CVA:**                 Denied

**Hypertension:**        Denied

**Respiratory:**         Denied

---

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: M   Race: WHITE | Facility: | LOS |
| Encounter Date: | 06/05/2025 09:41 | Provider: S███, A███ DDS, | Unit: | Z03 |

**Sickle Cell Anemia:** Denied

**Carcinoma/Lymphoma:** Denied

**History of HIV:** Denied

**History of Hepatitis:** Denied

**Other Infectious Diseases:**

| | |
|---|---|
| **Syphilis:** | No |
| **Syphilis Last Treatment:** | N/A |
| **Genital Warts:** | No |
| **Chlamydia:** | No |
| **Gonorrhea:** | No |
| **Herpes:** | No |
| **Chicken Pox:** | No |
| **Other:** | No |

**Comments:** Denies.

**Other Health Issues:**

**Other Medical Conditions And Treatment:**

**Current Medical Conditions:**

**Other Current Treatments:**

**Pregnant:** N/A

**Dental Observations as of Dental Health History Encounter date:** 06/05/2025 09:41

**History:**

| | |
|---|---|
| **Alcohol:** | No |
| **Methamphetamine:** | No |
| **Tobacco products:** | No |
| **Other drugs:** | No |
| **Sensitive teeth:** | No |
| **Bleeding gums:** | No |
| **Food impaction:** | No |
| **Pain around ear:** | No |
| **Toothache:** | No |
| **Wear partial dentures:** | No |
| **Unusual sounds while eating:** | No |
| **Snoring:** | No |
| **Blisters on lips or mouth:** | No |
| **Clenching or grinding:** | No |
| **Swelling or lumps in mouth/throat:** | No |
| **Burning tongue:** | No |
| **Bad breath:** | No |
| **Decayed teeth:** | No |

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: M  Race:  WHITE | Facility: | LOS |
| Encounter Date: | 06/05/2025 09:41 | Provider:  S▇▇, A▇▇ DDS, | Unit: | Z03 |

| | |
|---|---|
| **Loose teeth:** | No |
| **Wear dentures:** | No |
| **None:** | Yes |
| **Comments:** | |
| | |
| **Cardiac Condition Requiring Prophylaxis:** | No |
| **Prosthetic joint(s):** | No |
| **Radiation history of head or neck:** | No |
| **Excessive bleeding:** | No |
| **Bisphosphonates:** | No |
| **Comments:** | |

**Medications as of Dental Health History Encounter date:**        06/05/2025 09:41

Medications:

Aspirin 81 MG EC Tab  Exp: 11/25/2025  SIG: Take one tablet (81 MG) by mouth daily with food

Atorvastatin 20 MG TAB  Exp: 11/25/2025  SIG: Take one tablet (20 MG) by mouth each evening for control of cholesterol

Mirtazapine 30 MG Tab  Exp: 08/27/2025  SIG: Take one tablet (30 MG) by mouth each evening ***pill line***

OTCs:  Listing of all known OTCs this inmate is currently taking.

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No         **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by S▇▇, A▇▇ DDS, CDO on 06/05/2025 09:41

## Bureau of Prisons
## Health Services
## Dental A&O Exam

---

Inmate Name:    ARTUNI, ARA                                        Reg #:      83380-511
Date of Birth:    01/22/1984              Sex: M    Race: WHITE    Facility:   LOS
Encounter Date: 06/05/2025 09:40          Provider: S███, A███ DDS,    Unit:       Z03

---

Reviewed Health Status:      Yes
Occlusion:      Class I
Oral Hygiene:  Fair

**CPITN:**

| 2 | 1 | 2 |
|---|---|---|
| 2 | 2 | 2 |

Hard and soft tissue examination performed and documented on BP618 form:        Yes
Head & Neck/Soft Tissue within normal limits?             Yes
Comments:

| **Decayed:** | **Missing:** | **Filled:** |
|---|---|---|
| 0 | 4 | 3 |

Comments:
Approved for hygiene appointment and radiographs:             No
Instructed inmate how to obtain routine and emergency dental care.  Oral hygiene instructions given:             Yes

Dental A&O Screening Exam findings entered on ARTUNI, ARA by S███, A███ DDS, CDO on 06/05/2025 09:40.



**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** ARTUNI, ARA | **Facility** MDC Los Angeles | **Collected** 07/24/2025 13:06 PDT |
| **Reg #** 83380-511 | **Order Unit** Z04-831UAD | **Received** 07/25/2025 08:45 PDT |
| **DOB** 01/22/1984 | **Provider** R. T█, MD | **Reported** 07/25/2025 10:08 PDT |
| **Sex** M | | **LIS ID** 141252377 |

## HEPATITIS

Hepatitis C Antibody              Non-Reactive              Non-Reactive

---

**FLAG LEGEND**    L=Low  L!=Low Critical   H=High  H!=High Critical   A=Abnormal  A! =Abnormal Critical



**Federal Bureau of Prisons**

## FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

**\*\*\* Sensitive But Unclassified \*\*\***

| | | |
|---|---|---|
| **Name** ARTUNI, ARA | **Facility** MDC Los Angeles | **Collected** 07/24/2025 13:06 PDT |
| **Reg #** 83380-511 | **Order Unit** Z04-831UAD | **Received** 07/25/2025 08:45 PDT |
| **DOB** 01/22/1984 | **Provider** R. T█, MD | **Reported** 07/25/2025 10:08 PDT |
| **Sex** M | | **LIS ID** 141252377 |

---

### HIV

| HIV Ag/Ab, 4th Gen | Non-Reactive | Non-Reactive |
|---|---|---|

---

**FLAG LEGEND**    L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal  A! =Abnormal Critical

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/25/2025 10:18 | Provider: | Lab Result Receive | Facility: | LOS |

**Cosigned by T███, R. (MOUD) MD on 07/25/2025 12:05.**



**Report Status: Final**

**ARTUNI, ARA**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **ARTUNI, ARA**<br><br>**DOB: 01/22/1984     AGE: 41**<br>Gender:    M<br>Phone:     NG<br>Patient ID: 83380-511 | Specimen:    EN096040X<br>Requisition: 7737494<br>Lab Ref #:    149252379<br><br>Collected:   07/24/2025 / 11:36 PDT<br>Received:    07/25/2025 / 02:21 PDT<br>Reported:    07/25/2025 / 13:54 PDT | Client #: 90053001        MAIL0000<br>T█, R.<br>MDC LOS ANGELES<br>Attn: ATTN;HEALTH SERVICES<br>535 N ALAMEDA ST<br>LOS ANGELES, CA 90012-3405 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| HS CRP | 0.2 | | mg/L | EN |

```
       Reference Range
       Optimal <1.0
       Jellinger PS et al. Endocr Pract.2017;23(Suppl 2):1-87.
       For ages >17 Years:
       hs-CRP mg/L   Risk According to AHA/CDC Guidelines
       <1.0          Lower relative cardiovascular risk.
       1.0-3.0       Average relative cardiovascular risk.
       3.1-10.0      Higher relative cardiovascular risk.
                     Consider retesting in 1 to 2 weeks to
                     exclude a benign transient elevation
                     in the baseline CRP value secondary
                     to infection or inflammation.
       >10.0         Persistent elevation, upon retesting,
                     may be associated with infection and
                     inflammation.

       Pearson TA, Mensah GA, Alexander RW, et al. Markers
       of inflammation and cardiovascular disease:
       application to clinical and public health practice:
       A statement for healthcare professionals from the
       Centers for Disease Control and Prevention and the
       American Heart Association. Circulation 2003; 107(3):
       499-511.
```

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| B TYPE NATRIURETIC<br>PEPTIDE (BNP) | 11 | | <100 pg/mL | EN |

```
       BNP levels increase with age in the general
       population with the highest values seen in
       individuals greater than 75 years of age.
       Reference: J. Am. Coll. Cardiol. 2002; 40:976-982.
```

**PERFORMING SITE:**

EN     QUEST DIAGNOSTICS-WEST HILLS, 8401 FALLBROOK AVENUE, WEST HILLS, CA 91304-3226 Laboratory Director: T█████ M████████, MD, CLIA: 05D0642827

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/25/2025 14:00 | Provider: | Lab Result Receive | Facility: | LOS |

**Cosigned by T███, R. (MOUD) MD on 07/28/2025 12:47.**



**Federal Bureau of Prisons**

## FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | |
|---|---|
| **Name** ARTUNI, ARA | **Facility** MDC Los Angeles |
| **Reg #** 83380-511 | **Order Unit** Z04-831UAD |
| **DOB** 01/22/1984 | **Provider** R. T█, MD |
| **Sex** M | |

| | |
|---|---|
| **Collected** 07/24/2025 11:36 PDT |
| **Received** 07/25/2025 08:45 PDT |
| **Reported** 07/25/2025 10:37 PDT |
| **LIS ID** 149252379 |

### CHEMISTRY

| Test | Flag | Result | Reference | Units |
|---|---|---|---|---|
| Sodium | | 139 | 136-145 | mmol/L |
| Potassium | | 4.5 | 3.5-5.1 | mmol/L |
| Chloride | | 103 | 98-107 | mmol/L |
| Carbon Dioxide | | 26 | 22-29 | mmol/L |
| Urea Nitrogen (BUN) | | 10 | 6-20 | mg/dL |
| Creatinine | | 0.82 | 0.67-1.17 | mg/dL |
| eGFR (CKD-EPI 2021) | | >60 | | |

GFR units measured as mL/min/1.73m^2
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| Test | Flag | Result | Reference | Units |
|---|---|---|---|---|
| Calcium | | 9.6 | 8.6-10.0 | mg/dL |
| Glucose | | 84 | 74-109 | mg/dL |
| AST | | 26 | 10-50 | U/L |
| ALT | | 29 | 10-50 | U/L |
| Alkaline Phosphatase | | 69 | 49-126 | U/L |
| Bilirubin, Total | | 1.1 | 0.1-1.2 | mg/dL |
| Protein, Total | | 7.4 | 6.6-8.7 | g/dL |
| Albumin | | 4.6 | 3.5-5.2 | g/dL |
| Globulin | | 2.8 | 2.0-3.7 | g/dL |
| Albumin/Globulin Ratio | | 1.64 | 1.00-2.30 | |
| Anion Gap | | 10.1 | 9.0-19.0 | |
| BUN/Creatinine Ratio | | 11.6 | 5.0-30.0 | |
| Cholesterol, Total | H | 201 | <200 | mg/dL |
| Triglycerides | H | 175 | <150 | mg/dL |
| HDL Cholesterol | L | 36 | 40-60 | mg/dL |
| LDL-Cholesterol | H | 130 | <130 | mg/dL |
| Chol/HDLC Ratio | H | 5.6 | 0.0-4.0 | |

### SPECIAL CHEMISTRY

| Test | Result | Reference | Units |
|---|---|---|---|
| TSH | 1.32 | 0.27-4.20 | uIU/mL |

### HEMATOLOGY

| Test | Result | Reference | Units |
|---|---|---|---|
| White Blood Cell Count | 5.3 | 3.5-10.5 | K/uL |
| Red Blood Cell Count | 4.92 | 4.10-6.00 | M/uL |
| Hemoglobin | 15.2 | 12.0-17.5 | g/dL |
| Hematocrit | 46.6 | 38.8-50.0 | % |
| MCV | 94.7 | 76.0-100.0 | fL |
| MCH | 30.9 | 27.0-33.0 | pg |
| MCHC | 32.6 | 28.0-36.0 | g/dL |

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical



**Federal Bureau of Prisons**

## FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

**\*\*\* Sensitive But Unclassified \*\*\***

| | |
|---|---|
| **Name** ARTUNI, ARA | **Facility** MDC Los Angeles |
| **Reg #** 83380-511 | **Order Unit** Z04-831UAD |
| **DOB** 01/22/1984 | **Provider** R. T█, MD |
| **Sex** M | |

**Collected** 07/24/2025 11:36 PDT
**Received** 07/25/2025 08:45 PDT
**Reported** 07/25/2025 10:37 PDT
**LIS ID** 149252379

### HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| RDW-CV | | 12.7 | 12.0-15.0 | % |
| Platelet Count | | 189 | 150-450 | K/uL |
| MPV | H | 12.6 | 6.9-10.5 | fL |

### HEMOGLOBIN A1C

| | | | |
|---|---|---|---|
| Hemoglobin A1C | 5.3 | <5.7 | % |

5.7 - 6.4  Increased Risk
  > 6.4  Diabetes

### HEPATITIS

| | | |
|---|---|---|
| Hepatitis B Surface Antigen | Non-Reactive | Non-Reactive |
| Hepatitis C Antibody | Non-Reactive | Non-Reactive |

### SEROLOGY

| | | |
|---|---|---|
| T. Pallidum Ab | Non-Reactive | Non-Reactive |

No antibodies to T. pallidum (the agent causing syphilis) were detected in the specimen.  This result, however, does not exclude very recent T. pallidum infection. Testing of a second specimen, collected 2-4 weeks after this specimen, is recommended if the index of suspicion for recent infection is high.

**FLAG LEGEND**   L=Low  L!=Low Critical   H=High  H!=High Critical   A=Abnormal  A! =Abnormal Critical



**Federal Bureau of Prisons**

## FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** ARTUNI, ARA | **Facility** MDC Los Angeles | **Collected** 07/24/2025 11:36 PDT |
| **Reg #** 83380-511 | **Order Unit** Z04-831UAD | **Received** 07/25/2025 08:45 PDT |
| **DOB** 01/22/1984 | **Provider** R. T█, MD | **Reported** 07/25/2025 10:37 PDT |
| **Sex** M | | **LIS ID** 149252379 |

| HIV | | |
|---|---|---|
| HIV Ag/Ab, 4th Gen | Non-Reactive | Non-Reactive |

---

**FLAG LEGEND**    L=Low  L!=Low Critical   H=High  H!=High Critical   A=Abnormal  A! =Abnormal Critical

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ARTUNI, ARA | | | Reg #: | 83380-511 |
| Date of Birth: | 01/22/1984 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/25/2025 10:44 | Provider: | Lab Result Receive | Facility: | LOS |

**Cosigned with New Encounter Note by T█, R. (MOUD) MD on 07/25/2025 12:06.**

BP-A0618
JUN 16
U.S. DEPARTMENT OF JUSTICE

## A&O DENTAL EXAMINATION
### (Initial Clinical Dental Findings)

FEDERAL BUREAU OF PRISONS

| RIGHT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | LEFT |
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

| | | | |
|---|---|---|---|
| Occlusion: | Class I | | |
| Oral Hygiene: | Good | (Fair) | Poor |
| CPITN: | 2 | 1 | 2 |
| | 2 | 2 | 2 |
| Head & Neck / Soft Tissue: | | | |

D: 0
M: 4
F: 3

Classification:

Pain Scale:  0 /10

| Dental Prostheses at Intake: | Comments: |
|---|---|
| Yes  (No)  Type:  Age:  Condition: | |

| Intra-oral Photos Taken: | Radiographs Taken: (Document findings on A&O encounter) |
|---|---|
| Yes  (No) | Yes  (No) |

Instructed how to obtain urgent and non-urgent dental care:   (Yes)   No:

| Treatment Priorities: | None: | (Non-urgent) | Urgent: Referred to Sick Call: |
|---|---|---|---|

| Radiographs authorized: | Prophylaxis authorized:   Yes   (No) |
|---|---|
| PAs: 0  BWs: 0  Panorex: 0 | (Approval valid 18 months from examination date) |

Patient Name: Artuni, Ava

Dentist Signature: ████████

| Register Number: 83380-511 | Institution: MDC Los Angeles | Date: 6-5-2025 | Signature Block/Stamp: A███████ S███ DDS |
|---|---|---|---|

PDF                     Prescribed by P6400                     Replaces BP-A0618 of JUN 10

BP-A1123
APR 19

## INFORMED CONSENT FOR TREATMENT WITH PSYCHIATRIC MEDICATION

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

I, __ARA ARTUNI_____, Reg. # ___83380-511_____
hereby authorize my provider, ___T█R. (MOUD) MD_____ at institution: ___LOS–LOS ANGELES MDC_____
or his/her relief (designee), to prescribe me the mental health medication listed below and to continue taking said medication as is
recommended for the treatment of my mental health.

1. I understand that this medication is useful because it has been found to be effective in treating one or more psychiatric conditions. I understand that this medication may improve my condition by relieving all or some of the symptoms associated with the mental health condition being treated.

2. My provider counseled me about the benefits and the risks of potential side effects associated with this medication. I was given an opportunity to ask questions and have my concerns addressed. I understand that more information on specific side effects will be provided to me in writing with the medication from the pharmacy. I will read this information and follow up with my pharmacist and/or provider should I have additional questions or concerns.

If any side effects occur, I will notify medical staff at sick call as soon as possible. If I experience a side effect that causes severe discomfort or is life threatening, I will notify the institutional staff immediately.

3. I understand that not taking this medication as prescribed may lead to a worsening of symptoms. I have been made aware that some symptoms of psychiatric conditions may get better or even go away without taking medication. I understand that I may stop taking this medication at any time by contacting my provider. I was made aware that abrupt discontinuation might cause withdrawal effects, affecting my health. Additionally, I am aware that I should contact my provider before starting any new medications due to potential interactions with prescription medications, OTC medications, herbal products, and/or dietary items.

4. I understand that other treatment options may include other medication with similar benefits that may cause some of the same side effects I may experience with this medication and that other non-drug treatments may involve counseling by a psychologist or other medical professional.

| Medication Consenting to: |
|---|
| *Remeron* (handwritten) |

| Other Issues Discussed: |
|---|
| |

I have read and understand the foregoing, or it was explained in a language I understand, and I voluntarily consent to take the medication as prescribed.

| Inmate Signature: | *(signature)* | Date: | 5-29-2025 |
|---|---|---|---|

Based upon interview, assessment, and medical r█ review, it is my opinion that this patient __ does __ does not have decision-making capacity to give informed consent.

Physician
MDC Los Angeles

Provider Signature: _____    Date: ___5/29/25___

**Provider Use for Special Circumstances Only:**

__ Patient verbally consents to the recommended medication(s) but refuses to sign because: _____

Provider Signature: _____    Date: _____

PDF                                    Prescribed by P6010